# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELLEN GERHART, et al.,** | : | |
| Plaintiffs | : | No. 1:17-cv-01726 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ENERGY TRANSFER PARTNERS, L.P., et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 14th day of December 2018, upon consideration of Defendants' motions to dismiss (Doc. Nos. 17, 19, 33, 47), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss (Docs. Nos. 17, 19, 33, 47), are **GRANTED AS FOLLOWS**:

    a. Plaintiffs' federal law claims asserted in Counts I, II, and IV of the amended complaint (Doc. No. 49-1), against Defendants Sheriff William Walters and Deputy Sheriffs Jeffrey E. Leonard, Nathan Betts, and Daniel McCartney are **DISMISSED with prejudice**;

    b. The following claims against the following Defendants are **DISMISSED without prejudice** to the Plaintiffs' filing of a second amended complaint in this matter within thirty (30) days of the date of this Order that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this order:

        i. Plaintiffs' federal and state law claims asserted in Counts I, II, III, IV, V, VI, VII, and VIII of the amended complaint (Doc. No. 49-1), against Defendants Energy Transfer Partners, L.P.; Sunoco Pipeline, L.P.; and Sunoco Logistics, L.P.;

        ii. Plaintiffs' state law claims asserted in Counts VI, VII, and VIII of the amended complaint (Doc. No. 49-1), against Defendant TigerSwan, LLC; and

        iii. Plaintiffs' state law claims asserted in Count VII of the amended complaint (Doc. No. 49-1), against Defendant Nick Johnson; and

2. The Clerk of Court is directed to **TERMINATE** Defendants Sheriff William Walters and Deputy Sheriffs Jeffrey E. Leonard, Nathan Betts, Daniel McCartney, Larry Cressman, and Nathan Goshorn from the above-captioned action.

        s/ Yvette Kane
        Yvette Kane, District Judge
        United States District Court
        Middle District of Pennsylvania