# EXHIBIT E

## IN THE COURT OF COMMON PLEAS
## OF HUNTINGDON COUNTY, PENNSYLVANIA
## CIVIL DIVISION - IN REM

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY SUNOCO | : | Docket No. 2015-0972 |
| PIPELINE L.P. OF PERMANENT AND | : | |
| TEMPORARY RIGHTS OF WAY FOR | : | |
| THE TRANSPORTATION OF | : | |
| ETHANE, PROPANE, LIQUID | : | |
| PETROLEUM GAS, AND OTHER | : | EMINENT DOMAIN – IN REM |
| PETROLEUM PRODUCTS IN THE | : | |
| TOWNSHIP OF UNION, HUNTINGDON | : | |
| COUNTY, PENNSYLVANIA, OVER THE | : | |
| LANDS OF STEPHEN GERHART AND | : | |
| ELLEN S. GERHART | : | |

### CONDEMNOR SUNOCO PIPELINE L.P.'S PETITION
### FOR DETERMINATION OF INDIRECT CRIMINAL CONTEMPT

Condemnor Sunoco Pipeline L.P. ("Sunoco Pipeline"), by and through its

undersigned counsel, hereby moves for a determination that Condemnee Ellen Gerhart

has engaged in indirect criminal contempt of this Court's preliminary injunction order of

June 28, 2017, and requests that she be sanctioned appropriately for her willful

defiance of the Order. In support of its Petition, Sunoco Pipeline avers as follows:

1.   In January 2016, this Court overruled in their entirety Condemnees'

preliminary objections to the Declaration of Taking. The Court's decision was

subsequently affirmed by the Commonwealth Court and Condemnees' petition for

review by the Supreme Court was denied.

2.   In April 2017, the Court issued a writ of possession.

3.   Condemnee Ellen Gerhart refused to accept the January 2016 decision of

this Court, the affirmance by the appellate courts, or the writ of possession, and made clear through social media, as well as numerous statements and videos, her intention to confront, obstruct and block, through "direct action" tactics, Sunoco Pipeline's installation of the Mariner East 2 pipeline within the granted right of way easement. As a result, Sunoco Pipeline sought a preliminary injunction to bar Condemnees and their supporters from interfering with construction of the pipeline on the property.

4.      On June 28, 2017, the Court issued the preliminary injunction barring Condemnees and those working in concert with them, from, *inter alia,* engaging in obstructive conduct on the easement or being on the easement without the consent of Sunoco Pipeline. A copy of the Order is attached hereto as Exhibit "A."

5.      The preliminary injunction was conditioned upon the posting of a bond in the amount of $1,000.

6.      The preliminary injunction bond was posted on June 29, 2017.

7.      The preliminary injunction was initially appealed by Condemnees, but that appeal was subsequently withdrawn. No stay of the order, or of any order of the Court relating to this condemnation, has been sought by Condemnees.

8.      On June 29, 2017, immediately after the Order was issued, Ellen Gerhart was quoted as stating that "her family and their supporters will not comply with the judge's order." *See* Exhibit "B," *State Impact,* by Phillips, Susan, June 29, 2017, at 2. Rather, Mrs. Gerhart was quoted as saying that "she's made the choice to employ direct action against construction of the Mariner East 2...." *Id.*, at 3

2

9.     Since the preliminary injunction was issued, Ellen Gerhart has been interviewed for numerous articles and broadcasts in which she made clear that she had no intention of complying with the orders of this Court and/or allowing installation of the pipeline on her property.

10.    After the issuance of the preliminary injunction, Sunoco Pipeline was required to address quality control and environmental issues on the project. The resulting change in contractors in Huntingdon County, together with a negotiated agreement with the Department of Environmental Protection, resulted in a delay of work on the Gerhart property.

11.    On March 23 and 27, 2018, a Sunoco Pipeline survey crew worked at the Gerhart property to stake the perimeter of the easement and to post copies of the preliminary injunction at multiple points along the perimeter of the easement.

12.    The survey crew found that the prior tree-sit structures within the easement were still in place. An assessment of site conditions led to the conclusion that the tree platforms and the ropes/wire over the easement that connected them to each other had to be removed before the next phase of construction could proceed.

13.    On Sunday, April 8, 2018, after it was determined that the tree platforms were not then being occupied, Sunoco Pipeline entered the easement, severed the ropes/wires between the trees and then cut down the trees.[1]

---

[1]     Although April 8 is after the cutoff date established in US Fish and Wildlife Service ("FWS") guidelines for cutting trees that could be Indiana Bat habitats, as in

3

14.     During the removal process, Ellen Gerhart grabbed a safety line of one of the crew members who climbed the tree to ensure that there were no occupants in the platform before it was removed. She then pulled on the safety rope, threatening to bring the worker down from the tree. However, a member of the crew working on the ground saw her efforts and was able to grab and secure the line before she was able to cause serious injury or death to the worker in the tree.

15.     The following week, active work began on the site to remove the downed trees. During this process, Ellen Gerhart entered the easement several times and sat on downed trees. Because work was being performed elsewhere at the time, security for the work crew monitored her and requested that, for her own safety, she vacate the easement, but did not seek to remove her.

16.     Shortly thereafter, Ellen Gerhart moved closer to the active work area, placing herself partially within the easement in a manner so as to cause the workers to cease work near her to avoid injury to her. She was advised by security to move out of the easement to avoid the risk of injury. When she refused to do so, the worker proceeded past her to work on another log. She then hurried to get in front of him to interfere with work there.

2016, Sunoco Pipeline coordinated the activity with FWS personnel to obtain approval to proceed. A wildlife biologist was on site to inspect the specific trees and after confirming that there were no bat habitats present, he authorized the removal of the trees.

4

17.    Over the next week or so, Ellen Gerhart consistently sought to harass and disrupt the construction work, regularly entering the easement and, when work was being done near the edge of the easement, positioning herself just on the edge so that a risk of injury to her would cause the workers to delay or stop the work. Nevertheless, work continued at the site at a steady pace.

18.    During this period, several survey and boundary stakes on the easement were found to have been knocked over or removed. While Sunoco Pipeline does not know if Ellen Gerhart did so, she was seen, and videographed, kicking one such stake.

19.    On April 26, 2018, after apparently determining that her harassing conduct was not effectively impeding the work, Ellen Gerhart escalated her tactics. That morning, she entered the center of the easement and placed herself directly in the path of the work. She also placed herself in front of machinery to block the use of the equipment. Attached hereto As Exhibit "C" are photographs taken of Ellen Gerhart on April 26 obstructing and interfering with the work in the middle of the easement.

20.    Because of the intentional and reckless interference by Ellen Gerhart, the work crew determined that the risk of injury to her was too high to proceed and was forced to stop work and left the easement for a short period.

21.    The work crew then returned to work, but Ellen Gerhart, who had left the easement when work had initially stopped, returned to the center of the easement to obstruct further work.

5

22.     Recognizing that Ellen Gerhart presented an erratic hazard and had placed herself in danger because of the work being performed, the crew was compelled to cease work and withdrew from the site for the remainder of the day.

23.     Two days later, on April 28, 2018, Ellen Gerhart again escalated her interference, directly obstructing construction efforts within the easement by standing in front of vehicles to prevent them from being used.

24.     Additionally, Mrs. Gerhart removed numerous (20 – 30) survey stakes and threw them onto her property.   She also ripped a construction snow fence from the hands of construction worker.

25.     Copies of April 28 photographs showing Mrs. Gerhart blocking use of a vehicle, throwing survey stakes off the easement and onto her property, and pulling on the snow fence are attached hereto as Exhibit "D."

26.     Pennsylvania State Police were contacted and, upon arriving at the scene, found Mrs. Gerhart uncooperative, refusing to answer questions or produce identification. The troopers did enter Mrs. Gerharts property to retrieve the stolen survey stakes.

27.     Because of Mrs. Gerhart's interference and the risk of injury to her from further work, the construction crew again terminated operations for the day and moved equipment back to the staging area.

28.     Courts have inherent power to enforce their orders by imposing sanctions for failure to comply with the orders. *Rouse Philadelphia Inc. v. Ad Hoc '78*, 274 Pa.

6

Super. 54, 71, 417 A.2d 1248, 1257 (1979).

29. Ellen Gerhart's actions in this matter to actively interfere with Sunoco Pipeline's right of way easement and to obstruct and impede work on the easement fall within the scope of "indirect" contempt of court, which is a violation of a court order that occurs beyond the court's presence. *See Commonwealth v. McMullen*, 961 A.2d 842 (Pa. 2008), *citing Commonwealth v. Ashton*, 824 A.2d 1198, 1203 (Pa. Super. 2003).

30. Contempt is either civil or criminal, although the same facts or conduct may constitute both. *See Stahl v. Redcay*, 897 A.2d 478, 486 (Pa. Super. 2006), *citing Brocker v. Brocker*, 241 A.2d 336, 339-40 (Pa. 1968).

31. If the dominant purpose of the court is to punish a refusal to obey a prior court order, the proceeding is criminal in nature. If the purpose is to coerce compliance with a court order, the proceeding is civil in nature.

32. In this matter, while Sunoco Pipeline seeks compliance of the Order, Ellen Gerhart's public statements of intent, followed by willful disobedience of the Order, compels a determination of criminal contempt and imposition of appropriate sanctions to address her intentional defiance of the Order.

33. To prove indirect criminal contempt, evidence must be sufficient to establish that the order was definite, clear, specific, and leaving no doubt in the person to whom it was addressed of the conduct prohibited; the contemnor had notice of the order; the act constituting the violation was volitional; and the contemnor acted with wrongful intent.

7

34. There is no right to a jury trial in a criminal contempt proceeding where the relief sought does not include incarceration for more than six months. *Commonwealth v. McMullen*, 599 Pa. 435, 961 A.2d 842 (2008).

35. Additionally, there is no limit on the monetary punishment for criminal contempt.

36. The Court has broad discretion in imposing compensatory and restitutionary damages in contempt proceedings and to remedy the harm suffered by the injured party.

37. The Court may further award attorneys' fees, as well as costs of investigating the violation and preparing for and conducting the contempt hearing.

38. The Order was clear in that it prohibits all persons "from entering, or being on the easement granted to Condemnor until the pipelines are installed…." Order, ¶2.

39. The Order was clear in that it prohibits all persons "from barring, preventing, or otherwise interfering in any way with Condmnor's access to, and use of, the easement granted to Condemnor on Condemnees property." Order, ¶3.

40. The Order was clear in that it prohibits all persons "from barring, preventing, or otherwise interfering in any way with Condemnor's installation of pipelines within the easement. Order, ¶4.

41. The Order was clear in that it prohibits all persons "from creating conditions on the right of way that create a danger to themselves and others." Order, ¶5.

8

42.     Ellen Gerhart, as a party to this matter, has been aware of all orders issued by the Court.  Moreover, copies of the June 28th Order were posted on the Gerhart property along the staked-out easement.

43.     Ellen Gerhart defied the Court's Order by attempting to interfere with the work on site by entering the easement, grabbing the safety line of a worker who was in a tree and by attempting to pull him down.

44.     Ellen Gerhart has defied the Court's Order by entering the easement while work was being performed on it.  She has intentionally impeded and obstructed work being performed and, in so doing, created hazardous conditions, placing herself and others at increased risk of injury.

45.     Because the Order was clear and specific as to prohibited conduct, because Ellen Gerhart had notice of it, because her acts were volitional and because she acted with the specific wrongful intent to interfere with Condemnor's rights, she should be determined to have acted in indirect criminal contempt of this Court's Order.

46.     Ellen Gerhart should be sanctioned so as to punish her for her willful misconduct.

47.     The Court should award to Sunoco Pipeline the costs and fees incurred in investigating Ellen Gerhart's willful violations and preparing for and conducting the contempt proceeding.

9

WHEREFORE, for the reasons set forth above, Condemnor Sunoco Pipeline L.P. respectfully requests that the Court grant its Petition and find that Ellen Gerhart has engaged in conduct in indirect contempt of this Court's Preliminary Injunction Order of June 28, 2017. Condemnor further requests that Ellen Gerhart be appropriately sanctioned, through fines and/or incarceration of no more than six months, for such contempt and that she be further required to reimburse Sunoco Pipeline for the expenses and costs, including attorneys' fees, incurred in investigating the violation and preparing for and conducting the contempt proceeding.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By _____

Alan R. Boynton, Jr., Pa. I.D. No. 39850
aboynton@mcneeslaw.com
Stephanie Carfley, Pa. I.D. No. 79136
scarfley@mcneeslaw.com
Kandice Kerwin Hull, PA I.D. No. 86345
khull@mcneeslaw.com
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108
(717) 232-8000

Dated: April 30, 2018                *Counsel for Condemnor Sunoco Pipeline L.P.*

10

# EXHIBIT "A"

IN THE COURT OF COMMON PLEAS OF HUNTINGDON COUNTY, PENNSYLVANIA.
CIVIL DIVISION

IN RE: CONDEMNATION BY SUNOCO : NO. CP-31-CV-972-2015
PIPELINE L.P. OF PERMANENT AND :
TEMPORARY RIGHTS OF WAY FOR :
THE TRANSPORTATION OF :
ETHANE, PROPANE, LIQUID :
PETROLEUM GAS, AND OTHER :
PETROLEUM PRODUCTS IN THE :
TOWNSHIP OF UNION, HUNTINGDON :
COUNTY, PENNSYLVANIA, OVER THE :
LANDS OF STEPHEN GERHART AND :
ELLEN S. GERHART :

JUN 2 8 2017

ORDER

AND NOW, this 28th day of June, 2017, after argument held on June 27, 2017, and a careful examination of the record:

It is ORDERED that the Motion of Sunoco Pipeline L.P. for a Preliminary Injunction is GRANTED as all prerequisites for the issuance of an injunction have been established and issuing an injunction will not adversely affect the public interest. See Ambrogi v. Reber, 932 A.2d 969, 976 (Pa. Super. 2007). Therefore, it is further ORDERED that:

1. Condemnees shall immediately, but in no event more than 48 hours after issuance of this Order, remove all structures, tree platforms, tents, vehicles, equipment, and other objects placed within the easement granted to Condemnor. Any items remaining within the easement thereafter shall be viewed as abandoned illegal obstructions and shall be removed and disposed of by Condemnor or at the direction of Condemnor. Any items which cannot be readily removed may be destroyed by Condemnor.

2. Unless their presence on the easement is consented to by Condemnor, all persons are enjoined and restrained, pending further order of this Court, from entering, or being on the

easement granted to Condemnor until the pipelines are installed and all remediation and restoration efforts are complete.

3. Condemnees, and all persons acting in concert with them, as well as all persons on property owned by Condemnees or in the vicinity thereof are hereby restrained and enjoined, pending further order of this Court, from barring, preventing, or otherwise interfering in any way with Condemnor's access to, and use of, the easement granted to Condemnor on Condemnees' property.

4. Condemnees and all persons acting in concert with them, as well as all persons on property owned by Condemnees, are hereby restrained and enjoined pending further order of this Court from barring, preventing, or otherwise interfering in any way with Condemnor's installation of pipelines within said easement.

5. Condemnees, and all persons acting in concert with them, as well as all persons on property owned by Condemnees or in the vicinity thereof are hereby restrained and enjoined from creating conditions on the right of way that create a danger to themselves and others.

6. This Order shall be conditioned upon the posting of Condemnor's bond in the amount of $1,000, said bond to be deposited with the Prothonotary.

7. This Order shall remain in effect in full force until such time as this Court specifically orders otherwise.

BY THE COURT:

George N. Zanic, President Judge

RR-0110

# EXHIBIT "B"

## StateImpact

A reporting project of   NATIONAL REPORTS

## PENNSYLVANIA

Energy. Environment Economy.

# Pipeline protestors face arrest, charges on their own land

JUNE 29, 2017 | 6:40 PM
BY SUSAN PHILLIPS



Ellen Gerhart has been battling with Sunoco Logistics over the construction of the Mariner East 2 pipeline on their property in Huntingdon County, Pennsylvania. Court has ordered her and her supporters to not interfere with pipeline construction. Some trees have been cut down in trees.

Responding to a request by Sunoco Logistics, a Huntingdon County judge has ordered a family and their supporters off the construction path of the Mariner East 2, which runs through their property. The ruling by Judge George Zanic means the family could be arrested on their own land.

Ellen and Stephen Gerhart oppose construction of the pipeline on their 27-acre property in Huntingdon, Pa. Their daughter Elise, along with supporters, have built tree houses in the three remaining white pine trees that stand in the way of construction. People have been living in the trees 24/7.

"This is my home, and my family's home," said 30-year-old Elise Gerhart, standing about 50 yards away from the tree houses, beneath a camouflaged shelter on her land. "People have a right to live in peace but these corporations think their right to make money trumps that. And I don't agree with that."

The Gerharts have up until this point, lost their court battle against Sunoco's eminent domain taking. They have asked the Supreme Court to review their case. In the meantime, construction along the 350-mile natural gas liquids pipeline continues.

## ABOUT STATEIMPACT PENNSYLVANIA

StateImpact Pennsylvania is a collaboration between WITF, WHYY, WESA and the Allegheny Front. Reporters Marie Cusick, Reid Frazier, Susan Phillips, and Amy Sisk cover the commonwealth's energy economy. Read their reports on this site, and hear them on public radio stations across Pennsylvania. This collaborative project is funded, in part, through grants from the Corporation for Public Broadcasting, Heinz Endowments and William Penn Foundation.

Learn More »   Support StateImpact Pennsylvania »

## MULTIMEDIA



AUDIO: Natural gas building boom fuels climate worries, enrages landowners



VIDEO: After The Boom



INTERACTIVE: Exploring Pennsylvania's energy economy on the Turnpike

## FEATURED POSTS

Jessup frustrated with DEP response to yellow smoke, health complaints at gas power plant



Sunoco spills drilling fluid into Lebanon County creek for third time



State ethics commission investigating complaint against Wolf aide



## RELATED

'POSTS.

- + Pa. Supreme Court's landmark environmental ruling faces first test
- Sunoco seeks injunction against anti-pipeline family and supporters in Huntingdon County
- Judge rules that environmental group can challenge Sunoco over pipeline eminent domain

TOPICS

 Pipelines: The new battleground over fracking

pipeline construction

Supporters have pitched a handful of tents and built a large wood-burning stove to cook food near the Gerharts house on the property. "They call the small encampment Camp White Pine. Zip lines are strung between the trees where large protest signs hang. Sunoco could not remove the remaining three trees during their clear cut operation last year because Elise Gerhart was sitting in a platform in one tree about 50 feet off the ground.

Huntingdon County Court of Common Pleas judge George Zanic ordered the family on Wednesday to remove all tents and structures that are along the easement where Sunoco plans to build the pipeline. Zanic also ordered the family and their guests not to interfere with

Ellen Gerhart, a retired public-school teacher, has not been living up in the trees but says her family and their supporters will not comply with the judge's order. The Gerharts say the pipeline would cause damage to their wetlands, poses a public safety hazard, and is not in the public interest. They take issue with the fact that the bulk of the natural gas liquids will be shipped overseas to make plastics. Gerhart says her family is just one of many families along the pipeline route that has felt bullied by the company.

"Anytime when you have to stand up to a bully, you have to stand up to them," said Ellen Gerhart, "If you don't and you just cave in, they just continue doing what they're doing. And there's a point you just have to say no. We're saying no. And there are other people along this pipeline also saying no. And hopefully we get enough of us saying no loudly enough that we can stop it."



LINDSAY LAZARSKI / WHYY

Protest signs at Camp White Pine near construction of the Mariner East 2 pipeline in Huntingdon County Pennsylvania.

Sunoco Logistics is now a subsidiary of Energy Transfer Partners, the pipeline company that battled Native American protesters and their supporters in North Dakota over the Dakota Access Pipeline. ETP hired a private security firm, which used attack dogs against protestors. A recent article in The Intercept refers to documents that



StateImpact Pennsylvania to expand its reach with grant from Corporation for Public Broadcasting

## RECENT POSTS

Penn State researchers join international effort to study Antarctic 'doomsday' glacier

Listen: Gas reached $3 per gallon in PA this week. Why is it getting so expensive?

As nuclear power loses ground to natural gas, environmentalists are torn: Are the risks worth saving it for climate's sake?

State senator files complaint asking PUC to halt Mariner East pipeline construction

Wolf joins major donor at Sixers game, skips environmental awards ceremony

Be the first of your friends to like this

show the security firm TigerSwan is monitoring resistance to the construction of Mariner East 2.

Elise Gerhart says she's well aware that she could be injured, arrested or spend time in jail for her actions.

"We know some of the tactics that Energy Transfer Partners uses [against protestors,]" she said. "We know how far ETP is willing to go."

Still, she says she's made the choice to employ direct action against construction of the Mariner East 2 to protect the environment and to stand up to what she sees as a corporation given too much power by government agencies that were designed to protect the land and the people living on it.

"I take the long view," said Elise. "I see that there's a lot of trouble ahead if we don't fight, "



LINDSAY LAZARSKI / WHYY

One of the platforms that tree houses live atop, now that trees contribute in trees one from was sawed up the way of the Mariner East 2 pipeline in Huntingdon County, Pennsylvania. A court ordered the structure to be removed by Friday afternoon.

An attorney for Sunoco told Judge Zanic during a hearing on Tuesday morning that the company had followed the law in condemning the property for eminent domain and that it needed to continue with construction to stay on schedule.

Judge Zanic had already issued a writ of possession to Sunoco in the case, which grants the company the right to evict the Gerharts from the easement. But Sunoco's attorney Alan Boynton told the Judge that wasn't enough.

"Law enforcement was reluctant to enforce it," said Boynton.

Sunoco spokesman Jeff Shields says the company has no comment other than what was said in court.

The Gerhart's attorney, Rich Raiders, had argued the judge needed to consider the **Supreme Court's recent decision** regarding the Environmental Rights Amendment. Raiders says the judiciary now has a duty to consider harm to the state's natural resources when making decisions.

Although Judge Zanic took a copy of the decision to read, it was not referenced in his injunction against the Gerharts.

Ellen Gerhart says she plans to appeal his decision to the Commonwealth Court.

*Correction: An earlier version of this story mis-identified the family member sitting in the tree last year, it was Elise, not Ellen.*

TOPICS



Mariner East: A pipeline project plagued by mishaps and delays



Pipelines: The new battleground over fracking

Delaware Watershed    Forest Fragmentation    Impact

COMMENTS

PREVIOUS POST          NEXT POST
← NJ blocks PennEast water permit again; company          In vetoing plastic bag bill, Wolf cites Environmental
says it will reapply          Rights Amendment →



# EXHIBIT "C"

RR-0116

# Ellen Gerhart Walks onto ROW @ 0829



# Ellen continues to walk on ROW and near equipment



# Ellen stands among construction and equipment on ROW



# Ellen stands in Middle of ROW for approx. 3 mins



# Ellen throws material that makes contact with dozer



# Ellen follows equipment as it is moving away from her



Ellen follows construction workers as they walk east toward access road. Harrasment



# Ellen returns to ROW at 0905 as construction restarts



# Ellen, again walks on the ROW and close to equipment



# Ellen sits on felled tree pile until construction shut down for a second time @ 1030



# EXHIBIT "D"

RR-0127

# Appx 1335 EST, Ellen Gerhart enters the ROW



Appx 1336 EST, Ellen Gerhart dispatches a bundle of stakes from the ROW onto her Property (theft)



# Additional imagery of the theft



# Additional imagery of the theft



Appx 1337 EST, Ellen Gerhart removes snow fence from the perimeter of the ROW (vandalism)



# Additional imagery of the vandalism



# Additional imagery of the vandalism



# Additional imagery of the vandalism



Appx 1409 EST, Ellen Gerhart identifies a moving side-by-side, moves into position to purposely impede it's travel



# Additional imagery of Ellen Gerhart intentionally impeding movement of vehicle



# Additional imagery of Ellen Gerhart intentionally impeding movement of vehicle



# Additional imagery of Ellen Gerhart intentionally impeding movement of vehicle



# Appx 1538 HLT, Pennsylvania State Police (PSP) arrives on scene



# Appx 1539 EST, PSP initiates conversation with Ellen Gerhart



# PSP attempts to gain information from Ellen Gerhart, but she is non-compliant to requests



## **VERIFICATION**

Subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities, I hereby certify that I am a Pipeline Relocation Engineer and the Construction Spread Manager in Spread 3 for Sunoco Pipeline L.P., and that I am authorized to sign this verification on its behalf. I further verify that the facts set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

SUNOCO PIPELINE L.P.

Daniel A. Kershner

Dated: 1/30/18

RR-0143

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was

served on this date via email and first class mail upon the following:

Richard Alan Raiders, Esq.
Lengert & Raiders, PC
210 West Penn Avenue
PO Box 223
Robesonia, PA  19551

Alan R. Boynton, Jr.
Attorney for Condemnor

Dated:  April 30, 2018

11

IN THE COURT OF COMMON PLEAS
OF HUNTINGDON COUNTY, PENNSYLVANIA
CIVIL DIVISION - IN REM

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY SUNOCO | : | Docket No.  2015-0972 |
| PIPELINE L.P.  OF PERMANENT AND | : | |
| TEMPORARY RIGHTS OF WAY FOR | : | |
| THE TRANSPORTATION OF | : | |
| ETHANE, PROPANE, LIQUID | : | |
| PETROLEUM GAS, AND OTHER | : | EMINENT DOMAIN – IN REM |
| PETROLEUM PRODUCTS IN THE | : | |
| TOWNSHIP OF UNION, HUNTINGDON | : | |
| COUNTY, PENNSYLVANIA, OVER THE | : | |
| LANDS OF STEPHEN GERHART AND | : | |
| ELLEN S. GERHART | : | |

**CONDEMNOR'S MOTION TO SUPPLEMENT PETITION FOR
DETERMINATION OF INDIRECT CRIMINAL CONTEMPT AND TO REVOKE BAIL**

Condemnor Sunoco Pipeline L.P. ("Sunoco Pipeline"), by and through its

undersigned counsel, hereby moves to supplement its pending petition for a

determination that Condemnee Ellen Gerhart has engaged in indirect criminal contempt

of this Court's preliminary injunction order of June 28, 2017, and further requests that

Mrs. Gerhart's bail be revoked due to her post-May 9, 2018 conduct.  In support of its

Motion, Sunoco Pipeline avers as follows:

1.      On or about April 30, 2018, Sunoco Pipeline filed its Petition for the

Determination of Indirect Criminal Contempt.  The Court scheduled the matter for

hearing to be held on May 9, 2018.

2.      Immediately prior to the start of the May 9 hearing, Mrs. Gerhart, through

her counsel, requested a continuance so that she could obtain criminal counsel.  The

Court granted the request and rescheduling the hearing for July 6, 2018, conditioned upon the posting of $25,000 unsecured bail and establishing a condition of bail that Mrs. Gerhart comply with the Court's June 28, 2017 injunction.

3.      The July 6, 2018 hearing was subsequently rescheduled for August 3, 2018.

4.      Subsequent to issuance of the May 9 Order, Mrs. Gerhart has continued her efforts to interfere with pipeline construction as follows:

a. While remaining off the easement, Mrs. Gerhart threw a stick at a construction worker on the easement. A criminal citation was issued arising out of the incident. A preliminary hearing on the charge was scheduled for July 25, 2018 but, at Mrs. Gerhart's request, was continued to August 30, 2018.

b. Mrs. Gerhart spread cat feces, raw eggs, rancid milk and ground turkey meat adjacent to the easement to create a noxious odor to hamper the work and to attract wild animals to the site. She also threw some of the rancid milk and ground turkey meat onto workers.

c. Mrs. Gerhart's efforts to bait the property was successful and, on June 24, 2018, a mountain lion was spotted on the edge of the easement. Four days later, two bears were on the easement and fresh mountain lion tracks discovered. On June 30, 2018, Mrs. Gerhart was directed by a game warden to remove the bait by July 3 or be cited for illegally luring wild animals. On July 1, Mrs. Gerhart dug a shallow hole next to the easement and placed materials in it, covering it with a plastic sheet. On the same day, a large bear then entered the easement, close to security personnel. *See* Exhibit A, attached hereto. Because of the risk to employees, security personnel were removed from the nearby security structure.

d. On July 5, 2018, Mrs. Gerhart yelled to workers: "Hey, do you like the present I left for you last night or have you found them yet?"

2

e.   On July 13, 2018, a game warden returned to the property and found bait food had either not been removed or had been replenished.  Mrs. Gerhart admits that she did so for the purpose of drawing bears to the easement.  She was issued a citation.

f.   Mrs. Gerhart has started fires on her property that have been close enough to threaten damage to construction fences and equipment and required workers to extinguish the fires (from the right-of-way side of the fence) before they could damage equipment on the easement.

g.   Mrs. Gerhart brought two ½ gallon jugs of a mixture of what appeared to be liquid flammable substances, with a rag on top (something akin to a Molotov cocktail) adjacent to (within a few feet of) the easement and attempted to light it.  She then retreated and took shelter behind a nearby tree, either in anticipation of the device exploding or intending to at least cause the expectation of the work crew that it would do so.  When it failed to ignite, she returned and added sticks to get it to burn.  While doing so, she informed the nearby workers, "How does it feel to be next to something that could possibly explode?  Now you know how we feel living next to this pipeline."  At 1:36 am that evening, she then spread an unknown white substance outside the easement but close to a security hut, then left the area.

h.   Mrs. Gerhart entered the right-of-way easement and place a video-camera in the face of workers, then stepped in front of a construction vehicle carrying fallen trees to a mulcher, forcing the equipment to stop operation until she left the area.

i.   On July 11, 2018, Sunoco Pipeline was advised by County personnel that Mrs. Gerhart had called the County Emergency Management office and asked about Sunoco's Emergency Response Plan and inquired, "what if there is a bomb on the pipeline?"

Attached hereto as Exhibit B are transcripts of security radio logs relating to a number of the incidents.

5.      Mrs. Gerhart's conduct in baiting for wild animals, especially bears and mountain lions, placed at risk of substantial harm not only the construction workers but

3

also residents, including several young children, who live in the immediate vicinity of the easement.

6.      Mrs. Gerhart's conduct in standing in front of construction vehicles, in throwing objects at workers, in drawing dangerous animals to the site and in lighting fires close to construction vehicles have been in violation of the injunctive bar on "creating conditions on the right of way that create a danger to themselves and others." June 28, 2017 Order, ¶ 5.

7.      Mrs. Gerhart's conduct has been willfully and maliciously in violation of the injunctive bar on "interfering in any way with Condemnor's installation of pipelines within said easement."  June 28, 2017 Order, ¶ 4.

8.      Mrs. Gerhart's conduct is in willful and deliberate disobedience of the Order.

9.      Mrs. Gerhart's increasingly dangerous and obstructive behavior has placed workers, and herself, at risk of injury and threatens damage to equipment on the easement.

10.      Pipeline installation work continues on the right-of-way easement.

4

WHEREFORE, for the reasons set forth above, Condemnor Sunoco Pipeline L.P. supplements its pending Petition to identify the additional conduct by Mrs. Gerhart and, because of her ongoing conduct, respectfully requests that the Court find Mrs. Gerhart in contempt of the Court's Order and requests that appropriate remedies, including revocation of bail, be imposed.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By _____
Alan R. Boynton, Jr., Pa. I.D. No. 39850
aboynton@mcneeslaw.com
Stephanie Carfley, Pa. I.D. No. 79136
scarfley@mcneeslaw.com
Kandice Kerwin Hull, PA I.D. No. 86345
khull@mcneeslaw.com
100 Pine Street, P.O. Box 1166
Harrisburg, PA  17108
(717) 232-8000

Dated:  July 26, 2018                    *Counsel for Condemnor Sunoco Pipeline L.P.*

5

# EXHIBIT "A"



1July18-Bricker-Markham-Ripley-P4 EG dig (1)



1July18-Bricker-Markham-Ripley-P4 EG dig (1)



1July18-Bricker-Markham-Ripley-P4 EG dig (2)



1July18-Gates-Markham-Ripley-P4 Bear

July 1, 2018



June 28, 2018



June 28, 2018 at hut 4



June 28, 2018



# EXHIBIT "B"

**Leighton Radio Log**                                    Date:   5  /  21  / 2018

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|------|------|----------|
| 0500 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0534 | CP | P-4 | Ellen Gerhart is in the AO, off the RoW, dropping waste and feces nearby their position on her property. |
| 0600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0702 | CP | P-# | Day Shift Change Complete |
| 0800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0942 | CP | P-3 | Ellen Gerhart sighted by Hut Five, heading up the Buckeye – she was sighted dumping what appeared to be cat litter with cat feces around the Hut, shouting unheard things at assets before leaving the AO |
| 0946 | CP | P-9 | Ellen Gerhart moved Westbound on the Buckeye before arriving at her property, moving Northbound along 829. |
| 1000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1338 | CP | P-9 | Ellen Gerhart sighted on foot moving onto 829 |
| 1339 | CP | P-3 | 3 sighted Ellen Gerhart, is in possession of the body camera and is getting visual. |
| 1340 | CP | P-3 | LAX-2 Body Camera Activated. |
| 1340 | CP | P-3 | Ellen Gerhart has left the AO, (confirmed also by P-9) returned to her home heading up her driveway |
| 1341 | CP | P-3 | LAX-2 Body Camera Deactivated. |
| 1353 | CP | P-9 | Ellen Gerhart sighted heading up the Buckeye Line. |
| 1355 | CP | P-3 | Ellen Gerhart appears to be smashing raw eggs as well as raw meats on the trees and the area. |
| 1401 | CP | P-3 | 3 investigated the meat – it appeared to be ground turkey or pork smeared around the trees with the eggs. |
| 1404 | CP | P-9 | Ellen Gerhart appears to be moving across the Buckeye through a neighbor's property, in the direction of the creek – site lost. |
| 1408 | CP | P-5 | 5 has reestablished visual on Ellen, now in the established shed reading a book. |
| 1426 | P-4 | P-5 | Ellen Gerhart is now walking in the direction of 4. |

| 1445 | CP | L-20 | Ellen Gerhart spotted on the North Side of the RoW by Hut 4. |
| 1448 | CP | P-3 | Ellen Gerhart is now on the trail heading towards the established shed. |
| 1452 | CP | P-3 | Ellen Gerhart is now at the shed. |
| 1500 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1507 | CP | P-5 | Ellen Gerhart sighted heading back on the North Trail in the direction of her home. |
| 1600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____Initial Completed

Leighton Radio Log                                    Date:___5__/__22__/_2018__

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 1800 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1900 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2000 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2100 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2122 | CP | P-8 | Unknown vehicle pulled into Gerhart's driveway. P-8 is unable to give a description, just saw unknown vehicle's headlights. |
| 2200 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2238 | CP | P-8 | A second unknown vehicle pulled into Gerhart's driveway. |
| 2302 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0000 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0100 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0200 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0300 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0400 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0457 | CP | P-8 | Pick-up truck pulled up to Gerhart's driveway, stopped, turned headlights off and then turned headlights back on and drove away from Gerhart's driveway. |
| 0500 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0542 | CP | P-4 | Ellen Gerhart is near site rubbing an unknown substance on surrounding trees as well as spreading the substance on the ground. |
| 0547 | CP | S | Ellen Gerhart is near P-4 headed toward P-5, she is spreading eggs and food around the area. She also has containers of an unknown liquid and is pouring from one container to another. Command is recording footage of Ellen Gerhart doing so. |
| 0557 | CP | P-8 | Ellen Gerhart observed near post carrying a blue satchel that appears to be "really full." Walking away from P-8 toward P-5. |
| 0600 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0606 | P-5 | P-4 | Ellen Gerhart headed westbound from P-5. |
| 0613 | CP | P-8 | Ellen appears to now be going up her driveway. |
|  |  |  |  |

_____Initial Completed

Leighton Radio Log                                    Date:__5__/__24__/__2018__

"CP"= Command Post        "S"=Shift Supervisor      "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 0700 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0800 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0820 | P-5 | P-9 | Ellen Gerhart sighted heading towards Post Five's direction, walking on the secondary line (off of our RoW) – she was wielding a bag in her hand |
| 0822 | P-3 | P-5 | Ellen Gerhart passed by Hut Five, heading towards P-3's AO. |
| 0824 | P-4 | P-3 | Ellen Gerhart sighted, moving towards P-4. |
| 0826 | CP | P-4 | LAX-29 Body Camera Activated. |
| 0826 | CP | P-4 | Ellen Gerhart threw feces onto the RoW, hitting one of the workers (later identified as Alex Saluka), then proceeded to pour some sort of liquid around the fence line – she did not physically move onto the RoW. |
| 0829 | CP | P-4 | LAX-29 Body Camera Activated. |
| 0831 | CP | P-4 | Ellen Gerhart is standing by the safety-fencing (off the RoW) but is physically throwing things onto the RoW. |
| 0833 | CP | P-4 | LAX-29 Body Camera Deactivated. |
| 0836 | CP | P-4 | Ellen Gerhart is leaving the AO, returning from where she initially entered in from. |
| 0836 | CP | P-3 | Ellen Gerhart was sighted moving at the TEPCO moving away from the AO but heading East. |
| 0846 | CP | P-5 | Ellen Gerhart was sighted walking past "The Pit", heading pass Five. |
| 0848 | CP | P-9 | Ellen Gerhart sighted moving down from the Buckeye. |
| 0850 | CP | P-9 | Ellen Gerhart is moving North on 829 still wielding the large bag – "she's moving towards the neighbor's driveway, appears to be that she's intending on using the neighbor's trail." Visual was lost shortly there-after. |
| 0900 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0919 | CP | S-DT | Ellen Gerhart sighted on the Northside of the First Crossing, currently P-3 is on site with a camera tracking. |
| 0929 | CP | P-3 | Ellen Gerhart was sighted, at the time, pouring water from the creek into a water-bottle – captured on camera. |
| 0932 | CP | P-4 | LAX-29 Body Camera Activated. |
| 0934 | CP | P-4 | LAX-29 Body Camera Deactivated. |

| 0941 | CP | P-4 | Ellen Gerhart is now heading out of the AO, appears to be heading in the direction back to her house. |
| 0956 | CP | P-2 | 2 believes he sighted Ellen Gerhart, moving through the trees. |
| 0957 | CP | P-1 | 1 has gained visual on Ellen Gerhart, hiding behind a Hut. |
| 0957 | CP | P-2 | LAX-2 Body Camera Activated. |
| 1000 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1004 | CP | P-3 | Ellen Gerhart sighted moving on the back-trail. |
| 1008 | CP | P-3 | Ellen Gerhart's visual contact was reestablished, moving towards the second creek, appears to be heading towards the established shed. |
| 1015 | CP | P-5 | Ellen Gerhart sighted at the established shed, moved off to the underbrush by the pond. |
| 1100 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1144 | CP | P-4 | Ellen Gerhart sighted at the second bridge by the Creek. |
| 1149 | P-5 | P-4 | Ellen Gerhart spotted, 5 alerted 4 that she was heading in their direction. |
| 1156 | CP | P-4 | Ellen Gerhart passed by "the slope", made her way towards the established shed. |
| 1158 | CP | P-5 | Ellen Gerhart heading "west, northwest out of the AO" |
| 1200 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1300 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1400 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1500 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1600 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1700 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1748 | CP | P-4 | Ellen Gerhart sighted directly behind Hut Four. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____Initial Completed

**Leighton Radio Log**                                    Date:___5__/__24__/_2018___

"CP"= Command Post        "S"=Shift Supervisor      "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 1800 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1829 | CP | P-4 | Ellen Gerhart near site, northern side |
| 1840 | CP | P-4 | Ellen Gerhart is between P-4 and P-5, near where Environmental is working. P-4 reports that Ellen is yelling about suing and law suits. |
| 1851 | CP | P-3 | Ellen Gerhart headed toward the TEPCO |
| 1900 | P-# | CP | Hourly Check-All Secure, No Trespassers. S , P-4 and P-5 are monitoring Ellen Gerhart's movements. |
| 1914 | CP | P-5 | Ellen Gerhart is moving west on the South side of the RoW |
| 1945 | CP | P-5 | Ellen Gerhart made threatening gestures implying that she was going to throw rocks at P-5. P-5 was in fear for his safety as well the safety of the line workers. |
| 2002 | S | P-5 | Ellen Gerhart piling groups of sticks and rocks along RoW |
| 2020 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2021 | CP | P-5 | Ellen Gerhart headed West of TEPCO |
| 2035 | CP | P-8 | Mixed silver colored conversion van pulled into Ellen Gerhart's driveway as well as a dark colored pick-up truck. Van has 1 occupant, pick-up has 2 occupants. |
| 2039 | CP | S | Ellen Gerhart is near hut 4 AO, throwing material around AO. Some of the debris material thrown hit pipe near hut 4 AO. The material she threw also hit a light tree in that AO. Command reports that Ellen Gerhart made threatening gestures and motions implying that she was about to throw rocks at S. S was fearful of his safety. |
| 2041 | CP | P-8 | 1 maroon colored van left Ellen Gerhart's driveway. 1 occupant. |
| 2044 | CP | S | Stock piles of rocks and sticks are being gathered into piles by Ellen Gerhart. She is leaving said piles along RoW near hut 4's AO. |
| 2103 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2116 | CP | S | S on North side of Hut 4, Ellen Gerhart is seen approaching AO with flashlight. Ellen Gerhart threw stagnant milk, hitting S as well as RoW. She also has |

| | | | |
|---|---|---|---|
| | | | rancid ground meat and is spreading it along RoW. S body cam LAX-7, has been activated. |
| 2121 | CP | S | Ellen Gerhart is now leaving P-4 RoW and heading east toward A-FRAME. |
| 2126 | CP | S | Body cam LAX-7 activated, Ellen Gerhart came out of the trees with a flashlight, 2 ½ gallon milk jugs, rancid smelling ground meat, and bottles filled with liquid. She mixed leaves, sticks, the liquid from the bottles and other unknown materials into the 2 milk jugs as well as the rancid meat container and set them on fire right next to the RoW near S's AO @ hut 4. |
| 2205 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2219 | CP | S | Fire is still going and still being fed by Ellen Gerhart. |
| 2235 | CP | S | Ellen Gerhart has started a secondary fire next to the first one. She is using the same materials to do so. |
| 2300 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 2313 | CP | S | S visual from hut 4, Ellen Gerhart is breaking sticks and pacing around talking aggressively aloud to herself, no one else is around. |
| 0000 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0100 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0136 | CP | P-5 | Ellen Gerhart spreading white liquid along South side of RoW |
| 0200 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0300 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0400 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0500 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0600 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| | | | |
| | | | |
| | | | |
| | | | |

_____Initial Completed

**Leighton Radio Log**                                    Date:  5 / 25 / 2018

"CP"= Command Post          "S"=Shift Supervisor          "P__"= Post Number

| Time | To | From | Comments |
|------|------|------|----------|
| 0700 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0710 | CP | P-# | Day Shift Change Complete |
| 0800 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 0823 | CP | P-5 | Ellen Gerhart sighted in the AO, throwing food around the area but not onto the RoW at this time. |
| 0823 | CP | P-5 | Ellen Gerhart placed a box of unknown contents by the pit. |
| 0829 | CP | P-5 | Ellen Gerhart is "staging her supplies for the day" by the Pit on her side of the property – placing down an array of meats, cartons and half-gallon jugs of milk and other things. |
| 0833 | P-4 | P-5 | "4, this is 5 – double time your ass up here now with a fire extinguisher."<br>4 approached, double-timing with a fire-extinguisher. |
| 0835 | CP | S-CC | Ellen Gerhart is currently standing on her property and has made a fire on her property although five feet away from a parked excavator piece of equipment by an excavator. Fire extinguisher is on site – supervisor DT advised assets to use the extinguisher if it "gets out of hand" to save equipment and to make sure she is not in the area for her safety when it is doused. |
| 0841 | CP | - | Ellen Gerhart has walked away from the fire – it appears that the fire will cause damage to the safety fencing in the immediate proximity and is currently being extinguished. |
| 0846 | CP | P-9 | 9 reports that there appears to be smoke in the area of his Hut. |
| 0848 | CP | S-CC | Supervisor CC reports that the smoke that 9 is seeing is coming from their position and that is now extinguished – Ellen Gerhart approached him, attempting to hit him with a stick before Supervisor dodged before contact was made. |
| 0850 | CP | S-CC | Ellen Gerhart is now approximately 20 feet to the east of where she was attempting to craft the first fire, placing tinder into the box attempting to light it. |
| 0900 | P-# | CP | Hourly Check-All Secure, No Trespassers |

| 0934 | S-CC | CP | S-DT at CP: "PSP has been called they are on their way."<br>S-CC: "Copy is that per the footage – over."<br>S-DT at CP: "That will be for the fire and your attempted assault. Be advised you will be needing to make a written statement."<br>S-CC: "Is that for hand or come back to the CP"<br>S-DT at CP: "No I will be heading on site here directly." |
| --- | --- | --- | --- |
| 0941 | CP | P-5 | The box that Ellen Gerhart placed onto the ground has now caught alight – the smoke has lessened and has been exchanged for active flames, no longer smoldering. |
| 1000 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1030 | P-5 | P-9 | 9 sighted two individuals walking towards their AO on the Buckeye, one being positively identified as Elise Gerhart, the other is an unknown and unrecognized male. |
| 1034 | CP | P-9 | 9 sighted a black Camaro heading southbound on 829 believes it to be associated with the sudden sighting of Elise Gerhart and the unknown male |
| 1042 | CP | S-CC | Ellen Gerhart, Elise Gerhart, and the unknown male have been present, yelling and screaming at the assets on post. The male appears to be white with shorter-long blonde hair, ear-rings and a hat. |
| 1045 | P-3 | P-4 | Elise Gerhart was sighted on the Buckeye heading East on it, heading towards where P-5 and Supervisor CC is at. |
| 1052 | P-4 | P-3 | 3 advised that Ellen Gerhart was now moving to 4's AO and to be advised. |
| 1053 | P-3 | P-4 | "Copy, she's just coming over from the Buckeye." |
| 1058 | P-3 | P-4 | Ellen Gerhart is now turning back to head towards 3's. |
| 1100 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1101 | CP | P-9 | 9 sighted an unknown man on the TEPCO, walking up and down it but appeared to be on the phone – plaid shirt, glasses and a ballcap |
| 1104 | CP | P-7 | 7 advised CP (who then advised all assets) that a drone is about to be active in the AO. |
| 1107 | CP | S-CC | Ellen and Elise Gerhart appear to be leaving his AO, heading down the TEPCO past Hut Five. |
| 1111 | CP | P-9 | 9 confirmed visual of Ellen and Elise heading down the TEPCO towards 829. |
| 1115 | CP | P-9 | Ellen Gerhart and Elise were sighted now walking down their driveway. |

| 1116 | CP | P-9 | Ellen Gerhart and Elise crossed from their driveway, moving through their treeline behind a neighbor's house, losing visual. |
|---|---|---|---|
| 1126 | CP | P-5 | Ellen Gerhart was sighted by the established shed. |
| 1129 | CP | P-5 | Both Ellen and Elise Gerhart were sighted by the shed. |
| 1131 | P-4 | P-5 | 5 advised 4 that Ellen and Elise were going to be "making their way back along these trails." |
| 1140 | CP | P-9 | Three individuals in all black are heading up the TEPCO, moving into the treeline and immediately lost visual. |
| 1200 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1224 | CP | P-9 | 9 spotted two individuals, one Ellen Gerhart and who they believed to be Elise Gerhart's boyfriend moving East on the Buckeye. |
| 1227 | P-9 | P-5 | 5 sighted the two moving past the Pit. |
| 1244 | P-5 | P-3 | 3 sighted Ellen and the male moving back towards 5's AO through the buckeye. |
| 1300 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1400 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1426 | CP | P-9 | 9 identified a small silver compact car moving into the Gerhart's Driveway. |
| 1444 | CP | P-4 | Ellen Gerhart and one unidentified individual female is in 4's vicinity – left and was soon sighted at the established shed |
| 1456 | CP | P-5 | Ellen and the other individual were sighted moving West away from the established shed. |
| 1500 | P-# | CP | Hourly Check-All Secure, No Trespassers |
| 1600 | P-# | CP | Hourly Check-All Secure, No Trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Leighton Radio Log**                                  Date:___6__/__24__/_2018___

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 1900 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 2000 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 2044 | CP | S | The Dark colored pickup truck from the other night drove by the CP |
| 2100 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 2130 | CP | L9 | Vehicle pulled into the tepco access road then left after about 1 minute |
| 2200 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 2224 | L# | CP/S | All need to be careful there is a large cat (size of a cougar) on the south side of the RoW and everyone needs to be on the lookout |
| 2300 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0000 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0100 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0200 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0300 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0400 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0500 | L# | CP | Hourly Check-All Secure, No Trespassers |
| 0600 | L# | CP | Hourly Check-All Secure, No Trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____Initial Completed

Leighton Radio Log                                    Date:  6  /  28  /  2018

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 0600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0702 | CP | P-# | Day Shift Change Complete |
| 0800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1041 | CP | P-4 | Ellen Gerhart sighted in the AO of Hut Four but quickly shifted in Hut Five's direction. |
| 1048 | CP | P-4 | Ellen Gerhart came back towards Hut Four, dumped some cat food onto a pile of rolled up tar with 5/50 cord, cat litter, mayonnaise, cat food, and a dirty shirt on a pile of and then withdrew towards the A-FRAME. |
| 1059 | CP | P-4 | Ellen Gerhart sighted, heading West along the back trail, appears to be heading in the direction of the established shed. |
| 1100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1108 | CP | P-5 | Ellen Gerhart sighted in the AO throwing food onto the RoW however this was not caught on camera. |
| 1200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1400 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1500 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1618 | CP | P-4 | Ellen Gerhart came in from the backtrail to the A-FRAME and was sighted standing in between the camera trailer and the A-FRAME right off the orange fencing and trench – she then began to record with a handheld camera of her own. |
| 1700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1717 | P-5 | P-4 | Ellen Gerhart was moving West towards the established she once more – 4 advised and cautioned 5. 5 acknowledged. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Leighton Radio Log

Date:  6  /  28  /  2018

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 1800 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 1808 | CP | P-4 | Bear on ROW, hand held video footage captured. |
| 1809 | CP | P-4 | Bear climbed over safety fence headed toward P-5 or AFRAME. P-5 spotted bear from afar, it was running southbound away from any personnel |
| 1900 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 2000 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 2040 | CP | P-2 | Bear spotted on ROW in AO |
| 2045 | CP | PC | PC-JB says bear is headed toward P-3, South of ROW |
| 2057 | CP | PC | P-4 will move to P-3 to be out of area of bear sightings. Assets can still be seen and monitored from P-3. |
| 2100 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 2102 | CP | PC | PC-JB observed bear run into woods, bear is said to have been snorting and appeared agitated. |
| 2107 | CP | PC | PC-JB sates that there are fresh Mountain Lion prints in AO if P-5. Between P-4 and P-5 near where the old Drill Pad was. Prints look fresh, as in, within last 12 hours. |
| 2133 | CP | PC | PC-JB states not only 1 bear, but 2 now spotted. 1 bear is between P-3 & P-4, South side, headed toward AFRAME and the second bear is walking around AO of P-4 & P-5. |
| 2200 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 2300 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0000 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0100 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0200 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0300 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0400 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0500 | P-# | CP | Hourly Check-All Secure, No trespassers |
| 0600 | P-# | CP | Hourly Check-All Secure, No trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Leighton Radio Log**                                    Date:  6  /  30  / 2018

"CP"= Command Post          "S"=Shift Supervisor       "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 1800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0400 | CP | P-4 | Two bears sighted crossing the ROW headed into the trees. South side. |
| 0400 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0433 | CP | PC | PC-JB observed two bears moving across AFRAME and wetlands. South side. P-5 monitoring TEPCO, no bear activity there at this time. |
| 0500 | P-# | CP | Hourly Check – All Secure, No Trespassers. No visual of bears. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Leighton Radio Log**                                    Date:  7  /  01  / 2018

"CP"= Command Post          "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|------|------|----------|
| 0600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0709 | CP | P-# | Day Shift Change Complete |
| 0800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0809 | CP | P-5 | 5 reports a black bear 25 yards from their Hut on the Northside that shortly there after crossed onto the RoW after checking and smelling where the bags alongside the RoW were hanging from the Gerhart Property. It sighted her and stood up before continuing on to the TEPCO. |
| 0811 | P-# | CP | CP advised all assets to stand-by their air-horns and not to run from the bear but to make themselves appear larger. |
| 0900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0917 | CP | P-5 | P-5 reports sighting two bears on the top of the Buckeye in visual of their AO. |
| 1000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1400 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1500 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Leighton Radio Log                                      Date:  7  /  01  / 2018

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|------|------|----------|
| 1800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1930 | CP | P-2 | Caucasian female, brown hair, white t-shirt, blue skirt, on side of ROW between P-2 and P-6. Woman stated that she lives in nearby cabin (between P-1 and P-2) and wanted to check the progress of the line. PC-JB en route. |
| 1930 | CP | P-6 | Body cam activated to obtain footage of woman. |
| 1936 | CP | P-6 | Body cam deactivated, woman left AO. |
| 2000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2050 | CP | PC | PC-JB reports Ellen Gerhart is digging a hole with a shovel directly behind P-4. She has a very foul smelling bag with her. Possibly a dead carcass. |
| 2100 | CP | PC | Ellen Gerhart buried a rotting animal carcass in the shallow hole she dug directly behind Hut-4.  Her movements will continue to be monitored. |
| 2100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2123 | CP | P-4 | Ellen Gerhart has shovel and bag and is headed West. |
| 2132 | CP | PC | PC-JB observes Ellen Gerhart on the West side of the left side of the ROW near P-5's AO. Movements being monitored. |
| 2143 | CP | PC | Ellen Gerhart is in area where she has previously tied plastic bags containing rotting animal carcasses up to the trees at P-5 |
| 2158 | CP | PC | Ellen Gerhart is outside of the Established Shed, it sounds like she is banging pots together |
| 2200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 2300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0008 | CP | P-2 | A bobcat walked along north side of ROW. |
| 0100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0332 | CP | PC | One bear spotted on the south side of the ROW near P-5 |
| 0345 | CP | PC | Two bears spotted now. South side of ROW. Eventually headed east. |

**Leighton Radio Log**                                        Date:__07__/__09__/__2018__

"CP"= Command Post        "S"=Shift Supervisor        "P__"= Post Number

| Time | To | From | Comments |
|------|-----|------|----------|
| 0600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0704 | CP | P-# | Day Shift Change Complete |
| 0800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0900 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 0926 | CP | P-5 | Ellen Gerhart was sighted on the Northside of the RoW by the light plant dumping an unknown liquid and what appeared to be cat feces. |
| 0931 | CP | P-3 | Ellen Gerhart was sighted by the first water-way. |
| 0933 | CP | P-3 | LAX-9 Body Camera Activated. |
| 0936 | CP | P-3 | LAX-9 Body Camera Deactivated, Ellen was now inbound towards the AFRAME. |
| 0938 | CP | P-3 | LAX-9 Body Camera Activated. |
| 0940 | CP | P-3 | LAX-9 Body Camera Deactivated. |
| 0951 | CP | P-5 | Ellen Gerhart walked down from the Drill Pad towards the established shed. |
| 0952 | CP | P-3 | 3 reports sighting some sort of fat or grease on top of a pile of sticks by Hut 4. |
| 1000 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1100 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1200 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1300 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1400 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1500 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1600 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1700 | P-# | CP | Hourly Check – All Secure, No Trespassers |
| 1800 | P-# | CP | Hourly Check – All Secure, No Trespassers |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VERIFICATION

Subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities, I hereby certify that I am a Pipeline Relocation Engineer and the Construction Spread Manager in Spread 3 for Sunoco Pipeline L.P., and that I am authorized to sign this verification on its behalf. I further verify that the facts set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

SUNOCO PIPELINE L.P.

Daniel A. Kershner

Dated: 7/26/18

RR-0173

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this date via email and first-class mail upon the following:

Richard Alan Raiders, Esq.
Raiders Law PC
606 North 5th Street
Reading, PA  19601

Ashley Martin, Esq.
The Law Office of Roy Galloway
4309 Linglestown Road #107
Harrisburg, PA  17112

Alan R. Boynton, Jr.
Attorney for Condemnor

Dated:  July 26, 2018

6

RR-0174