# EXHIBIT 16

## Christopher Markos

| | |
|---|---|
| **From:** | Christopher Markos |
| **Sent:** | Monday, April 11, 2022 12:02 PM |
| **To:** | 'Elizabeth L. Kramer'; Cathleen A. Sheaffer; jessicdavi@pa.gov; KHull@mcneeslaw.com; Chris Gerber (cpgerber@sianalaw.com); Boynton, Alan (ABoynton@mcneeslaw.com); rich@raiderslaw.com; lbedell@attorneygeneral.gov; Carfley, Stephanie (SCarfley@mcneeslaw.com); Connie E. Henderson (cehenderson@sianalaw.com) |
| **Cc:** | Frank J. Lavery, Jr.; Aimee Paukovits; Mindy S. Kushner |
| **Subject:** | RE: Gerhart, Ellen, et al. v. Energy Transfer Partners, et al. - Defendant TigerSwan's Responses to Plaintiff's 1st Request for Production of Documents |

I would ask that we be able to show the parties the documents bates stamps DF TigerSwan 1-2012. I am fine with not providing hard copies. If that is acceptable, we don't need to further discuss the designation.

I am also requesting that you provide a copy of the whatsapp conversation for which a link is included at "DF TigerSwan 1938," as well as emails from n.johnson@tigerswan.com; r.rice@tigerswan.com; and r2@tigerswan.com that reference the following search terms: "Gerhart, Gerharts, Elise, Ellen, Camp White Pine, anarchist, anarchists, anarchism, Huntingdon, Robert / Angelo; Roberto / Bricchi; PA Progress; Badger. I will provide a formal request shortly.

Christopher Markos, Esq.
**WILLIAMS CEDAR**
One South Broad Street, Suite 1510
Philadelphia, PA 19107
P: (215) 557-0099

NOTE OUR NEW ADDRESS

---

**From:** Elizabeth L. Kramer <ekramer@laverylaw.com>
**Sent:** Friday, April 8, 2022 3:58 PM
**To:** Cathleen A. Sheaffer <CSheaffer@laverylaw.com>; Christopher Markos <cmarkos@williamscedar.com>; jessicdavi@pa.gov; KHull@mcneeslaw.com; Chris Gerber (cpgerber@sianalaw.com) <cpgerber@sianalaw.com>; Boynton, Alan (ABoynton@mcneeslaw.com) <ABoynton@mcneeslaw.com>; rich@raiderslaw.com; lbedell@attorneygeneral.gov; Carfley, Stephanie (SCarfley@mcneeslaw.com) <SCarfley@mcneeslaw.com>; Connie E. Henderson (cehenderson@sianalaw.com) <cehenderson@sianalaw.com>
**Cc:** Frank J. Lavery, Jr. <flavery@laverylaw.com>; Aimee Paukovits <apaukovits@laverylaw.com>; Mindy S. Kushner <MKushner@laverylaw.com>
**Subject:** RE: Gerhart, Ellen, et al. v. Energy Transfer Partners, et al. - Defendant TigerSwan's Responses to Plaintiff's 1st Request for Production of Documents

Good afternoon,

I just want to highlight that we have designated these documents as for counsel's eyes only pursuant to the Confidentiality Agreement. If there are any questions about this designation, please reach out to Frank or I.

Thanks,

**Elizabeth L. Kramer, Esquire**
**Lavery Law**
225 Market Street, Suite 304
P.O. Box 1245

Harrisburg, PA 17108
Phone: 717.233.6633
Fax: 717.233.7003
Email: ekramer@laverylaw.com
Web: www.laverylaw.com



  

**This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges; and is otherwise protected from disclosure under applicable law.  It constitutes non-public information intended to be conveyed only to the designated recipient(s).  If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner.  The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**From:** Cathleen A. Sheaffer
**Sent:** Friday, April 8, 2022 2:58 PM
**To:** Christopher Markos (cmarkos@williamscedar.com); jessicdavi@pa.gov; KHull@mcneeslaw.com; Chris Gerber (cpgerber@sianalaw.com); Boynton, Alan (ABoynton@mcneeslaw.com); rich@raiderslaw.com; lbedell@attorneygeneral.gov; Carfley, Stephanie (SCarfley@mcneeslaw.com); Connie E. Henderson (cehenderson@sianalaw.com)
**Cc:** Frank J. Lavery, Jr.; Elizabeth L. Kramer; Aimee Paukovits; Mindy S. Kushner
**Subject:** Gerhart, Ellen, et al. v. Energy Transfer Partners, et al. - Defendant TigerSwan's Responses to Plaintiff's 1st Request for Production of Documents

I am writing to provide you with Defendant TigerSwan's Responses to Plaintiff's 1ˢᵗ Request for Production of Documents and document production (batestamped - " DF TigerSwan 1-2012") in the above referenced matter.

https://laverylaw.sharefile.com/d-s4aeec48369524382b79cbe7fa4868f9e

Thank you for your attention to this matter.

Cathy

**Cathleen A. Sheaffer, RP®, Pa. C.P.**
**Senior Paralegal**
**Lavery Law**
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108
Phone: 717.233.6633
Fax: 717.233.7003

Email: csheaffer@laverylaw.com
Web: www.laverylaw.com



 

**This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges; and is otherwise protected from disclosure under applicable law. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**