# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN GERHART, ELISE | : | |
| GERHART, ALEX LOTORTO | : | |
| and ELIZABETH  GLUNT, | : | |
| Plaintiffs and | : | CIVIL ACTION NO. 1:17-cv-1726-YK |
| Counterclaim Defendant | : | |
| | : | |
| v. | : | |
| | : | |
| ENERGY TRANSFER | : | |
| PARTNERS, *et al.,* | : | (Judge Kane) |
| Defendants   and | : | |
| Counterclaimants | : | |

**PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT JOHNSON**

To:     To:    Nick Johnson
c/o Christopher Gerber
SIANA LAW
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
cpgerber@sianalaw.com

**DEFINITIONS AND INSTRUCTIONS**

These requests incorporate by reference the definitions set forth in Plaintiff's

First Set of Interrogatories and Requests for Production of Documents directed to

you.

**REQUESTS**

1. Any "Non-disclosure agreement" or any other document which forms the basis of your refusal to answer questions during your deposition.

2. All copies of your contact information for Robert Rice's, including specifying when any piece of information was current.

3. All copies of direct messages sent to PA Progress via any platform.

4. Any contract or other writing setting forth any agreement between You and Cedar Fork Partners not already provided by Cedar Forks Partners.

5. Any and all documents which you contend support the assertions made in the video to which a link is provided in Paragraph 160 of the Second Amended Complaint.

**WILLIAMS CEDAR**

*/s/ CHRISTOPHER MARKOS*
Christopher Markos, Esquire
cmarkos@williamscedar.com
One South Broad Street
Suite 1510
Philadelphia, PA 19107
(215) 557-0099

**Attorney for Plaintiffs**

Dated: February 1, 2022

## CERTIFICATE OF SERVICE

I, Christopher Markos, certify that on the below date I served the foregoing document on all counsel of record via email.


*/s/ CHRISTOPHER MARKOS*
Christopher Markos, Esq.
Attorney for Plaintiffs

Dated: February 1, 2022

# Camp White Pine Cheat Sheet

Use this handy guide to quickly identify
members and supporters of
Camp White Pine in Huntingdon, PA.



**ELISE GERHART.**

RINGLEADER, WORKS AT
GREEN HERON FARM. SEEN
AT ROTHROCK OUTFITTERS.
POSSIBLY DATING BANJO BOB.



**ELLEN SUE GERHART.**

MOTHER OF ELISE. MARRIED
TO STEPHEN GERHART. DOES
NOT SIT IN TREES OR CAMP.
PROVIDES EMOTIONAL AND
FINANCIAL SUPPORT.



**KARI SMITHERMAN.**

LIMPS ON LEFT LEG. DRIVES A
GRAY VW HATCHBACK.
FREQUENTS HUNTINGDON CAR
WASH/LAUNDROMAT. HAS
LYME DISEASE.



**"KWIKSET".**

ASSOCIATE OF SMITHERMAN'S.
DOES MOST OF TREE CLIMBING.
HAS 'MUM' TATTOO ON RIGHT
TRICEP. OFTEN ALTERS
APPEARANCE.



**"SPARROW".**

VERY ELUSIVE. NOT SEEN IN
PUBLIC OFTEN. DOES NOT
PUBLICLY ADMIT TO BEING AN
ANARCHIST. CUNNING.



**BOB BARRONER.**

AKA "BANJO BOB". MUSICIAN.
FREQUENTLY SEEN NEAR ELISE
IN PUBLIC EVENTS. MIGHT BE
HER BOYFRIEND.



**KAITLIN ELLIOTT.**

GIRLFRIEND OF NICK MILLER.
AVID HIKER, GARDENER. SKI
INSTRUCTOR. LIVES WITH MILLER.



**NICHOLAS 'NICK' MILLER.**

GARDENER, AVID SUPPORTER
OF CAMP. SPEAKS AT PUBLIC
MEETINGS AGAINST PIPELINES.



**DAVID O'NEILL**

FLIES DRONES IN THE CAMP.
RUNS THE MYCELIAL NETWORK.
PUBLICLY SUPPORTS ANTIFA
AND ANARCHY ON SOCIAL MEDIA.



**UNKNOWN MALE ASSOCIATE.**

BIG SUPPORTER OF CAMP.
OFTEN SEEN AT PUBLIC EVENTS
IN SUPPORT OF GERHARTS.
SUSPICIOUS OF OTHERS.



**GRAY TOYOTA PRIUS.**

DRIVEN BY ELISE GERHART.
LICENSE PLATE ▆▆▆▆▆



**GRAY VW HATCHBACK.**

DRIVEN BY KARI S. AND
KWIKSET. LICENSE PLATE
▆▆▆▆▆



**WHITE PICKUP TRUCK.**

UNKNOWN DRIVER AND
LICENSE PLATE.

**GERHART DRIVEWAY.**

OFTEN BLOCKED BY TRASH CAN.

THANKS TO TONY S. AND CALEB on HELPING ON THIS!

11:47 AM

## PA Progress
Sponsored · 🌐

A Cheat Sheet to Identify Camp White Pine Leaders and Supporters.

Hopefully this will help folks here in Huntingdon identify members of this cult in Huntingdon. Thanks to all who helped put this together. Many people asked us for this, so here it is!!





**BOB BARRONER.**

AKA "BANJO BOB." MUSICIAN. FREQUENTLY SEEN NEAR ELISE IN PUBLIC EVENTS. MIGHT BE HER BOYFRIEND.



**KAITLIN ELLIOTT.**

GIRLFRIEND OF NICK MILLER. AVID HIKER, GARDENER. SKI INSTRUCTOR. LIVES WITH MILLER.



**NICHOLAS 'NICK' MILLER.**

GARDENER, AVID SUPPORTER OF CAMP. SPEAKS AT PUB

Gerhart_000062

  

 **Tom Petty Wap and 5 others** ❯

 **Joshua Andrews**
I will gather additional information on these individuals.
30 minutes ago  •  Like  •  Reply  •  👍 1

 **Shane Seilhamer**
Antifa?
1 minute ago  •  Like  •  Reply  •  👍 1

 Write a comment...   

Gerhart_000063