# EXHIBIT 21

# Christopher Markos

| | |
|---|---|
| **From:** | Christopher Markos |
| **Sent:** | Tuesday, March 1, 2022 4:21 PM |
| **To:** | 'Connie E. Henderson'; Rich Raiders |
| **Cc:** | Frank J. Lavery, Jr.; Bedell, Lindsey A.; Carfley, Stephanie; Boynton, Alan; Mindy S. Kushner; Aimee Paukovits; Hull, Kandice; Chris Gerber; Davis, Jessica S; Elizabeth L. Kramer |
| **Subject:** | RE: Gerhart, et al. v. ETP, et al. |

Chris,

Thank you for these.

In Nick Johnson's deposition, he admitted to working out of the TigerSwan offices in 2017. His invoices state he was working pursuant to a contract with TigerSwan. He denied under oath that he worked for TigerSwan in 2017. There is a picture of him with Robert Rice in North Dakota in 2017 which he refused to answer questions about, pursuant to what we can refer to for simplicity's sake as an NDA. So the question whether or not he had any NDA or similar agreement pertaining specifically to his Mariner East 2 work is impertinent. The NDA is clearly relevant regardless of whether or not it relates specifically to ME2, as we are entitled to know the extent to which he was working with TigerSwan on PA Progress, which TigerSwan was funding, and during which time TigerSwan was permitting him to work from their own corporate offices Further, in light of his denial of working for TigerSwan in 2017, the NDA is further discoverable for purposes of impeachment, because he is not permitted to make blanket testimonial denials while shielding from scrutiny documentary evidence to the contrary, and his work on PA Progress occurred *at the same time* as the trip to North Dakota and when he was working in their offices. I've never seen an NDA that exempts itself from disclosure, but there is a confidentiality agreement in this case anyway that obviates any such concern.

Accordingly, please provide any document responsive to the first supplemental request. Otherwise, we will seek the Court's intervention.

Christopher Markos, Esq.
**WILLIAMS CEDAR**
One South Broad Street, Suite 1510
Philadelphia, PA 19107
P: (215) 557-0099

NOTE OUR NEW ADDRESS

**From:** Connie E. Henderson <cehenderson@sianalaw.com>
**Sent:** Tuesday, March 1, 2022 3:05 PM
**To:** Christopher Markos <cmarkos@williamscedar.com>; Rich Raiders <rich@raiderslaw.com>
**Cc:** Frank J. Lavery, Jr. <flavery@laverylaw.com>; Bedell, Lindsey A. <lbedell@attorneygeneral.gov>; Carfley, Stephanie <SCarfley@mcneeslaw.com>; Boynton, Alan <ABoynton@mcneeslaw.com>; Mindy S. Kushner <MKushner@laverylaw.com>; Aimee Paukovits <apaukovits@laverylaw.com>; Hull, Kandice <KHull@mcneeslaw.com>; Chris Gerber <cpgerber@sianalaw.com>; Davis, Jessica S <jessicdavi@pa.gov>; Elizabeth L. Kramer <ekramer@laverylaw.com>
**Subject:** RE: Gerhart, et al. v. ETP, et al.

Chris and Rich,

Attached please find Defendant Johnson's Responses and Objections to Plaintiff's Supplemental RPDs.

Thanks

Connie E. Henderson, Esquire

**SIANA LAW**

941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
610-321-5500 ext., #104 | cehenderson@sianalaw.com
www.sianalaw.com | LinkedIn
Subscribe to Siana Law's email newsletter

CONFIDENTIALITY NOTICE AND DISCLAIMER
This message is from the law firm Siana Law. This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610.321.5500. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the sender, which are not to be attributed to Siana Law and may not be copied or distributed without this statement.

**From:** Boynton, Alan <ABoynton@mcneeslaw.com>
**Sent:** Tuesday, March 1, 2022 2:47 PM
**To:** Christopher Markos <cmarkos@williamscedar.com>; Rich Raiders <rich@raiderslaw.com>
**Cc:** Frank J. Lavery, Jr. <flavery@laverylaw.com>; Bedell, Lindsey A. <lbedell@attorneygeneral.gov>; Carfley, Stephanie <SCarfley@mcneeslaw.com>; Mindy S. Kushner <MKushner@laverylaw.com>; Aimee Paukovits <apaukovits@laverylaw.com>; Hull, Kandice <KHull@mcneeslaw.com>; Chris Gerber <cpgerber@sianalaw.com>; Davis, Jessica S <jessicdavi@pa.gov>; Connie E. Henderson <cehenderson@sianalaw.com>; Elizabeth L. Kramer <ekramer@laverylaw.com>
**Subject:** Gerhart, et al. v. ETP, et al.

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. Do not click links, open attachments, or reply to this message unless you recognize the sender and know the content is safe.

Chris and Rich,

Per your request, attached is the underlying agreement between TigerSwan and the ETP affiliate. Also attached is the redaction log for the documents identified by you.

Alan



**Alan R. Boynton, Jr.**
**McNees Wallace & Nurick LLC**
100 Pine Street | Harrisburg, PA 17101
Tel:  717.237.5352 | Fax:  717.260.1665
Cel:  717.418.2354
LinkedIn | Website

The foregoing message may be protected by the attorney-client privilege.  If you believe it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.