# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN GERHART, ELISE GERHART, ALEX LOTORTO and ELIZABETH GLUNT, : : : : | |
| Plaintiffs and Counterclaim Defendant : : : | CIVIL ACTION NO. 1:17-cv-1726-YK |
| v. : : | |
| ENERGY TRANSFER PARTNERS, *et al.*, : : | (Judge Kane) |
| Defendants and Counterclaimants : : | |

### PLAINTIFFS' SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT JOHNSON

To: To: Nick Johnson
c/o Christopher Gerber
SIANA LAW
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
cpgerber@sianalaw.com

### DEFINITIONS AND INSTRUCTIONS

These requests incorporate by reference the definitions set forth in Plaintiff's First Set of Interrogatories and Requests for Production of Documents directed to you.

### INTERROGATORIES

1. Describe in detail the agreement you referenced on pages 9 and 67-68 that you alleged bound you not to answer question "to the best of your knowledge were you in North Dakota in August of 2017," including but not

limited to when any such agreement was executed, any other parties to the agreement, the consideration for any such agreement, whether the agreement is with TigerSwan and/or Cedar Fork Partners, the period of time the agreement covers, and the specific terms of any such agreement.

ANSWER:

**WILLIAMS CEDAR**

*/s/ CHRISTOPHER MARKOS*
Christopher Markos, Esquire
cmarkos@williamscedar.com
One South Broad Street
Suite 1510
Philadelphia, PA 19107
(215) 557-0099

**Attorney for Plaintiffs**

Dated: March 7, 2022

## CERTIFICATE OF SERVICE

      I, Christopher Markos, certify that on the below date I served the foregoing document on all counsel of record via email.

                                                                    */s/ CHRISTOPHER MARKOS*
                                                                    Christopher Markos, Esq.
                                                                    Attorney for Plaintiffs

Dated: March 7, 2022