# EXHIBIT 23

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN GERHART, ELISE GERHART, ALEX LOTORTO, and ELIZABETH GLUNT, | : : : : | |
| Plaintiffs, | : : | No.: 1:17-CV-1726-YK |
| v. | : : | (Judge Kane) |
| ENERGY TRANSFER PARTNERS, et al. | : : | |
| Defendants. | : : | JURY TRIAL DEMANDED |

## DEFENDANT NICHOLAS JOHNSON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

Defendant Nicholas Johnson ("Answering Defendant"), by and through his counsel, Siana Law, LLP asserts the following Objections and Responses to Plaintiffs' Second Set of Interrogatories as follows:

## INTERROGATORIES

1. Describe in detail the agreement you referenced on pages 9 and 67-68 that you alleged bound you not to answer question "to the best of your knowledge were you in North Dakota in August of 2017," including but not limited to when any such agreements was executed, any other parties to the agreement, the consideration for any such agreement, whether the agreement is with TigerSwan and/or Cedar Fork Partners, the period of time the agreement covers, and the specific terms of any such agreement.

**OBJECTION**: Answering Defendant objects to this Interrogatory to the extent that it seeks any information beyond the Mariner East 2 project. Any such agreement that is not related to Mariner East 2 is not relevant to the claims or defenses and is not proportional to the needs of the case.

**By way of further objection,** *see* **ECF 131. While Answering Defendant acknowledges Plaintiffs' Second Set of Interrogatories were propounded before this Court's March 4, 2022 Order, Answering Defendant objects to this Interrogatory to the extent that Plaintiffs' request to broaden the scope of discovery was denied.**

**RESPONSE**: Subject to and without waiving these objections, and to the extent Interrogatory No. 1 is not objectionable, Answering Defendant did not enter into any non-disclosure agreement or any other similar agreement pertaining to his publications regarding his work on the Mariner East 2 project.

                                                **SIANA LAW**

Date: April 7, 2022        By:    */s/ Christopher P. Gerber*
                                                    Christopher P. Gerber, Esquire, I.D. #76449
                                                    Connie E. Henderson, Esquire, I.D. #327325
                                                    Attorneys for Defendant, *Nick Johnson*
                                                    941 Pottstown Pike, Suite 200
                                                    Chester Springs, PA 19425
                                                    (P): 610.321.5500
                                                    (F): 610.321.0505
                                                    cpgerber@sianalaw.com
                                                    cehenderson@sianalaw.com

## **VERIFICATION**

I, Nicholas Johnson, depose and say that Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories are true and correct to the best of my knowledge, information, and belief.

I understand that any false statements therein are subject to the criminal penalties contained in 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Date: 4/7/22                                       By:___/s/___Nick___Johnson_____
                                                              Nicholas Johnson

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN GERHART, ELISE GERHART, ALEX LOTORTO, and ELIZABETH GLUNT, | : : : : | |
| Plaintiffs, | : : | No.: 1:17-CV-1726-YK |
| v. | : : | (Judge Kane) |
| ENERGY TRANSFER PARTNERS, et al. | : : | |
| Defendants. | : : | JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this day a true and correct copy of the foregoing Defendant Nicholas Johnson's Objections and Responses to Plaintiff's Second Set of Interrogatories was served via email and/or first-class mail, addressed to the following:

| | | |
|---|---|---|
| Christopher Markos, Esquire<br>Williams Cedar<br>1515 Market St, Suite 1300<br>Philadelphia, PA 19102<br>***(via Email)*** | Alan R. Boynton, Jr., Esquire<br>Carol Steinour Young, Esquire<br>Kandice K. Hull, Esqurie<br>McNees, Wallace & Nurick, LLC<br>100 Pine Street<br>P.O. Box 1166<br>Harrisburg, PA 17108<br>***(via Email)*** | Frank J. Lavery, Jr., Esquire<br>Elizabeth L. Kramer, Esquire<br>Lavery Law<br>225 Market Street, Suite 304<br>Harrisburg, PA 17101<br>***(via Email)*** |

| | |
|---|---|
| Richard A. Raiders, Esquire<br>Lengert & Raiders, LLC<br>606 N. 5th Street<br>Reading, PA 19601<br>*(via Email)* | Jessica S. Davis, Esquire<br>Lindsey A. Bedell, Esquire<br>Pennsylvania Office of the Attorney General<br>1800 Elmerton Avenue<br>Harrisburg, PA 17110<br>*(via Email)* |

**SIANA LAW**

Date: <u>April 7, 2022</u>     By:   */s/ Christopher P. Gerber*
　　　　　　　　　　　　　　　Christopher P. Gerber, Esquire, I.D. #76449
　　　　　　　　　　　　　　　Connie E. Henderson, Esquire, I.D. #327325
　　　　　　　　　　　　　　　Attorneys for Defendant, *Nick Johnson*
　　　　　　　　　　　　　　　941 Pottstown Pike, Suite 200
　　　　　　　　　　　　　　　Chester Springs, PA 19425
　　　　　　　　　　　　　　　(P): 610.321.5500
　　　　　　　　　　　　　　　(F): 610.321.0505
　　　　　　　　　　　　　　　cpgerber@sianalaw.com
　　　　　　　　　　　　　　　cehenderson@sianalaw.com