# EXHIBIT 24



Samuel Abloeser‡
David M. Cedar‡†*
Beth G. Cole‡
Shauna Friedman‡†ª
Ari Goldberger‡†
Kevin Haverty‡†*
Christopher Markos‡†
Alan H. Sklarsky†
Gerald J. Williams‡†ª

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
ªMember, New York Bar

April 11, 2022

Christopher Gerber, Esq.
Siana Law
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Via email to cpgerber@sianalaw.com

    Re: Gerhart, et al. v. ETP, et al., 17-1726

Dear Chris,

    I write regarding your responses, dated April 7, 2022, to Plaintiff's Second Interrogatories directed to your client, Nick Johnson. The response to this single interrogatory is deficient.

    The Court's March 4 Order has no bearing on this request, and the self-serving and self-imposed limitation fails to answer what was asked. The Second Interrogatory did not ask about any substantive work, but simply for evidence of the employment and/or agency relationship between Johnson and TigerSwan. As you know, the complaint in this case alleges that Nick Johnson was acting on behalf of TigerSwan. He has denied that he did so, despite testifying that he worked in TigerSwan's office, and last Friday's document production from TigerSwan confirmed he had a Tigerswan-issued email account. Further, Johnson specifically evoked a Non-disclosure agreement when he was asked in his deposition whether he worked with Robert Rice on matters unrelated to the Gerharts (9:13-16).

    The existence of this document, and its terms, are clearly relevant to the nature of the relationship between Johnson and TigerSwan. Please provide a responsive answer within 15 days or I will seek the Court's intervention.

                      Very truly yours,

                      */s/ Christopher Markos*
                      Christopher Markos

cc: All counsel (via email)



*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

○ One South Broad Street, Suite 1510
Philadelphia, PA 19107
215.557.0099

www.williamscedar.com

○ 8 Kings Highway West, Suite B
Haddonfield, NJ 08033
856.470.9777

