# EXHIBIT 25



CHRISTOPHER P. GERBER                                                                cpgerber@sianalaw.com

April 21, 2022

***Via Email Only***
Christopher Markos, Esquire
Williams Cedar
1515 Market Street, Suite 1300
Philadelphia, PA 19102

> **Re:   Ellen Gerhart, et al. v. Nick Johnson, et al.**
> **M.D. Pa. No.: 1:17-CV-1726-YK**
> **Our File No.: GL.JHN.7420.SVS**

Dear Chris:

Please allow this correspondence to acknowledge receipt of your April 11, 2022 correspondence.

We take the position that the Court's March 4, 2022 Order does in fact place a limitation on the Interrogatory propounded to my client.  The agreement which you reference in the Interrogatory was executed in relation to the Dakota Access Pipeline and unrelated to any work performed with respect to the Mainer East 2 project and/or the Gerharts.

Therefore, the agreement in which you reference is not relevant to this matter as confirmed by this Court's Order.

Very truly yours,

***/s/ Christopher P. Gerber***

Christopher P. Gerber

cc:   Connie E. Henderson, Esquire
      Alan R. Boynton, Esquire
      Frank J. Lavery, Jr., Esquire
      Elizabeth Kramer, Esquire
      Richard A. Raiders, Esquire
      Stephanie Carfley, Esquire
      Jessica S. Davis, Esquire
      Mary Lou Maierhofer, Esquire