# EXHIBIT 27

Nicholas Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


ELLEN GERHART, et al.        : CIVIL ACTION
              Plaintiff,     :
                             : NO. 17-cv-1726-YK
      v.                     :
                             :
ENERGY TRANSFER             :
PARTNERS, LP, et al.         :
              Defendants.    :


-----

January 24, 2022

-----


        Oral deposition of NICHOLAS JOHNSON,

taken on behalf of the Plaintiff, via

videoconference, on the above date, commencing

at 10:03 a.m., before Linda A. Ricciardi,

Certified Court Reporter.




KAPLAN LEAMAN & WOLFE
COURT REPORTERS

230 South Broad Street, Suite 1303

Philadelphia, Pennsylvania  19102

1-877-559-3376

Nicholas Johnson

Page 2

```
1    REMOTE APPEARANCES:
2    WILLIAMS CEDAR, LLC
         BY:  CHRISTOPHER MARKOS, ESQUIRE
3    1515 Market Street, Suite 1300
     Philadelphia, Pennsylvania  19103
4    215-557-0099
     cmarkos@williamscedar.com
5
     Counsel for Plaintiff
6
     RAIDERS LAW, PC
7    BY:  RICH RAIDERS, ESQUIRE
     606 N. 5th Street
8    Reading, Pennsylvania 19601
     484-509-2715
9    rich@raiderslaw.com
10   Counsel for Plaintiff
11   McNEES WALLACE & NURICK, LLC
         BY:  KANDICE HULL, ESQUIRE
12   100 Pine Street
     Harrisburg, Pennsylvania  17101
13   717-233-8000
     khull@mcneeslaw.com
14
     Counsel for Defendant
15   Energy Transfer Partners, LP
16   GOVERNOR'S OFFICE OF  GENERAL COUNSEL
         BY:  JESSICA DAVIS, ESQUIRE
17   333 Market Street, 17th Floor
     Harrisburg, Pennsylvania  17101
18   717-783-6563
     jessicdavi@pa.gov
19
     Counsel for Defendants
20   Michael Ehgartner and Joseph Dunsmore
21
22
23
24
```

Page 3

```
1    LAVERY LAW
         BY:  FRANK LAVERY, ESQUIRE
2    225 Market Street
     Harrisburg, Pennsylvania  17108
3    717-233-6633
     flavery@laverylaw.com
4
     Counsel for Defendant
5    TigerSwan
6    SIANA LAW
         BY:  CHRISTOPHER GERBER, ESQUIRE
7    Ludwigs Corner Professional Center
     941 Pottstown Pike, Suite 200
8    Chester Springs, Pennsylvania 19425
     610-321-5500
9    cgerber@sianalaw.com
10   Counsel for Defendant
     Nick Johnson
11
     ALSO PRESENT:
12
     ELISE GERHART
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
1             I N D E X
2    WITNESS                    PAGE
3    NICHOLAS JOHNSON
4    By Mr. Markos               5
5    By Mr. Lavery             110
6
7
8    EXHIBIT NO.    DESCRIPTION        MARKED
9      1      Photograph            8
10     2      Packet of documents   19
11     3      Article               26
12     4      Facebook page         36
13     5      Article               42
14     6      PA Progress posts     65
15     7      Article               66
16     8      Proof of service      87
17     9      Camp White Pine cheat sheet 89
18
19
20
21
22
23
24
```

Page 5

```
1              (It is stipulated and agreed by
2    and between counsel for the respective parties
3    that the sealing, certification and filing of
4    the within deposition be waived; and that all
5    objections, except as to the form of the
6    question, be reserved until the time of trial.)
7              -----
8              NICHOLAS JOHNSON, after having been
9    first duly sworn, was examined and testified as
10   follows:
11             -----
12             EXAMINATION
13             -----
14   BY MR. MARKOS:
15   Q.    Mr. Johnson, thank you for being here
16   today.  As you know, we are here to take your
17   deposition in a case in which you have been
18   sued by my clients, Elise and Ellen Gerhart.
19             Just some ground rules.  I know that
20   you were present for most of the other
21   depositions, this may sound redundant.  Imagine
22   as if we were speaking in person today, there
23   is a court reporter here, she is taking a
24   written transcript of our conversation,
```

2 (Pages 2 to 5)

Nicholas Johnson

Page 6

1  everything you say and everything I say, any
2  objection another lawyer makes.
3        As such, it is important that I let you
4  finish your responses to my questions and you
5  likewise allow me to ask the entire question I
6  am going to ask.  It is normal in a
7  conversation to anticipate where somebody is
8  going and jump in, but today it is important
9  that we let each other finish what we have to
10  say.
11        Likewise, even though we can all see
12  each other, the court reporter can see you, she
13  can't take down a nod of the head or a gesture
14  or an uh-huh or uh-uh, so it is important that
15  you verbalize all the responses that you have
16  to what I ask you.
17        Today it is not a memory test, if you
18  don't know the answer to a question I have
19  asked tell me you don't understand the
20  question, tell me you don't know the answer, it
21  is fine, I can accommodate you by rephrasing
22  it, and I can move on if you don't know what I
23  am asking you about.
24        If you need to take a break at any time

Page 7

1  that is no problem unless if I have asked you a
2  question, there is a question pending you need
3  to finish your answer and then we can take a
4  break.  I don't think we will go all day, but
5  at certain points I am sure everybody will want
6  to take a break or two.
7        The last thing is you raised your hand
8  and swore an oath just as if you are testifying
9  in court today.  This is a deposition in a
10  lawsuit that could be used in court, I just
11  want to make sure you are aware of that.  Does
12  everything I said to you make sense, do you
13  have any questions about those instructions?
14  A.    No questions.
15  Q.    Thank you.  Have you ever been deposed
16  before?
17  A.    No.
18  Q.    Have you ever been sued before?
19  A.    No.
20  Q.    Have you ever been in a lawsuit before
21  as a plaintiff?
22  A.    No.
23  Q.    Bear with me again.  Today I am
24  probably going to end up jumping around a

Page 8

1  little bit just because I have a bunch of
2  different areas and things may come to me, you
3  know, as we discuss, but I have one thing to
4  ask.
5        We can mark this as Exhibit 1.
6        (Whereupon photograph was marked
7  for identification as Exhibit 1.)
8  BY MR. MARKOS:
9  Q.    Do you know what this is a picture of?
10  A.    Yes.
11  Q.    Who is that?
12  A.    That is Robert Rice.
13  Q.    Do you know who Robert Rice is?
14  A.    Yes.
15  Q.    You know Robert Rice personally, right?
16  A.    Yes.
17  Q.    How do you know Robert?
18  A.    I met Robert while living in North
19  Carolina.
20  Q.    As a plaintiff, as a friend, as a
21  business associate, what context?
22  A.    I met Robert through a friend.
23  Q.    You have worked with Robert before,
24  right?

Page 9

1  A.    Before?
2  Q.    Today.
3  A.    Before today I have worked with Robert,
4  yes.
5  Q.    What kind of work did you do with
6  Robert?
7  A.    With Robert I worked on a project that
8  I was a consultant for a social media project.
9  Q.    Okay.  Is that that project that is at
10  the, you know, core of the claims against you
11  in this case?
12  A.    Yes.
13  Q.    Okay.  It includes things that have
14  nothing to do with the Gerharts as well,
15  correct?
16  A.    I am not at liberty to speak of that.
17  Q.    Okay.  Do you know, it says Defend Iowa
18  Day 14 Update.  Do you know what Defend Iowa
19  is?
20  A.    Yes.
21  Q.    How do you know what Defend Iowa is?
22  A.    Defend Iowa is a Facebook page that
23  existed on the Internet.
24  Q.    Okay.  How did you become aware of

Nicholas Johnson

Page 10

1  that?
2  A.     Robert and I worked on a project that
3  managed that Facebook page.
4  Q.     Okay.  The project you mentioned
5  working on with Robert, was there anybody else
6  you were working with, doing the kind of work
7  you were doing?  I know you were working on a
8  project for people, but I am talking about the
9  project itself, you and Robert and anybody
10 else?
11 A.     That was two different questions.  Can
12 you repeat it again?
13 Q.     Sure.  I am not talking about who you
14 were working for, who you were working with on
15 the project besides Robert, was there anybody
16 else?
17 A.     I am trying to recall.  And there is
18 going to be a lot of me trying to recall
19 because this was six or seven years ago so you
20 will have to be patient.
21 Q.     That is fair.
22 A.     Yeah, I don't remember.
23 Q.     Okay.  The friend who introduced you to
24 Robert was that Kurt Merriweather?

Page 11

1  A.     Yes.
2  Q.     How did you know Kurt Merriweather?
3  A.     I met Kurt while living in North
4  Carolina.
5  Q.     Professionally or, you know, through a
6  friendship?
7  A.     I don't remember.
8  Q.     Did you have any professional
9  relationship with him?
10 A.     With who?
11 Q.     Kurt Merriweather.
12 A.     Yes.
13 Q.     Can you recall when you met him?
14 A.     It would have been -- I can't guess to
15 the date or year.  I would say 2016.
16 Q.     Okay.  I understand that you are
17 ballparking.
18 A.     Yeah.
19 Q.     Okay.  One thing I should have said
20 before is that if you need to approximate a
21 date or something make sure that is clear
22 otherwise we will assume you are being precise.
23 You provided in discovery it is called
24 checks, I don't know if they are paycheck

Page 12

1  checks or what written out to you by Cedar Fork
2  Partners I think it is.  Cedar Fork Partners is
3  an entity run by Kurt Merriweather, right?
4  A.     I believe so.
5  Q.     And Cedar Fork Partners paid you
6  whatever is reflected in those?  I can show
7  them to you, maybe that is easier.
8  MR. LAVERY:  Yeah, I was going to
9  say, I object to the form of the question
10 specifically when you called them paychecks.
11 I think you should show them and ask
12 him what they are and how they were paid and
13 who paid them and set a foundation for all
14 this.
15 Q.     I am not asking you anything, I am just
16 going to find something.  Can you see the
17 screen?
18 A.     I can.
19 Q.     It says defendant Nicholas Johnson's
20 objections and responses to plaintiff's request
21 for production of documents.  Do you see that?
22 A.     Yes, sir.
23 Q.     Do you see request number 2 in your
24 response?

Page 13

1  A.     Yes.
2  Q.     Okay.  The response references NJ 6 and
3  7, where my cursor is.  You are nodding your
4  head, you have to say yes or no.
5  A.     You didn't really ask me with a
6  question, you were just talking.
7  Q.     You see that the response references
8  document Bates stamp NJ 6 to 7?
9  A.     I do see that, yes.
10 Q.     Okay.  This is the best I can do, I am
11 sorry, but this is NJ 6, I am scrolling up.  Do
12 you see where my cursor is?
13 A.     I can.
14 Q.     Can you read what is kind of
15 highlighted there?
16 A.     I can.
17 Q.     You can?
18 A.     Yes.
19 Q.     Can you read it to me?
20 A.     Cedar Fork Partners LLC.
21 Q.     You don't need to read the address.
22 A.     Okay.
23 Q.     This is your name here where my cursor
24 is, Nick Johnson?

Nicholas Johnson

Page 14

1    A.    Yes.
2    Q.    And can you see the amount?
3    A.    Yes.
4    Q.    12,586?
5    A.    Yes.
6    Q.    Your response said that this payment
7    was made in connection for work you did
8    relating to the Gerharts, correct?
9    A.    Yes.
10   Q.    This is Nick Johnson 7, you see it is
11   the same payor?
12   A.    Yes.
13   Q.    Same payee?
14   A.    Yes.
15   Q.    And the amount is $12,750?
16   A.    Yes.
17   Q.    Those two checks according to your
18   response to your request for production of
19   documents reflected payments made to you for
20   any Internet content concerning the Gerharts,
21   correct?
22   A.    Yes.
23   Q.    So first, those payments do they
24   include work that you, as far as you know, do

Page 15

1    they include work that you did for the Gerharts
2    in other work or is it exclusively work
3    relating to the Gerharts?
4    A.    I don't remember.
5    Q.    So you were paid this money by Cedar
6    Fork Partners to produce Internet content
7    concerning the Gerharts, is that a fair
8    statement?
9    A.    Yes.
10   Q.    There may be other things that you were
11   tasked to do, but.  What was your directive, if
12   any, from Cedar Fork Partners about the content
13   you were to create before you made anything?
14   A.    Before I made anything?
15   Q.    Correct, what was the directive, if
16   any, given to you about the content?
17   A.    I don't remember.
18   Q.    Okay.  Do you remember any
19   conversations with Kurt Merriweather, anybody
20   else at Cedar Fork Partners about what you were
21   hired to do?
22   A.    Briefly.
23   Q.    Can you relate that to us?
24   A.    Typically there would be a conversation

Page 16

1    about an update about what we were doing.  That
2    was pretty much it.
3    Q.    Okay.  Cedar Fork Partners or Kurt came
4    to you with a project proposal, is that a fair
5    statement?
6    A.    No.
7    Q.    Okay.  How did you end up being paid by
8    Cedar Fork Partners?
9    A.    Cedar Fork had an arrangement that I
10   would create a Facebook page, the one that we
11   are talking about right now.
12   Q.    PA Progress?
13   A.    Yes, sir.
14   Q.    The prearrangement existed bringing you
15   on?
16   A.    The prearrangement existed bringing me
17   on, I don't understand the question.
18   Q.    I was trying to understand your answer.
19   A.    Okay.
20   Q.    Okay.  You were brought on by Cedar
21   Fork Partners to create PA Progress, is that
22   what I understand?
23   A.    That is not what happened.
24   Q.    So tell me what happened?

Page 17

1    A.    Cedar Fork paid me to create the PA
2    Progress page.
3    Q.    Okay.  Were you given any direction or
4    directive about what PA Progress should -- what
5    kind of information there should be on that
6    website or Facebook page?
7    A.    I don't remember.
8    Q.    Okay.  Why did PA Progress include
9    information about the Gerhart family and Camp
10   White Pine?
11   A.    Because the -- at the time there was a
12   protest happening on the Gerhart property, and
13   the goal was to basically just repeat the same
14   things that the family was saying on their
15   social media and what their friends, friends of
16   the family were saying on social media, and
17   just publicize it on a page to just repeat the
18   same things that they were saying themselves.
19   Q.    Okay.  Whose goal was that?
20   A.    That was -- that is kind of a vague
21   question, sorry.
22   Q.    You said that was the goal of the
23   information you were posting, whose goal?
24   A.    The goal of the page was -- that was

Nicholas Johnson

Page 18

1   the point of the page.
2   Q.    Okay. Did you make that decision
3   yourself that the PA Progress should repeat
4   back to the public what was coming out of Camp
5   White Pine or the Gerharts, what they say in
6   public or online?
7   A.    I don't remember.
8   Q.    At the time you were working on PA
9   Progress where were you living?
10  A.    I was living in North Carolina.
11  Q.    In 2017, right?
12  A.    Yes.
13  Q.    In 2017 had you ever traveled to
14  Pennsylvania?
15  A.    No.
16  Q.    Okay. Did Kurt Merriweather or anyone
17  at Cedar Fork Partners tell you what they hoped
18  to accomplish with PA Progress or what they had
19  hoped you would accomplish?
20  A.    I don't remember.
21  Q.    Okay. This is the same PDF, just for
22  purposes of the record we will mark this as
23  Exhibit 2, it is a 19 page PDF, which includes
24  the answers to interrogatories, responses to

Page 19

1   request for production of documents and several
2   documents.
3        (Whereupon packet of documents was
4   marked for identification as Exhibit 2.)
5   BY MR. MARKOS:
6   Q.    Do you see defendant Nicholas Johnson's
7   objections and responses to plaintiff's first
8   set of interrogatories?
9   A.    Yes.
10  Q.    I am going to go down a couple of
11  pages. Do you see number 9?
12  A.    Yes.
13  Q.    Number 9 asks for the aliases used by
14  you since January 1, 2015. And your response
15  is Nate Clay, Nate Johnson, Niko Johnson and
16  Niko Badger. Do you see that response?
17  A.    Yes.
18  Q.    Have you ever used the alias Felix
19  Moniker, F-E-L-I-X, Moniker M-O-N-I-K-E-R?
20  A.    The answer is no.
21  Q.    Do you know who Felix Moniker, the
22  Facebook entity, was?
23  A.    I do not.
24  Q.    Okay. You also worked on a website

Page 20

1   called Black Badger Report; isn't that right?
2   A.    No.
3   Q.    Do you see question number 4, where my
4   cursor is?
5   A.    Yes.
6   Q.    It says, list all authors for contents
7   for blackbadgerreport.com in the PA Progress
8   Facebook page?
9   A.    Yeah.
10  Q.    Do you see the response is answering
11  defendant Robert Rice. Do you understand that
12  answering defendant refers to you?
13  A.    Yes, sir. At the time I didn't
14  understand the question.
15  Q.    Sorry, you don't understand this
16  question that we are looking at on the screen
17  or the question I just asked you?
18  A.    The one on the screen.
19  Q.    Okay. So your testimony today is that
20  the answer on the screen to interrogatory
21  number 4 is not true?
22  A.    That is not -- I was not an author of
23  the Black Badger Report.
24  Q.    Was Robert Rice?

Page 21

1   A.    I don't know.
2   Q.    Do you know who did author content on
3   blackbadgerreport.com?
4   A.    I don't.
5   Q.    Have you seen the website
6   blackbadgerreport.com at any point before
7   today?
8   A.    Yes, sir.
9   Q.    Do you recall when?
10  A.    Right around the time of the lawsuit
11  being filed.
12  Q.    When the lawsuit was filed. How did
13  you obtain a copy of the lawsuit that was
14  filed?
15  A.    I can't remember.
16  Q.    Do you recall visiting the website
17  blackbadgerreport.com at that time?
18  A.    Yes.
19  Q.    That was the first time you had visited
20  that website?
21  A.    I don't remember exactly when I first
22  visited that website.
23  Q.    Okay.
24  A.    It was around the time that the lawsuit

Nicholas Johnson

Page 22

1   was filed.
2   Q.    Still looking at this interrogatory
3   number 4, are you and Robert Rice the authors
4   of content for PA Progress, the answer says you
5   are. I am asking is that still your answer
6   today?
7   A.    I don't know -- I was. Robert Rice, I
8   don't remember.
9   Q.    Okay. But you did author content for
10  PA Progress?
11  A.    Yes.
12  Q.    Okay. There may have been others but
13  you don't remember; is that fair?
14  A.    That's fair.
15  Q.    Okay. Do you have any sense of who
16  those others might have been other than Robert
17  Rice?
18  A.    I would be speculating so no.
19  Q.    Back looking at number 9 here. When
20  have you used the alias Niko Badger?
21  A.    That name was thrown around as a fake
22  name to be used for, as an author for blog
23  posts.
24  Q.    Do you recall when that name was

Page 23

1   utilized?
2   A.    I don't. It would have been -- I could
3   guess, sometime between 2016 and 2017, I don't
4   recall the exact month or date or time of year.
5   Q.    That is fine. I told you I was going
6   to jump around so I am going to jump around a
7   little bit now. Tell me a little bit about
8   your background doing social media consulting?
9   A.    That is kind of a vague question.
10  Q.    Do you have a background doing social
11  media consulting?
12  A.    Now?
13  Q.    Let's say prior to 2016.
14  A.    A little bit.
15  Q.    What did that entail, that experience?
16  A.    I would say primarily helping people
17  with small mom and pops with Facebook pages was
18  primarily the extent of what I was -- my
19  background was in.
20  Q.    Okay. Rather than belabor this too
21  much, I will just tell you that I read there is
22  an article about you on Paste Magazine, and
23  that is referenced in the complaint. Do you
24  know what I am referring to?

Page 24

1   A.    Yes.
2   Q.    Okay. This looks like Indy Week from
3   the Tribal area, and the title of this article
4   is these guys discovered one weird trick for
5   building a clickbait empire. Do you see that?
6   A.    Yes.
7   Q.    That is you on the right?
8   A.    Yes.
9   Q.    Have you seen this article before?
10  A.    Yes.
11  Q.    From what I understand a long time ago
12  you lived in California, right?
13  A.    Yes.
14  Q.    You were a reporter?
15  A.    Yes.
16  Q.    Who were you a reporter for, what
17  publication?
18  A.    I am sorry, what?
19  Q.    What publication or publications?
20  A.    Yeah, the San Berardino Sun, the
21  Riverside Park Enterprise. I think that was --
22  the Claremont Courier.
23  Q.    Okay. What period of time were you
24  working as a reporter in California?

Page 25

1   A.    I began when I was 17, and probably off
2   and on until I was 26.
3   Q.    Okay.
4         MR. LAVERY: We have someone
5   joining by phone, can you identify yourself?
6         MS. DAVIS: Yes, Jessica Davis. I
7   am having a hard time getting my audio to work
8   on my computer.
9         MR. LAVERY: I am sorry, Jess.
10        MS. DAVIS: No, that is okay.
11  BY MR. MARKOS:
12  Q.    At some point in time you ended up
13  working at Movoto?
14  A.    Yes.
15  Q.    What kind of work did you do at Movoto?
16  A.    Primarily strategizing on how to get
17  links back to Movoto's website.
18  Q.    You were still living in California at
19  the time you were working with Movoto?
20  A.    No.
21  Q.    Were you in house or independent
22  contractor with Movoto?
23  A.    I was an employee.
24  Q.    What period of time were you working

Nicholas Johnson

Page 26

1  there?
2  A.    I would say 2013 to 2016ish.  That is
3  an estimated range.
4  Q.    Were you still at Movoto when you
5  created Chasing Chain?
6  A.    I was not.
7  Q.    Were you still there when you created
8  RoadSnacks or HomeSnacks?
9  A.    I don't remember.
10 Q.    You said you had seen this article
11 before.  This is the same thing I just had up,
12 do you have a good enough recollection of this
13 article to tell me if there is anything in it
14 generally that you remember that you disagree
15 with?
16 A.    I don't remember the specifics of the
17 article to comment on that now.
18       MR. LAVERY:  Are you going to mark
19 that as an exhibit, Chris?
20       MR. MARKOS:  Yes, it is Exhibit 3.
21       MR. LAVERY:  Thank you.
22       MR. MARKOS:  No problem.
23       (Whereupon article was marked for
24 identification as Exhibit 3.)

Page 27

1  BY MR. MARKOS:
2  Q.    When you first started posting content
3  to RoadSnacks or HomeSnacks did this describe
4  the nature of that content?
5  A.    I would describe it as rankings based
6  on data.
7  Q.    Do you see what I highlighted?
8  A.    Yes.
9  Q.    I am going to read it so it is
10 reflected in the record, but my question to you
11 is going to be if you agree so disagree with
12 the statements.
13       So they launched a new website
14 RoadSnacks to explore the darker side of
15 "regional infotainment" hence the "boring" and
16 dumbest posts.  They've done a series of
17 negative content for each state, drunkest
18 cities, most stoned cities, douche bag cities,
19 drug cities, and early HomeSnacks post about
20 the best state in Florida netted only 25,000
21 unique page views, "but then we flipped it on
22 the RoadSnacks site and did the worst cities in
23 Florida and that got 300,000 views in a week
24 Johnson said.  "Right now nine times out of ten

Page 28

1  the traffic is better for negative stuff than
2  the happier exciting stuff."
3        There is more than one statement there
4  obviously.  Tell me if there is anything in
5  what I just read to you that you disagree with?
6  A.    No, that is pretty accurate.
7  Q.    Do RoadSnacks and HomeSnacks still
8  exist?
9  A.    Yes, sir.
10 Q.    Are they active?
11 A.    Yes, sir.
12 Q.    Do you recall approximately when you
13 learned what was in the statement I just read
14 to you that the negative content performed
15 better or got more traffic than positive
16 content?
17 A.    What is your question about that?
18 Q.    Do you remember at what point in time
19 you learned what was related in that negative
20 content drove higher traffic than positive
21 content?
22 A.    It would have been right around the
23 time the article came out.
24 Q.    The article itself, the first page

Page 29

1  reflects that it has a date of April 27, 2016
2  on it.  I understand it is a general question,
3  but you said that you recall the article in
4  pastemagazine.com that you were one of the
5  subjects of it that was cited in the complaint
6  in this case.  Are you able to tell me whether
7  or not there is anything in the article that
8  you disagree with or believe is untrue?
9  A.    Again, I haven't read it in a long
10 time, so I would have to sit down and really go
11 through it to answer that question.
12 Q.    That is fair.  We talked about how you
13 authored content on PA Progress, but my
14 question now is whether you had control over
15 that Facebook page.  If you understand the
16 question, you can answer.
17 A.    I don't remember.  Control or like
18 define your question more?
19 Q.    Okay.  Did you create PA Progress, did
20 you set up the page on Facebook?
21 A.    I don't remember.
22 Q.    Okay.  I will represent to you that you
23 can't access PA Progress Facebook page today.
24 Do you know who would have taken it off

8 (Pages 26 to 29)

Nicholas Johnson

Page 30

1   Facebook?
2   A.   I don't.
3   Q.   Do you recall any conversations about
4   taking PA Progress off Facebook?
5   A.   I was -- I do remember a conversation
6   that was -- I was not suppose to take it off
7   because it was evidence.
8   Q.   Okay.  Did you, yourself, archive
9   content for PA Progress?
10  A.   I screen shotted the stuff that was
11  some of the posts that are most -- I think all
12  of them are in the evidence, you have them
13  already.  The same stuff you have I have screen
14  shotted previous posts.
15  Q.   Have you ever had any contact with
16  somebody named Kurt Knaus?
17  A.   I didn't hear the name.
18  Q.   Kurt K-U-R-T, Knaus, K-N-A-U-S.
19  A.   I don't know who that is.
20  Q.   Have you ever had contact with websites
21  called PA Pipeline Review?
22  A.   No.
23  Q.   PA Alliance for Energy?
24  A.   No.

Page 31

1   Q.   Marcellusdrilling.com?
2   A.   No.
3   Q.   Marcellusshale.com?
4   A.   No.
5   Q.   Anybody who works at Ceisler Media,
6   C-E-I-S-L-E-R?
7   A.   I've never heard of Ceisler Media.
8   Q.   Same question for Bravo Group?
9   A.   I don't know what that is.
10  Q.   Have you ever submitted any articles or
11  information to a website called PHL Anticab?
12  A.   I've never heard of that website in my
13  life.
14  Q.   I am making sure I got the name right.
15  Go to the top of the page, Philly
16  Anti-Capitalist, do you see that?
17  A.   Yes, I do.
18  Q.   You are lsphlanticap.noblog.org?
19  A.   I have never heard of this website in
20  my life.
21  Q.   I will show you another website.
22  kyoung4press.com, URL continues, at the top,
23  well, okay.  The main page is the bridge with
24  Kira, psychopaths in charge.  Have you seen

Page 32

1   this website before at all?
2   A.   I have seen this website, yes.
3   Q.   Do you recall when you saw it?
4   A.   I don't remember exactly when I saw
5   this website.
6   Q.   Do you know if you saw it at any point
7   in 2017?
8   A.   Is that the year that the PA Progress
9   page was running?
10  Q.   Yes.  So most of Camp White Pine for
11  lack of a better word happened in 2017, so,
12  yeah.
13  A.   Then it would have been 2017 when I saw
14  the previous, not this that you are showing,
15  but the other web, the psychopath website, that
16  is what we were talking about, right?
17  Q.   Right.  Psychopath in charge.
18  A.   Yes.  So that website I did know I had
19  seen and visited in 2017.  I think that answers
20  what you were trying to ask me.
21  Q.   Yes.  Now, more specifically, this is a
22  specific post on the website the bridge with
23  Kira, live from Camp White Pine, there is a
24  YouTube video?

Page 33

1   A.   You are showing something different.
2   Q.   Okay.  Hold on.  Tell me, I highlighted
3   in blue the bridge with Kira, live from Camp
4   White Pine.  Do you see that?
5   A.   I can.
6   Q.   Have you seen this specific post before
7   today?
8   A.   I do remember seeing this, yes.
9   Q.   When did you see it?
10  A.   It would have been like I said, 2017 at
11  some point.
12  Q.   Did you watch the video?
13  A.   I don't remember.
14  Q.   Yeah, it is an hour and 48 minutes.
15  A.   Yeah, it is a podcast.  I don't
16  remember exactly what, how much of this video I
17  watched, if that helps answer your question.
18  Q.   Okay.  Do you recall whether you took
19  information from this video to create content
20  for PA Progress?
21  A.   I do recall, I think so, if it is the
22  same video.  I would have to -- honestly I
23  would have to re-watch it to give you an
24  affirmative yes or no.

9 (Pages 30 to 33)

Nicholas Johnson

---

Page 34

1    Q.    Can we take like ten minutes and kind
2  of get a gist of it?  I mean, I don't think it
3  makes sense to watch a two hour video together?
4    A.    I know.  I mean, I would probably have
5  to fast forward around and see if that is
6  something that I have seen before.  If you guys
7  want to sit here and wait, I don't know how
8  long that is going to take.
9    Q.    Let's take ten minutes, see what you
10  can see, if you can answer the question based
11  on that I am fine with that, you will either
12  remember or you won't, that is fine.
13    A.    How am I going to play it, like do you
14  want me to Google this and find it and sit here
15  and play it while we are on the phone, how do
16  you want me to do this?
17    Q.    I'm going to send this to Chris right
18  now and he will send it to you.
19    A.    Okay.  I mean, I can probably just look
20  at it, can you just email me that link would be
21  faster than email to Chris.
22        MR. GERBER:  Yeah, I think that
23  makes sense.  Why doesn't Chris send it to me
24  Nick, and then I will send it to you.

---

Page 35

1  BY MR. MARKOS:
2    Q.    Do you see this in Zoom?
3    A.    Yeah, do you went me to sit here and do
4  this?
5    Q.    No, we will go off the record, take a
6  break, come back at 11 and then you can tell us
7  if you recall specific information that you
8  used from the video on PA Progress, okay?
9        (Whereupon a discussion was held
10  off the record.)
11  BY MR. MARKOS:
12    Q.    It is a two hour video, I gave you 10
13  minutes to look through it, I recognize that,
14  so my only question is, were you able to find
15  anything that you remember utilizing PA
16  Progress posts in that podcast?
17    A.    Yes, sir.
18    Q.    Can you tell me what?
19    A.    At the 1 and 8, 1 hour 8 minute mark
20  approximately I believe Ellen Gerhart talks
21  about anarchy.  About the 1 hour 11 minute mark
22  members of Camp White Pine talk about they
23  support anarchy, they support thrashing
24  windows, and it goes on and on from there.

---

Page 36

1        So those were primarily the main parts
2  of the video that I used for PA Progress
3  content.
4    Q.    Okay.  I am sharing a screen shot of a
5  Facebook page, can everyone see that?
6    A.    Yes.
7        MR. LAVERY:  Does this one have an
8  exhibit number as well, Chris?
9        MR. MARKOS:  Sure.
10        MR. LAVERY:  Thank you.
11        MR. MARKOS:  I am writing it down
12  as I am describing it so I can send them to the
13  court reporter in the correct order.
14        (Whereupon Facebook page was marked
15  for identification as Exhibit 4.)
16  BY MR. MARKOS:
17    Q.    Nick, it is just this one page, so I
18  will try to get it just right.  Can you read
19  this?
20    A.    I can.
21    Q.    Do you agree that it says it is from PA
22  Progress?
23    A.    Yes.
24    Q.    Do you recall authoring this post?

---

Page 37

1    A.    I don't remember.
2    Q.    Okay.  Do you know if you have a copy
3  somewhere of this particular post?
4    A.    I may have screen shotted it and
5  included it in documents that I sent my lawyer,
6  but I don't know if I have this exact screen
7  shot.
8    Q.    Sure.  Okay.  Do you see the text that
9  I highlighted?
10    A.    Yes.
11    Q.    It says, we are pleased to be able to
12  continue to show links between members of Camp
13  White Pine and known criminals.  The direct
14  link to FBI suspects is beyond belief.  Let me
15  back up a second.  Do you recall seeing this
16  post before other than screenshotting it?
17    A.    Yes.
18    Q.    Did you have a conversation about the
19  content of this post before it was on the
20  Internet?
21    A.    I don't remember.
22    Q.    Would you normally for a PA Progress?
23    A.    Yes.
24    Q.    That may be with Robert Rice?

---

Page 38

1    A.   It may have been.
2    Q.   Would you ever have conversations about
3  specific content with Kurt Merriweather?
4    A.   I can't recall.
5    Q.   Did you ever have specific
6  conversations about PA Progress content from
7  anybody who worked for TigerSwan?
8    A.   I can't remember exactly.
9    Q.   Did you ever have specific
10 conversations about content to be posted on PA
11 Progress with anybody from Energy Transfer
12 Partners, Sunoco Pipeline or Sunoco Logistics?
13   A.   That is a no.
14   Q.   Okay.  Take a second to look at the
15 whole post before I ask you a question.
16   A.   I read it, yeah, I read it.
17   Q.   What is the connection, explain to me
18 the connection between Camp White Pine and
19 known criminals?
20   A.   I don't feel I am at liberty to discuss
21 something that I may not have written.
22   Q.   Okay.  Do you know who else could have
23 written this if it wasn't you?
24   A.   What?

Page 39

1    Q.   Who else could have possibly authored
2  PA Progress post?
3    A.   I don't recall who had access to that
4  Facebook page beyond myself, but I don't
5  remember who else.  There were other people,
6  but I don't recall who they were, and, yeah.
7    Q.   Did you have communications with them
8  that you still have copies of?
9    A.   I do not communicate with anybody that
10 would have been -- that has access to this
11 page, to this day I do not.
12   Q.   You said, and tell me if I am miss
13 remembering, but I believe what you said before
14 was around the time the lawsuit was filed you
15 were told not to take PA Progress off line?
16   A.   That is true, that is true.
17   Q.   Do you recall who told you not to do
18 that?
19   A.   I don't.  I do remember that it was
20 good advice, that is why I remember it because
21 it was -- at some point I understood that I
22 should not take anything down.
23   Q.   Okay.  Do you recall where you were
24 when you were told not to take anything down

Page 40

1  off the Internet?
2    A.   I don't.
3    Q.   Were you in North Carolina?
4    A.   I was.
5    Q.   Were you at home?
6    A.   I don't remember.
7    Q.   See the highlight?
8    A.   Yeah, yes.
9    Q.   Photo 3, Dan and Elise did an interview
10 together on Russian television?
11   A.   Yes, I see that.
12   Q.   Do you recall that claim about being on
13 Russian television together?
14   A.   Yes, sir, I do remember that Dan and
15 Elise were on a program called Act Out, I think
16 that is what it was called, I don't remember
17 the exact name.
18   Q.   Okay.  How do you know --
19        MR. GERBER:  Will you let him
20 finish.
21        MR. MARKOS:  I thought he was
22 finished.  Go ahead.
23        THE WITNESS:  I mean, I pretty much
24 was.

Page 41

1  BY MR. MARKOS:
2    Q.   Did you see their interview on Act
3  Power, Act Up, whatever it was?
4    A.   I do remember watching the interview,
5  yes.
6    Q.   Did you remember how you came to
7  ascertain that Act Out or whatever it was, that
8  that program was on Russian television?
9    A.   I don't remember at the time, but I do
10 remember that the host, Eleanor Goldfield,
11 after some Googling there was a connection to
12 Russia, there were a lot of connections to
13 Russia, but I don't remember the exact details
14 now, but at the time I do remember that there
15 was a clear connection between the program and
16 the country of Russia.
17   Q.   Okay.  Was it on television or was it
18 online, do you recall?
19   A.   I don't know.  I would have seen it
20 online.
21   Q.   Okay.  Do you recall if it was a
22 Russian website where you saw it?
23   A.   I don't.
24   Q.   Sorry, I didn't hear your answer.

Nicholas Johnson

Page 42

1   A.    I do not recall, sir.
2   Q.    Okay.  Referring you to the Paste
3   Magazine article we talked about before, do you
4   see it?
5   A.    I do.
6   Q.    Do you see the title?
7   A.    I do.
8   Q.    The article has a date of September 7,
9   '17.  We can mark this as Exhibit 5.
10          (Whereupon article was marked for
11  identification as Exhibit 5.)
12  BY MR. MARKOS:
13  Q.    I have scrolled down a ways, I want to
14  ask you about what is written here, so I want
15  to give you an opportunity to read it, tell me
16  when you are ready for me to scroll down for
17  you?
18  A.    I have read that.
19  Q.    Where did you stop, right here?  Tell
20  me when you are ready.
21  A.    Where it states with Nate Clay, I did
22  not read below that.
23  Q.    Okay, go ahead.
24  A.    Okay.

Page 43

1   Q.    Where I just had you read from one of
2   the newer posts on PA Progress to the sick
3   story, question mark.  Is that truthful as far
4   as you know?
5   A.    I need to reread it again because I
6   didn't know what the context was of me reading
7   it, sorry.
8   Q.    Fair enough, just tell me when you need
9   me to scroll down.
10  A.    It is not accurate.
11  Q.    What is not accurate?
12  A.    Certain, I mean, it has political slant
13  to it, so it is not accurate.  It is very
14  opinionated.
15  Q.    The opinion is that you are writing for
16  Black Badger Report?
17  A.    I agree that is what the article is
18  surmising, yes.
19  Q.    That is not accurate is what you are
20  saying?
21  A.    That is not accurate.
22  Q.    Okay.  This sentence is accurate, Nick
23  Clay was the pseudonym Nick Johnson used in his
24  emails?

Page 44

1   A.    I don't remember that.
2   Q.    Well, put the emails aside, we talked
3   before about aliases you used before in the
4   past?
5   A.    Sure.
6   Q.    Okay.  And you acknowledged before Niko
7   Badger was an alias you used before in the
8   past?
9   A.    I got you, yes, yes.
10  Q.    Okay.  What you believe is not accurate
11  about this section of this article is that you,
12  Nick Johnson, never authored content on Black
13  Badger Report, is that your testimony?
14  A.    Yes, sir.
15  Q.    Okay.  You see here Green Libertarian
16  Unity?
17  A.    Yes.
18  Q.    I will represent to you rather than
19  trying to find it in my stash of stuff, there
20  was a post on PA Progress that said it was part
21  of Green Libertarian Unity.  Did you have any
22  involvement in the Green Libertarian Unity
23  Facebook page?
24  A.    I don't remember.

Page 45

1   Q.    What about a Facebook page called Cats
2   4 Truth, two lines down from that highlighting?
3   A.    I do remember that, yes.
4   Q.    Do you see entertainment purposes only?
5   A.    Yes.
6   Q.    You used that disclaimer on HomeSnacks
7   and RoadSnacks before?
8   A.    Yeah, that has been mentioned on
9   websites, yes.
10  Q.    Was that mentioned on your websites
11  that disclaimer appears or the fact that you
12  used it is mentioned on other websites?
13  A.    The fact that that term is used on
14  other websites, yes, sir, that I have managed.
15  Q.    All right, let me back up so I can
16  explain what we are doing.  According to the
17  article there was a video underneath text
18  breaking news footage of TigerSwan performing
19  illegal actions in the state of North Dakota
20  has just been located, and the article a link
21  to the audio because the video was removed.
22  Apparently the video was on Cats 4 Truth
23  Facebook page.  This is
24  soundcloud.com/user-450778931/cat-audio.  Is

Nicholas Johnson

Page 46

1  that your voice?
2  A.  I don't hear anything. I think you
3  need to turn up your volume.
4  Q.  Okay, hold on. One second. I am going
5  to try to play it on my phone, let me know if
6  my microphone is picking it up. Were you able
7  to hear that?
8  A.  No, I couldn't, and also I couldn't see
9  that you are also to know that that is the same
10 thing that you're -- I mean, I don't know what
11 that was, you held your phone up and played
12 something, is that this.
13 Q.  Yeah, it is the same thing. Hold on
14 one second. I have one last attempt.
15     MR. LAVERY:  Chris, just so you
16 know, it was not audible. There was voice
17 noise but you couldn't make it out. I want the
18 record to reflect that.
19     MR. MARKOS:  I figured there was a
20 problem. I am putting the link for URL in
21 chat, Nick. Can you play it on your own
22 computer, it is ten seconds?
23 A.  Yeah. Yes, that is me.
24 Q.  That was posted on the Cats 4 Truth

Page 47

1  Facebook page?
2  A.  I don't remember.
3  Q.  Was it posted on social media somewhere
4  by you?
5  A.  I don't remember.
6  Q.  Do you remember why you created that?
7  A.  No, I don't.
8  Q.  I got to figure this out now. Could
9  you hear that?
10 A.  Yes.
11 Q.  Okay. So this is the easy way to do it
12 I guess. This is the website that appears at
13 paragraph 160 of the second amended complaint.
14 It is a video, and I am going to play it from
15 the beginning.
16     (Playing video.)
17 BY MR. MARKOS:
18 Q.  Nick, did you create this film?
19 A.  I did.
20 Q.  Did anybody else work on it with you?
21 A.  I don't remember.
22 Q.  Obviously there is an actor involved,
23 but besides him?
24 A.  I don't recall.

Page 48

1  Q.  Where did your idea for creating this
2  video come about or how did it come about
3  rather?
4  A.  The goal was to take the information
5  that was coming from the Camp White Pine
6  Facebook page and just repeat everything that
7  we had seen and written, that they were
8  posting, that they were talking about on social
9  media, they were talking about in interviews,
10 and basically just repeat the same content to
11 create an unbiased look at what was happening
12 in rural Pennsylvania. It was not any attempt
13 to harm or discredit them in any way.
14 Q.  I will go through it a little bit
15 piecemeal, okay. One thing the actor said
16 though was they are actively recruiting other
17 an anarchists to the area to join them as we
18 speak. Do you see that?
19 A.  What am I looking at?
20 Q.  It should be the complaint with the
21 blue highlight.
22 A.  You are not on that page, you are on a
23 different page, sorry. I can see that, yes.
24 Q.  As far as you know, does this

Page 49

1  accurately represent what the actor said in the
2  video?
3  A.  Can you repeat that again?
4  Q.  Does this accurately represent what the
5  actor says in the video?
6  A.  The what? I can't hear you.
7  Q.  They are actively recruiting other
8  anarchists to the area to join them as we
9  speak. Do you see that?
10 A.  I do see that, yes.
11 Q.  Okay. Does that accurately reflect
12 what the actor says in the video?
13 A.  Yes, yes, sorry, I couldn't hear what
14 you were saying.
15 Q.  No, that is okay. Did you have some
16 basis that they, the Gerharts, were
17 specifically recruiting anarchists to the area?
18 A.  I think the basis was on social media
19 they were trying to get people to come to the
20 Camp White Pine to support their efforts.
21     There were a lot of people that they
22 actively supported on their social media
23 including people that had sabotaged pipelines.
24 They had posted a lot about they were in

13 (Pages 46 to 49)

Nicholas Johnson

Page 50

1  support of pipelines, sabotage individuals,
2  people that had been accused and convicted of
3  sabotaging pipelines.
4      They had people at their camp where
5  they were interviewed, in particular the posts
6  that I listened to a little bit ago with a
7  psychopath radio where they were giggling and
8  laughing about how anarchy was good and
9  smashing windows was good, and we need to start
10  a revolution.  When the mom was talking about
11  how giggle, giggle, anarchy is maybe not such a
12  bad thing, maybe I am an anarchist but I don't
13  know, and all of that stuff was the basis for
14  that.
15  Q.    My question is a little different
16  though.  Did you come across anything that gave
17  you the impression that they were specifically
18  recruiting anarchists?
19  A.    I didn't write the scripts in the way
20  that it was recited by this individual.
21  Q.    Okay.  You didn't have it changed
22  though after he said actively recruiting other
23  anarchists?
24  A.    Correct.

Page 51

1  Q.    Did you do more than one take?
2  A.    I don't remember.
3  Q.    The next sentence, many of these people
4  are the same ones who caused so much chaos in
5  Standing Rock, North Dakota.  Do you see that?
6  A.    I do see that, yes.
7  Q.    What basis do you have for that
8  description?
9  A.    Depends on how you infer.  You can read
10  that sentence in many different ways so I don't
11  know if I can speak of how one person might
12  understand that sentence or infer from that as
13  opposed to what another person might infer from
14  that.
15  Q.    I will go back to the video.
16      (Playing video.)
17  BY MR. MARKOS:
18  Q.    So tell me if you agree with this
19  representation, as the actor says many of these
20  people are the same ones who have caused chaos
21  in Standing Rock, North Dakota, that statement
22  is over video of something burning; is that
23  fair?
24  A.    That is fair, yes.

Page 52

1  Q.    I will be honest, I don't know exactly
2  what many of these people mean, if you are
3  talking about people who are being recruited or
4  people who had are already at Camp White Pine?
5      MR. LAVERY:  Objection.
6  BY MR. MARKOS:
7  Q.    But either way, that they are the same
8  ones who caused so much chaos in Standing Rock,
9  North Dakota.  What is your basis for that
10  statement?
11  A.    I didn't say that.
12  Q.    You said you created the video, right?
13  A.    I did, but I didn't speak those words
14  or did I write them exactly the way they were
15  spoken.
16  Q.    You posted this on PA Progress, the
17  video?
18  A.    I did sir, yes.
19  Q.    You edited the video?
20  A.    I did.
21  Q.    Did you shoot the video?
22  A.    I did.
23  Q.    Did you have separate sound equipment
24  or was it like all just one general?

Page 53

1  A.    I don't remember.
2  Q.    Okay.  It goes on to say so far about a
3  dozen intimidating supporters have come to the
4  area to sit in the camp they call Camp White
5  Pine.  Do you see that?
6  A.    Go back to, I think you are still on
7  The Intercept's website.
8  Q.    Yeah, you are right.  Am I there?
9  A.    You are there now, yes.
10  Q.    So far about a dozen intimidating
11  supporters have come to the area to sit in the
12  camp they call Camp White Pine.  My question is
13  about intimidating, what did you know about the
14  supporters at Camp White Pine intimidating
15  anybody?
16  A.    Again, I don't know if I wrote that
17  exactly the way that it was said nor did I
18  speak those words.
19  Q.    I am not going to dispute that the
20  actor was not you, I understand that, right.
21  You posted the video, though, right?
22  A.    Sure.
23  Q.    Okay.  That is not argument, so I know
24  you didn't say those words, but you put them on

14 (Pages 50 to 53)

Nicholas Johnson

Page 54

1  the Internet, did you not?
2  A.   I put a video up, but somebody else
3  said those words, yes.
4  Q.   What did you tell the actor to say, if
5  anything?
6  A.   The actor had a script.
7  Q.   Do you have a copy of the script you
8  gave the actor?
9  A.   I do not.
10 Q.   Okay.  You don't have the actor's
11 contact information anymore, right?
12 A.   I do not.
13 Q.   The times he went off script you didn't
14 direct him back to the script as you had
15 written it?
16 A.   I don't remember, this was seven years
17 ago.
18 Q.   The purpose of the camp is to recruit
19 people to the property and begin planning a
20 direct action against the State of
21 Pennsylvania.  First, let me ask, what do you
22 understand direct action to mean?
23 A.   Direct action to me means getting
24 involved with, I mean, my personal opinion

Page 55

1  would be stopping the police, getting involved
2  with the police, creating an incident that
3  would halt the progress of something that was
4  happening.
5  Q.   What would a direct action against
6  Pennsylvania be?
7  A.   People from North Dakota.  That is very
8  vague, I don't know how to answer that
9  question.
10 Q.   Sorry, go ahead.
11 A.   I mean, that would be a very --
12 everybody would probably have a different
13 opinion on that, I don't know if there is a
14 direct yes or no answer to that question.
15 Q.   Do you have an opinion of what direct
16 action against the State of Pennsylvania is?
17 A.   Do I have an opinion, no.
18      (Playing video.)
19 BY MR. MARKOS:
20 Q.   So over the texts we were just
21 discussing the video portrays people addressed
22 in black at some sort of demonstration; is that
23 fair?
24 A.   It does, yes, sir.

Page 56

1  Q.   Okay.  Do you know what this footage is
2  from of the demonstration?
3  A.   I don't.
4  Q.   Do you recall why you chose this
5  footage in particular to juxtapose with the,
6  quote, direct action against Pennsylvania?
7  A.   I don't.
8  Q.   Do you recall one way or the other if
9  it is footage of the J20 protests?
10 A.   Can you repeat that, you cut out a
11 little bit?
12 Q.   Do you recall one way or the other if
13 the footage is of the J 20 inauguration day
14 protest?
15 A.   I don't.
16 Q.   Do you know what J 20 is, separate from
17 the question I just asked you?
18 A.   I have some sort of an idea, but I
19 don't know exactly.
20 Q.   Okay.
21 A.   Excuse me for ten seconds, I have a dog
22 that I am watching and I have to let him in and
23 out of the room.
24 Q.   I am going on to the next sentence.

Page 57

1  Some of their supporters come from as far away
2  Iowa where a leftist anti government cult
3  admitted to blowing up oil pipelines last fall.
4  Are you with me?
5  A.   I am, yes, sir.
6  Q.   Do you have any recollection of coming
7  across information that supporters of the
8  Gerharts were part -- had any involvement in
9  blowing up oil pipelines last fall?
10 A.   At the time I recall that people that
11 were at the camp were pictured alongside of
12 pipeline sabotage people including Jessica
13 Rosenic and Ruby Montoya, those two individuals
14 were accused of and I think convicted of
15 sabotaging pipelines and had a history of
16 wanting to do very bad things to pipelines.
17      People that were at Camp White Pine
18 were seen pictured with them and hanging out
19 with them, and I believe even were doing video
20 interviews in support of those people.
21 Q.   Besides Jessica and Ruby, are you aware
22 of anybody else from Iowa who admitted to
23 blowing up oil pipelines in the fall before
24 this video was made?

15 (Pages 54 to 57)

Nicholas Johnson

Page 58

1    A.    I am not.
2    Q.    And as far as you know, neither Jessica
3    nor Ruby was ever at camp pipeline?
4    A.    Dan was, and Dan was pictured many
5    times with that group, and another guy named --
6    I don't remember his name, I am not going to
7    speculate, there was a lot of connections
8    between the individuals at Camp White Pine who
9    were friends of Elisa's who were also friends
10   with people that were doing very, very bad
11   things including sabotaging pipelines.
12   Q.    I understand your answer, however, my
13   question was simply as far as you know Jessica
14   and Ruby were never at Camp White Pine?
15   A.    That is a fair statement.
16   Q.    Bear with me one second.  You still see
17   that complaint, right?
18   A.    I can.
19   Q.    The next sentence is now here are some
20   of the social media coming from their camp.
21   When the actor says that, this is what your
22   video shows.  Can you see the video?
23   A.    Yes, sir.
24   Q.    Are the faces -- I guess you can see

Page 59

1    what it says?
2    A.    Yes.
3    Q.    Did you pull this post from somewhere?
4    A.    I -- this was taken from a post that
5    was either from Camp White Pine where they were
6    telling people, giving them advice on how to
7    successfully get involved to protect yourself
8    in case of a protestor, what to do during a
9    protest or it was taken from somebody who was
10   actively involved in the camp that posted this
11   on Camp White Pine page.
12         It is very much connected, either taken
13   from the Camp White Pine page or posted by
14   somebody that was at Camp White Pine, giving
15   people advice on how to act while they were at
16   a protest.  I believe so, I don't remember
17   exactly, but I think that is the context of
18   this.
19   Q.    Do you see this original post, do you
20   have a copy of it?
21   A.    I don't remember.  I don't know, I
22   might.  I would have to look, but I can
23   guarantee you this was very much connected to
24   either Camp White Pine page itself or somebody

Page 60

1    that was at the Camp White Pine posted this.
2    Q.    Is it your position that this post
3    encourages these people to engage in violence
4    towards others?
5    A.    That is not what I am saying at all.
6    Q.    Okay.  Does this post advise people on
7    how to protect themselves if they are attacked?
8    A.    It was a post that was posted -- a post
9    that was published on their page.
10   Q.    Would you agree with me this is the
11   only posting from either Camp White Pine itself
12   or anybody associated with it that appears in
13   your video?
14   A.    I would have to re-watch the entire
15   video.  I actually know that is not the only
16   one.  If I am understanding your question
17   correctly you want to know was there any other
18   content from Camp White Pine that was used in
19   the video, is that what you are asking me?
20   Q.    That is what I am asking.  I know that
21   is a bad question because I know some of the
22   images came from Camp White Pine.
23   A.    Does the video of Elise and the tree
24   with a mask on, I don't know where that came

Page 61

1    from, it probably came from their page.
2    Q.    Stay with where the video is, okay?
3    A.    Yes, sir.  I don't recall where that
4    came from.  That was posted on Camp White Pine.
5    Q.    So what you don't recall was a picture
6    of Ellen and somebody else, right?
7    A.    Yes, sir, I don't recall exactly where
8    that came from.
9    Q.    That is okay.  I just want to make sure
10   the record is clear, the one we just looked at
11   that you said came from their website, somebody
12   on a tree line, with a poster that says J 20 to
13   G 20, we are something?
14   A.    We are ungovernable.  That was posted
15   on the Camp White Pine page, yes.
16   Q.    Okay.  The image of the burning
17   something at 30 seconds, that is not from Camp
18   White Pine, is it?
19   A.    No.
20   Q.    Do you recall what this is, the
21   burning?
22   A.    I think that was Standing Rock.
23   Q.    Was this video that you personally took
24   yourself or you found it somewhere?

16  (Pages 58 to 61)

Nicholas Johnson

Page 62

1    A.    No, sir, I did not take that video.
2    Q.    This appears to be a protest or some
3    kind of demonstration.  Did this segment of the
4    video come from Camp White Pine or anybody at
5    Camp White Pine?
6    A.    That was not at Camp White Pine, no.
7    Q.    Do you know what it is?
8    A.    I think that is Standing Rock again.
9    Q.    Is this video that you took?
10   A.    No.
11   Q.    Do you know who did take it?
12   A.    I do not.
13   Q.    Somebody with a mask and glasses.  Are
14   you familiar with the image we just --
15   A.    Yes.
16   Q.    Okay.  Did that come from Camp White
17   Pine or anybody involved in Camp White Pine's
18   pages?
19   A.    That was either linked to from Camp
20   White Pine or they posted it.  I don't remember
21   exactly where that came from, but it was either
22   an interview that somebody did on them or a
23   story that was done on them that they linked to
24   or published on their Facebook page itself.

Page 63

1         I can't recall exactly the connection
2    there, but that was clearly at Camp White Pine
3    where that came from.
4    Q.    Okay.  Same for everybody in or near a
5    tree that we just looked at?
6    A.    Yes, sir, same thing.
7    Q.    We talked about this part.  So after
8    the image of the posting is somebody smashing a
9    window at a bank, right?
10   A.    That is how the video appears, yes.
11   Q.    Do you know what that video came from,
12   of the window smashing?
13   A.    I do not.
14   Q.    The video goes on to say they were also
15   posting about overthrowing President Trump,
16   sabotaging pipelines and destroying buildings
17   in large city centers.  Do you have today as we
18   are talking copies of those postings that the
19   video references, overthrowing President Trump,
20   sabotaging pipelines and destroying buildings
21   in large city centers?
22   A.    You had me listen to it.  It was in the
23   hour and 48 minute podcast on psychopath radio.
24   Q.    Okay.  Somewhere in that podcast is

Page 64

1    where those claims come from, overturn
2    President Trump, sabotaging pipelines and
3    destroying buildings in large city centers?
4    A.    Many of them during the podcast, yes,
5    sir.
6    Q.    Many of them or all of them?
7    A.    Some of them came -- some of those
8    claims -- some of those statements made in the
9    video were from that podcast, some of them were
10   from other posts that the group made, that Camp
11   White Pine made.
12   Q.    The stuff that didn't come from the
13   podcast, do you have copies of those posts?
14   A.    I do have screenshots of a lot of
15   things that were posted on Camp White Pine or
16   were posted by people who were associated with
17   Camp White Pine or were interviewed either
18   radio or TV or podcast that were done that
19   involves Camp White Pine or people in Camp
20   White Pine, and all of that I have a file with
21   all that stuff that my lawyer has, so.
22   Q.    Okay.  Did you ever read the comments
23   either of a shared post or the actual post
24   itself for anything on PA Progress?

Page 65

1    A.    Probably, but I can't recall.
2    Q.    I have a hard time finding it, but I
3    can try if we need to, there was a Boston PA
4    Progress that said the Gerharts opposition to
5    the pipeline would cause taxes in Huntingdon
6    County to rise.  Do you recall such a post?
7    A.    No.
8    Q.    Well, then bear with me for a second, I
9    will try to find it.
10   A.    Okay.
11        (Whereupon PA Progress posts were
12   marked for identification as Exhibit 6.)
13   BY MR. MARKOS:
14   Q.    This is a post from August 15th, based
15   on the date at the top I am assuming it was
16   2017.  Can you read the post?
17   A.    Yeah, I am reading it right now.  Okay,
18   I have read this.
19   Q.    Let me make sure it doesn't go on to
20   the next page.  It does and it doesn't.  I
21   don't know what that image is, do you recall
22   what images were accompanying this post?
23   A.    I do not.
24   Q.    Do you recall if you wrote this post?

17 (Pages 62 to 65)

Page 66

```
 1      A.    I do not recall if I wrote this.
 2      Q.    Do you recall any discussions about a
 3  post about the impact on local taxes of the
 4  Gerharts' opposition to the pipeline?
 5      A.    Is that what you just asked?
 6      Q.    I said do you recall if you ever had a
 7  conversation about posting information about
 8  how the Gerharts' opposition to the pipeline
 9  would increase local taxes?
10      A.    I don't remember anything about that,
11  no.
12      Q.    You see paid by the pipeline?
13      A.    I do.
14      Q.    This is theintercept.com/2020/02/12/
15  jordan-cove-oregon-pembina-pipeline.  This will
16  be Exhibit 7, and I will get a copy of this
17  page for everybody.
18          (Whereupon article was marked for
19  identification as Exhibit 7.)
20  BY MR. MARKOS:
21      Q.    The image on the right, is that you,
22  Nick?
23      A.    Yes, sir.
24      Q.    Is the image on the left Robert Rice?
```

Page 67

```
 1      A.    Yes, sir.
 2      Q.    The article says they were taken at a
 3  meeting in North Dakota in August 2017.  I
 4  don't know how you know, but to the best of
 5  your knowledge were you in North Dakota in
 6  August of 2017?
 7      A.    I can't talk about that.
 8      Q.    Okay.  At whose direction can't you
 9  talk about that?
10      A.    I just -- I am legally -- that is all I
11  can say.
12      Q.    Do you have a legal agreement?
13      A.    I am not sure if there is an NDA for
14  this particular photo, sir.  So unless I am a
15  hundred percent sure then I am not going to
16  discuss it.
17      Q.    Who do you have NDAs with?
18      A.    I don't know if there is an NDA, but
19  there might be one in regards to this.
20      Q.    This photo you mean?
21      A.    Yes, sir.
22      Q.    If there is who would it be with or do
23  you have so many --
24      A.    Again, I cannot discuss it.
```

Page 68

```
 1      Q.    Let me ask the question differently.
 2  Do you have an NDA with the company TigerSwan?
 3      A.    Again, I am not allowed to discuss
 4  that.
 5      Q.    You are not allowed to answer yes or
 6  no?
 7      A.    I choose not to.
 8      Q.    Okay.  Do you have an NDA with the
 9  company Energy Transfer Partners?
10      A.    I do not.
11      Q.    What about Sunoco Logistics?
12      A.    I do not.
13      Q.    Sunoco Pipeline?
14      A.    I do not.
15      Q.    Peter Fork Partners?
16      A.    I cannot discuss that.
17      Q.    Okay.  The two paragraphs here at the
18  top, can you read those for me, not out loud
19  just to yourself?
20      A.    Okay, I have read it.
21      Q.    The article it says what Nate says --
22  sorry, what Grant Stewart says you told him.
23  Is what the article relates Grant Stewart
24  saying accurate about what you said?
```

Page 69

```
 1      A.    Who is you?
 2      Q.    Let me back up a second.  Did you speak
 3  to Grant Stewart about PA Progress?
 4      A.    I don't remember.
 5      Q.    It says Nate encouraged Stewart to
 6  drive past the Gerhart home and capture video
 7  from footage, which he promised to post on the
 8  Facebook page.  Do you recall ever having such
 9  a conversation?
10      A.    I do not.
11      Q.    One way or the other?
12      A.    I don't remember, I don't remember
13  this.
14      Q.    Do you remember suggesting, ever
15  suggesting to make noise by setting off
16  fireworks or M 80s near the Gerhart property?
17      A.    I do not recall saying that.
18      Q.    You don't deny it either?
19      A.    I don't remember saying it so then that
20  would be a denial.
21      Q.    I am not going to dispute that the word
22  anarchist has been used by a lot of people
23  involved in this case, but my question to you
24  is, what is your understanding of the term
```

Nicholas Johnson

Page 70

1    anarchism?
2    A.    That is a vague question.  Did you want
3    to ask me yes or no questions about that, I can
4    answer that, but I don't feel it is fair for
5    you to put me on the spot and try to have me
6    come up with a definition to a term, so if you
7    want to phrase it in a different way.
8    Q.    Okay.  Do you have an understanding --
9    sorry to, were you done?
10   A.    I was done, yes.
11   Q.    Do you have an understanding what the
12   term anarchism means?
13   A.    I have an understanding of what -- I
14   mean, a vague definition of what anarchism is,
15   yes, sir.
16   Q.    Do you equate anarchism with violence?
17   A.    I don't really feel that is a question
18   that I thought enough to actually answer
19   thoroughly for you.
20   Q.    Is the PA Progress video that we talked
21   about, specifically did you equate the concept
22   of anarchism with violence?
23   A.    It appears that, yes, I did overlay
24   anarchism with lots of violence, yes, sir.

Page 71

1    Q.    So The Intercept is the only place
2    where I can find a copy of the video anymore,
3    and in some reporting I will just represent
4    that the copyright claim was asserted for the
5    YouTube version of the video.  So the article
6    isn't shown anymore.
7         Did you assert a copyright claim
8    yourself over the video that we just watched?
9    A.    I did.
10   Q.    Did you do that in conjunction with
11   anybody else?
12   A.    I don't remember.
13   Q.    Did you do that on your own volition or
14   at anybody's direction?
15   A.    I don't remember.
16   Q.    On the same Intercept page that we were
17   looking at before, the link is in paragraph 160
18   of the complaint, the second amended complaint.
19   Right below the PA Progress video, I will just
20   play it for you.
21        (Playing video.)
22        MR. MARKOS:  Linda, can we get
23   this?
24        "Hey guys, it is Brent Williamson

Page 72

1    here reporting for Louisiana First down in
2    Baton Rouge.  We are at the courthouse and we
3    have some new information on the woman fighting
4    against pipelines here in Louisiana.  Her name
5    is Sharee Boytland, and she claims to be a poor
6    woman trying to stop a new pipeline from being
7    built here in Louisiana.  That is not true,
8    this woman is making six figures a year to stop
9    pipelines.  We have proof of what the directors
10   of other environmental groups are being paid.
11   The director of a sister organization makes
12   $100,000 a year.  The director of another
13   similar organization makes $120,000 a year.  We
14   just went to Louisiana secretary of state
15   office, Sharee Boytland hasn't filed any
16   paperwork in the past year and she isn't
17   telling us how much she makes despite legally
18   she has to.
19        Our question to this woman is if you
20   are being paid more than $100,000 to try and
21   stop pipelines, why do you claim to be poor?
22   We already know you have admitted to being paid
23   for each protest you organize.  This woman is
24   not a grassroots organizer.  She is being paid

Page 73

1    a shit ton of money for her job to try and stop
2    people here from getting new jobs.  Our state
3    needs energy infrastructure.  This woman is
4    Louisiana's biggest enemy."
5    BY MR. MARKOS:
6    Q.    You will agree with me that the actor
7    in the video we just played is the same actor
8    in the video from PA Progress?
9    A.    Yes, sir.
10   Q.    Did you make the video I just played?
11   A.    I did.
12   Q.    This article says it was posted on the
13   Louisiana First Facebook page.  Do you see
14   this?
15   A.    Yes.
16   Q.    Did you create content for that page?
17   A.    I did.
18   Q.    I am showing you what is marked --
19   well, it is Bates stamp Cedar Fork 11.  I think
20   everyone remembers we marked this in Kurt
21   Merriweather's deposition so I am not going to
22   mark it in this one.  This is your address on
23   the top corner, Nick?
24   A.    That was at the time, yes, sir.

Nicholas Johnson

Page 74

1    Q.    Fair enough.  Do you recall this
2    document?
3    A.    Yeah, I do.
4    Q.    It says, the second line is half of
5    Louisiana trip expenses June 2017, Bayou Bridge
6    Pipeline, and the total is $400?
7    A.    Right.
8    Q.    Is that a trip to Louisiana?
9    A.    I did go to Louisiana, yes, sir.
10   Q.    In June of 2017 the first line says it
11   is for ETP/DAPL.  Do you see that?
12   A.    Yes.
13   Q.    In June of 2017, if you recall, was
14   there any ongoing protests or demonstration
15   against the building of the pipeline in South
16   Dakota?
17   A.    I think in item description sometimes
18   when I would put together an invoice, there
19   were clearly errors in the item descriptions.
20   There would be -- I would forget to change the
21   description for that month or clearly I did
22   because I was not working on anything in North
23   Dakota in June.
24   Q.    What about the ETP part of it?

Page 75

1    A.    As well, I think the item description
2    is incorrect.
3    Q.    What did you think -- sorry, go ahead.
4    A.    I was done.
5    Q.    Okay.  Sometimes it is a little harder
6    to recognize when somebody is finished over
7    Zoom versus being live.  I didn't mean to cut
8    off, I apologize.
9          How would you change this first item
10   description to make it accurate?
11   A.    I honestly don't remember June of 2017,
12   I don't remember exactly what I was doing.
13   Q.    We looked before at a payment that was
14   made to you by Cedar Fork for $12,750.  Do you
15   recall that?
16   A.    Yes, sir, I do.  Again, the item
17   descriptions and the invoice don't match with
18   what I was working on.  I was -- I think what
19   was most important was that I would just
20   essentially bill him, and the description I
21   wasn't always -- it wasn't always accurate
22   representation of what I was exactly doing that
23   month.
24   Q.    Okay.  The $12,750 check, I don't know

Page 76

1    if you can read the memo line, right around my
2    cursor.  Hold on.
3    A.    I cannot read that, what it says.
4    Q.    Okay.  I can tell you what I think it
5    says, but I don't know if that is helpful.
6    A.    It might be, if you zoomed in or
7    something I could maybe, I can't read it.
8    Okay, yeah, yep.
9    Q.    Okay.  What does it say?
10   A.    2017 June, I am guessing services is
11   what that is suppose to say.
12   Q.    So it says SVCS, right?
13   A.    Yes.
14   Q.    Okay.  This is an invoice dated --
15   sorry, now we are back on Cedar Fork 16.  Can
16   you see that?
17   A.    Yes.
18   Q.    It is an invoice dated 6/10/17?
19   A.    Yeah, again, number 1, the item
20   descriptions didn't always match and the pay so
21   just because I was paid something for June
22   doesn't mean it was for something I did in
23   June.
24          So if I received in check in June,

Page 77

1    sometimes it would be for something that had
2    been done previously.  Sometimes the invoices
3    don't match up with it.
4          My goal was basically just to bill out
5    for the month, and I was paid at some point
6    afterwards.  So you are trying to draw a
7    connection between all of these, and we could
8    go through these and it probably will confuse
9    you, and I won't remember a lot of the details.
10   Q.    I recognize what you are saying, but I
11   am not trying to get too far into the weeds
12   with that, but on this invoice that says month
13   of May 2017 for ETP/DAPL.  Is it your testimony
14   that ETP/DAPL is inaccurate?
15   A.    I honestly don't remember.  I honestly
16   don't.  Can we take like one minute so I can go
17   use the rest room and come right back?
18   Q.    Whatever you need to do.
19          (Whereupon a short recess was
20   taken.)
21   BY MR. MARKOS:
22   Q.    I think we were on Cedar Fork 16
23   before, the screen that is up now.  There is
24   another invoice for 12,750, but we will go

20 (Pages 74 to 77)

Nicholas Johnson

Page 78

1  through this real quick. Well, let me start
2  here. Now I am up on Cedar Fork 7. Nick, the
3  invoice is for both DAPL and Momentive. Do you
4  see that?
5  A.    I do.
6  Q.    Can you tell me what Momentive is?
7  A.    I don't remember exactly. I don't have
8  enough information that I would be able to give
9  you an answer I would be comfortable with.
10  Q.    Do you see this next invoice, Cedar
11  Fork 8, it says for ETP/DAPL?
12  A.    I see it, yes.
13  Q.    The Next invoice says it is for a
14  contract with TigerSwan. Do you see that?
15  A.    I see that, yes.
16  Q.    Is that accurate?
17  A.    I didn't have a contract with
18  TigerSwan.
19  Q.    Why would you write that on your
20  invoice?
21  A.    Because Kurt did.
22  Q.    Do you know if Kurt had a contract with
23  TigerSwan?
24  A.    I don't know for sure.

Page 79

1  Q.    Did you believe he did?
2  A.    I did believe that he did, but I don't
3  know. I don't know what his relationship was
4  with them.
5  Q.    Again, so on this next invoice, Cedar
6  Fork 10, it says first half of contract with
7  TigerSwan. That's something that Kurt
8  Merriweather would have written, not you?
9  A.    No, I wrote that. And again, a lot of
10  the invoices may have -- when I was going to
11  write the next month sometimes I would take
12  stuff out and sometimes the description was
13  off, so you can't take what it says on there
14  for what actually happened unfortunately.
15      Like when I was going through and
16  filling out invoices sometimes I wouldn't
17  change a date or I wouldn't change something, I
18  just overlooked it. So you have to understand
19  that.
20      If you are going to try to pin down
21  exactly what I was doing month by month based
22  on what the invoice says it is not going to
23  match up.
24  Q.    Some months you were working on --

Page 80

1      MR. LAVERY: I am going to object
2  to the form of the question, what I heard of
3  the question at this point frankly.
4  BY MR. MARKOS:
5  Q.    Let me get a sense of a scope of these,
6  they go a little bit into '16 but mostly in
7  '17, okay?
8  A.    Yes, sir.
9  Q.    Your attorney has these documents.
10  During the period of time that you were
11  submitting invoices to Cedar Fork Partners at
12  some point during that period of time you were
13  performing work pursuant to a contract with
14  TigerSwan; is that accurate?
15      MR. LAVERY: Object to form.
16  BY MR. MARKOS:
17  Q.    If you understand the question you can
18  answer.
19  A.    You would have to say the question
20  again.
21  Q.    Did the invoices cover a period from
22  into '16 into '17, I am not saying it is 24
23  months, but in that time period were you
24  performing this work that you were paid by

Page 81

1  Cedar Fork Partners for pursuant to a contract
2  with TigerSwan?
3      MR. LAVERY: Object to form.
4      THE WITNESS: I don't feel
5  comfortable answering that. There is
6  objections and I don't know what all this
7  means.
8      MR. GERBER: You can answer it if
9  you understand it, Nick, there is an objection.
10      THE WITNESS: Yeah, I really don't
11  understand the way you are phrasing the
12  question.
13  BY MR. MARKOS:
14  Q.    Were you working for TigerSwan in 2016
15  or '17?
16  A.    No, sir.
17  Q.    Was Cedar Fork hired by TigerSwan in
18  2016 or '17?
19      MR. LAVERY: Object to form. If
20  you know.
21  BY MR. MARKOS:
22  Q.    Did you answer?
23  A.    I did not answer. I don't know the
24  answer to your question.

Nicholas Johnson

Page 82

1    Q.    I am going back to the, what I
2    identified as Exhibit 7.  Can you read what I
3    highlighted?  Is it easier for you to read it
4    without the highlight?
5    A.    No, it is fine, you can leave it like
6    that.  Okay, I have read it.
7    Q.    So the sentence in the middle or
8    towards the end, one of the contractors said
9    Johnson worked with Rice in the TigerSwan
10   offices at times.  Do you see that?
11   A.    Yes.
12   Q.    Is that statement accurate?
13   A.    That statement is accurate, yes.
14   Q.    Was it the TigerSwan office in Apex,
15   North Carolina or an office in North Dakota or
16   South Dakota?
17   A.    It was in Apex.
18   Q.    Okay.  When, like what years would you
19   have been seen working in the Apex TigerSwan
20   office?
21   A.    It would have been 2017.
22   Q.    Okay.  The other part of the statement
23   that you were working with Rice, Robert Rice,
24   there, that is accurate as well?

Page 83

1    A.    Which statement?
2    Q.    It is in the same sentence, Johnson
3    worked with Rice in the TigerSwan office at
4    times.
5    A.    That statement is an accurate statement
6    in its entirety.
7    Q.    It is an accurate?
8    A.    Yes, yes, sir.
9    Q.    Ban accurate can sound like the same
10   thing as inaccurate.
11   A.    Okay.
12   Q.    Thank you.  We are back on these
13   invoices.  Going back to the top again.
14        MR. LAVERY:  When you go to the
15   invoice, Chris, can you please just note what
16   the Bates number is on it, so I have it.
17        MR. MARKOS:  I am trying Frank, but
18   yeah.
19        MR. LAVERY:  I know you are.
20   BY MR. MARKOS:
21   Q.    This is Cedar Fork 7, do you see the
22   reference to DAPL; do you see that this
23   document refers to DAPL?
24   A.    Are you asking me?

Page 84

1    Q.    Yeah.
2    A.    Oh, I thought you were asking them.
3    Yes, I do see that.
4    Q.    Okay.  In 2017 did you understand that
5    DAPL was a project of Energy Transfer Partners?
6    A.    Yes.
7    Q.    Cedar Fork 8, it jumps a little bit in
8    time, August 2017 according to the paper, I
9    recognize what you said about trying to line up
10   dates, but this again references DAPL but also
11   references ETP.  Do you see that, it says ETP
12   there?
13   A.    Yes.
14   Q.    I feel like we kind of danced around it
15   a little bit, but you never had discussions
16   with anybody at or from ETP about the work that
17   you were doing that you were getting paid for
18   pursuant to these invoices?
19   A.    I never spoke or met with anybody, a
20   single person at ETP.
21   Q.    Okay.  Do you know the name Frank
22   Recknagel?
23   A.    I never heard that name before.
24   Q.    You said you never heard of him before?

Page 85

1    A.    I never heard that name.
2    Q.    Can you tell me why a number of these
3    invoices reference ETP?
4    A.    ETP, there was some work that I did
5    that involved the Dakota Access Pipeline.
6    Q.    Is that the only reason ETP is
7    referenced in any of these invoices including
8    this August 2017 invoice?
9    A.    Again, I was talking over invoices that
10   have odd descriptions that were from previous
11   months that I overlooked and was essentially --
12   the total amount was what I was more focused on
13   than anything else on the invoice.
14   Q.    You are familiar with what the Mariner
15   East II pipeline is, right?
16   A.    Somewhat.
17   Q.    And the Mariner East 2X?
18   A.    No, I don't know what that is.
19   Q.    It confuses me, too.  Do you know who
20   is building the Mariner East II pipeline?
21   A.    I don't.  I haven't paid attention to
22   that since it has been five or six years since
23   I knew anything about that.
24   Q.    Do you recall ever having conversations

Page 86

1   with Kurt Merriweather about the work that you
2   were doing on Mariner East II?
3   A.   I don't remember exact conversations.
4   Q.   But was that a topic of a conversation
5   with him?
6   A.   It would have been.
7   Q.   At the time did you have an
8   understanding just as ETP was behind that who
9   was behind Mariner East II?
10  A.   I probably did at the time.
11  Q.   Today you don't recall what that?
12  A.   I don't, I don't.  I don't know if it
13  is built, I don't know anything about it.
14  Q.   Who did you go to Louisiana with?
15  A.   By myself.
16  Q.   What did you do there?
17  A.   Drove around looking for protestors.
18  Q.   I move to Cedar Fork 11.  That expense
19  references the Bayou Bridge Pipeline.  Were the
20  protestors protesting the Bayou Bridge Pipeline
21  that you were looking for?
22  A.   Yes.
23  Q.   Do you know who was building the Bayou
24  Bridge Pipeline?

Page 87

1   A.   I don't.
2   Q.   Would it surprise you to know that ETP
3   was involved in both the Bayou Bridge Pipeline
4   and the Mariner East II Pipeline?
5   A.   I don't have an opinion on that.
6   Q.   Okay.  Do you have any recollection if
7   the original complaint in this case from
8   September 2017 was delivered to your home by
9   UPS?
10  A.   I don't understand your question.  I
11  didn't hear most of it, what, sorry?
12  Q.   Was a copy of the original complaint
13  filed in September 2017 in this case delivered
14  to your home by UPS?
15  A.   I don't remember.
16  Q.   Do you recall how, we went over it a
17  little bit before, give me one second.
18       (Whereupon proof of service was
19  marked for identification as Exhibit-8.)
20  BY MR. MARKOS:
21  Q.   Can you see this proof of service, do
22  you see that?
23  A.   You are on the wrong screen.  Yes.
24  Q.   Who is Kim Crane?

Page 88

1   A.   Kim Crane is my partner.
2   Q.   On February 13, 2018 you were living at
3   313 Forbush Mountain Drive?
4   A.   I think, I don't remember.
5   Q.   Were you separated from Kim at that
6   time?
7   A.   I am not going to discuss that, that is
8   not...
9   Q.   I don't want to get into your personal
10  affairs.  The question is just if this was your
11  house?
12  A.   Yeah, I honestly don't remember
13  exactly.  I would -- that sound about right,
14  but I don't know exactly when I moved.  That is
15  my answer.
16  Q.   Okay.  No, that is fair enough, I don't
17  need to get into stuff that has nothing do with
18  this.  Did she hand you a copy of the complaint
19  at some point around February of 2018?
20  A.   Did she?
21  Q.   Kim Crane.
22  A.   No.
23  Q.   How did you get it then, that is what I
24  am trying to figure out.

Page 89

1   A.   I believe an individual chucked it out
2   the window when he was driving by when Kim was
3   coming home from the store, and I ended up
4   finding it in the road.
5   Q.   Okay.  Had you seen that individual
6   before?
7   A.   I didn't see anybody, nobody saw
8   anybody.
9   Q.   What I am trying to ask, I don't have
10  to go that far into it, were you trying to
11  avoid being served with the complaint after it
12  was filed?
13  A.   No.
14  Q.   I asked you those questions about Grant
15  Stewart, but besides whatever that article said
16  did you ever encourage people to go to the
17  Gerhart property?
18  A.   No, I don't remember doing that.
19  Q.   Fair enough.  I have to find something
20  again so bear with me.  I am not sure if this
21  was marked before, so I will mark it.
22       (Whereupon Camp White Pine cheat
23  sheet was marked for identification as Exhibit
24  9.)

Nicholas Johnson

| Page 90 | Page 91 |
|---|---|

**Page 90**

1  BY MR. JOHNSON:
2      Q.    Do you see Camp White Pine cheat sheet?
3      A.    I do see this, yes, sir.
4      Q.    Can you read it or is it grainy?
5      A.    I can read it.
6      Q.    It is three pages long, so I want you
7  to have an opportunity to look at it before I
8  scroll down.  Before I ask you questions about
9  it, tell me if you need me to scroll down?
10     A.    Are you wanting me to tell you -- are
11 you going to scroll the whole time so am I
12 going to tell you yes when I'm done reading it?
13     Q.    Yeah.
14     A.    You can keep going.  Okay.  Okay.
15 Okay.  Okay.  Okay.
16     Q.    I think everything else is the same
17 thing now.
18     A.    Yeah, got it.
19     Q.    Did you post this cheat sheet on Camp
20 White Pine?  I am sorry, did you post the cheat
21 sheet on PA Progress?
22     A.    I can't remember.
23     Q.    Did you either yourself or with
24 assistance compile the cheat sheet?

**Page 91**

1      A.    I do remember working on this, yes,
2  sir.
3      Q.    Where did the images come from?
4      A.    I have no idea, I don't remember.
5      Q.    Let me be more specific, Kari
6  Smitherman, do you know where this image of her
7  came from?
8      A.    I don't.
9      Q.    Sparrow, two down from her?
10     A.    I don't.
11     Q.    The gray VW hatchback?
12     A.    I don't remember where that came from.
13     Q.    Gray Toyota Prius, right above it.
14     A.    I don't know where that came from.
15     Q.    White Pickup truck, second from the
16 bottom?
17     A.    I don't know where that came from
18 either.
19     Q.    Gerhart driveway?
20     A.    I don't know.
21     Q.    Okay.  Who did you work on this with?
22     A.    I don't remember exactly who helped,
23 but I do remember that Robert Rice assisted me,
24 but I don't remember exactly who else was

| Page 92 | Page 93 |
|---|---|

**Page 92**

1  involved or what people's roles were in that.
2      Q.    Do you know how you knew or how this
3  cheat sheet, why the cheat sheet says that Kari
4  Smitherman has Lyme disease?
5      A.    I think she posted that she had it on
6  her social media profile.  I think all this
7  stuff was taken from public information, it was
8  either on their social media profile or it was
9  public information.
10     Q.    By this stuff you mean the text?
11     A.    The text would have been, photos I
12 don't know where they came from, I don't
13 remember where those came from.
14     Q.    Do you have the original photos?
15     A.    I do not.
16     Q.    Did you at some point?
17     A.    I don't remember.
18     Q.    Do you remember how you saw them?
19 let me ask that question a little easier to
20 answer.  Did you see the photo just as a
21 picture, like a print or did you see it as an
22 attachment to an email?
23     A.    I don't remember.
24     Q.    Are you still in touch with Robert

**Page 93**

1  Rice?
2      A.    No.
3      Q.    Is there a reason?
4      A.    That is not relevant to this.
5      Q.    Okay.  Do you have contact information
6  for him?
7      A.    I do.
8      Q.    Do you have an email address?
9      A.    I don't know if I have his email.
10     Q.    Do you have his phone number?
11     A.    I do.
12     Q.    I understand if you haven't talked to
13 him in a while you may not know if anything is
14 correct.  Do you have an address where he might
15 live?
16     A.    I don't.
17     Q.    Did you ever?
18     A.    Yes.
19     Q.    When was the last time you knew his
20 address?
21     A.    I don't know if I knew his address.  I
22 knew where he lived.  I mean, I knew where he
23 lived, so I haven't been -- that is the end of
24 my answer.

Nicholas Johnson

Page 94

1  Q.    I understand.  Have you spoken to him
2  about this case?
3  A.    At the very beginning when the case was
4  filed we did speak briefly about, you know, did
5  you read the complaint, yes, and that was
6  pretty much it.
7  Q.    Just the one conversation?
8  A.    Yeah.
9  Q.    Did you have any other conversations
10  with anybody else besides a lawyer about the
11  case?  Just to be clear I don't want -- I am
12  not asking about any conversations with a
13  lawyer, something you?
14  A.    Yeah, I don't remember.
15  Q.    Did you ever talk with Kurt
16  Merriweather about the complaint?
17  A.    I did briefly, I think I -- briefly.
18  Q.    What did you talk about?
19  A.    I don't remember.
20  Q.    Would it have been around the time the
21  complaint was filed?
22  A.    Yes, sir.
23  Q.    Do you know anybody named Derek Borror?
24  A.    I do know who that is.

Page 95

1  Q.    Do you know anybody named Delaney
2  Borror?
3  A.    I do not know who that is.
4  Q.    Do you know if Robert Rice knows who
5  Derek Borror is?
6  A.    You would have to ask him.
7  Q.    Okay.  You've never seen them talking
8  before, for instance?
9  A.    I don't recall.
10  Q.    Okay.  Do you know who James Marks is?
11  A.    No.
12  Q.    His nickname is Spider apparently?
13  A.    I don't know who that is.
14  Q.    Besides, you know, calling existing
15  social media were you --
16        MR. GERBER:  You are breaking up.
17  BY MR. MARKOS:
18  Q.    Besides calling existing social media,
19  were you provided with information from
20  individuals that you used to make your PA
21  Progress contact?
22  A.    I do recall one time.
23  Q.    What was the one time?
24  A.    I was given a photo by Robert and I

Page 96

1  used in a post, but I don't remember what the
2  context was or when it was or who it was or who
3  gave it to who, that is all I remember.
4  Q.    Okay.  Did you ever like personally
5  engage with PA Progress followers, direct
6  messages on Facebook?
7  A.    Yes, there were a couple people that
8  had messaged the page that were neighbors.  I
9  do recall they were very concerned about the
10  possibility of -- they expressed their views on
11  hey, we agree with this page, we don't like
12  this family, we don't -- thank you for posting
13  the truth was essentially what people were
14  sending to the page, was the main conversation
15  that was coming.  It was all one way from what
16  I can remember, people that were messaging the
17  page says similar things.
18  Q.    Do you have copies of those
19  communications?
20  A.    I did, I think I screenshotted a few of
21  them, and I think my lawyer has them.
22  Q.    Okay.
23  A.    But I don't recall exactly right now
24  what the context was, but I do remember

Page 97

1  screenshotting that stuff.
2  Q.    Was PA Progress only on Facebook or did
3  it have a presence on like Instagram or
4  anything else?
5  A.    I don't know if Instagram existed back
6  then.
7  Q.    I don't either.  In 2017,
8  approximately, did Robert Rice live near you in
9  North Carolina?
10  A.    Define near.
11  Q.    Driving distance.
12  A.    Sure, yeah.
13  Q.    You said that you did collaborate from
14  time to time on certain PA Progress posts,
15  right?
16  A.    Yes, sir.
17  Q.    So would that collaboration happen in
18  person or online?
19  A.    Both.
20  Q.    Would it happen over the phone?
21  A.    I don't remember.
22  Q.    The online collaboration, would that be
23  via email?
24  A.    Probably not too much.

25 (Pages 94 to 97)

Page 98

```
 1   Q.     How would you collaborate online then?
 2   A.     You know, online, I don't think there
 3   was a lot of online collaboration.
 4   Q.     Was there not a lot or none?
 5   A.     I don't remember exactly how much, but
 6   I don't remember a lot.  It was primarily on
 7   the phone or in person.
 8   Q.     If you were working, you know, online
 9   together how would you go about that?
10   A.     Again, you know, when you originally
11   asked the question I did say, yes, it was
12   online and on the phone, but now that you are
13   asking me to qualify what online means I would
14   have to take my answer back and say actually
15   now that you are trying to get me to qualify
16   what online means I don't think there was a lot
17   of online communication.
18   Q.     Okay.  In other words, I guess, is it
19   fair to say that most of your interaction with
20   Robert Rice with respect to PA Progress
21   happened either face to face or over the phone?
22   A.     That is fair for you to say.
23   Q.     Okay.  And is the reason that is so was
24   you were directed to meet in person or over the
```

Page 99

```
 1   phone but not to create any written records?
 2   A.     No.
 3   Q.     Is that your normal operating procedure
 4   to not have like a paper trail for lack of a
 5   better word?
 6   A.     I think that is assuming and
 7   presumptive.  A leading question, so I am not
 8   going to answer that.
 9         MR. LAVERY:  Mostly I will object
10   to the form of that question as well, it is
11   without foundation.
12   BY MR. MARKOS:
13   Q.     My question is, is normal procedure
14   doing this social media work to meet face to
15   face or over the phone as opposed to via email?
16         MR. LAVERY:  Again, my objection
17   stands simply because this type of work, social
18   media work, these are very, very broad,
19   overbroad terms.
20         I don't know if there is a norm for
21   social media, people do all sorts of things for
22   social media creation.  That is the basis of
23   the objection, it is a form objection.
24         MR. MARKOS:  Okay.
```

Page 100

```
 1   BY MR. MARKOS:
 2   Q.     If it is a question you are not able to
 3   answer I will try to do better.
 4   A.     I would just say it just depends on
 5   what I am doing.  Sometimes you meet somebody
 6   in person a lot, sometimes they want to email a
 7   lot, sometimes, I mean, it didn't really -- it
 8   was no pattern to when you work with somebody,
 9   just like, you know, sometimes communication is
10   done in certain ways.  In this case I don't
11   remember exactly why or how we communicated,
12   but I do remember a lot of it was on the phone
13   or in person.  That is as good of an answer you
14   are going to get.
15   Q.     Do you have an understanding of what
16   the term cyberbullying is?
17   A.     I do, yeah.
18   Q.     I don't know if you have kids, but if
19   you do have you explained that to them?
20   A.     I am not going to answer that question.
21   Q.     I just want to know what you would tell
22   them cyberbullying is?
23   A.     Again, when you asked before what my
24   definition of anarchist is, I don't feel
```

Page 101

```
 1   comfortable coming up with a definition on the
 2   spot for the term you are using.
 3   Q.     Have you ever warned your children, and
 4   again, I still don't know if you have children,
 5   you can tell me you don't, that can be the end
 6   of it?
 7   A.     I don't have kids.
 8   Q.     Okay.  Do you have nieces and nephews?
 9   A.     That is not relevant to this.
10   Q.     It is relevant to my question, my next
11   question.
12   A.     I don't want to answer that question.
13   Q.     Have you ever counseled any niece or
14   nephew on what cyberbullying is and how to
15   avoid it?
16         MR. GERBER:  I think we are getting
17   a little far afield, why don't you move into
18   another area.
19         MR. MARKOS:  We are not getting far
20   afield.  State of mind is an element of the
21   claim in this case.
22         MR. GERBER:  I don't want to
23   dispute, you know, I don't want to argue with
24   you, but if you are going to start to ask him
```

**26 (Pages 98 to 101)**

Nicholas Johnson

| Page 102 |
| --- |

1   about his family and how he might counsel them,
2   I think we are getting outside of the scope
3   here. I think you can get it through other
4   means.
5           He is not comfortable talking about
6   family, and frankly I am not either. I don't
7   think the court would either, but, you know, I
8   understand what you are trying to get at, I
9   think you can ask it a different way.
10  BY MR. MARKOS:
11  Q.      Have you counseled any minor, somebody
12  under the age of 18, about what cyberbullying
13  is?
14  A.      I have not.
15  Q.      What about an adult?
16  A.      I don't remember, I don't know.
17  Q.      You were present during both sessions
18  of Elise Gerhart's deposition; is that right?
19  A.      I was on, yes, I was.
20  Q.      Okay. Do you recall her testimony
21  about what she perceived to be threats that
22  were made to her via social media?
23  A.      I don't remember exactly what she said.
24  Q.      Okay. What she exactly said is not

| Page 103 |
| --- |

1   important to the question I am trying to ask
2   you, but is it fair to say that the spirit of
3   what she said was that she received threats of
4   harm via social media, if you recall?
5           MR. GERBER: I just have to object
6   to the form. I mean, the spirit of what she
7   said, Chris, she said what she said.
8           MR. MARKOS: I want to know when he
9   became aware of that fact, if he was aware of
10  that fact before her deposition, that is all.
11          MR. GERBER: Which fact, aware of
12  what fact?
13          MR. MARKOS: That she claims that
14  she was the recipient of threats and harm via
15  social media.
16          MR. GERBER: So if your question is
17  when did you first learn that Elise Gerhart
18  claimed she received threats.
19          MR. MARKOS: Yeah, you can answer
20  that question.
21          MR. GERBER: Nick, do you
22  understand the question?
23          THE WITNESS: Probably when she
24  expressed that on the deposition.

| Page 104 |
| --- |

1   BY MR. MARKOS:
2   Q.      Okay. Have you reviewed any of the
3   discovery that was provided to you in this case
4   by Elise, you, yourself?
5   A.      Some of or all of?
6   Q.      Any of.
7   A.      I did look at some of it, yes.
8   Q.      What I am showing you now should be a
9   screenshot of the PA Progress video. Do you
10  see that?
11  A.      I do.
12  Q.      It is Bates stamp Gerhart 67, it was
13  part of our initial disclosures in this case.
14  Do you see the comment from David Boles?
15  A.      I do.
16  Q.      Let me ask a more general question.
17  So, if you know, if you are, PA Progress or any
18  other Facebook page, if somebody shares your
19  post do you see the discussion on the shared
20  post?
21  A.      I don't know, I don't remember. I am
22  not on Facebook anymore, ever anymore. I don't
23  remember how -- I haven't managed the page in a
24  long time so the answer is no, I don't know.

| Page 105 |
| --- |

1   Q.      That is fine, I don't know either.
2   Have you ever seen this comment before?
3   A.      No.
4   Q.      Do you know or do you remember if any
5   other connections to Russia were asserted about
6   Elise Gerhart or Camp White Pine? PA Progress,
7   I am sorry.
8   A.      I don't remember.
9   Q.      See the original version of the
10  submission?
11  A.      I do see this, yes.
12  Q.      So this is the second amended
13  complaint. Do you see paragraph 165?
14  A.      I do.
15  Q.      Tell me when you have read it?
16  A.      Okay. I have read it.
17  Q.      I am going to switch documents to the
18  answer filed on your behalf. Do you see the
19  new paragraph 165 now?
20  A.      I can see 156, yes, I can see that.
21  Q.      It says admitted in part denied in
22  part?
23  A.      Yes, sir.
24  Q.      That is the answer filed on your behalf

27 (Pages 102 to 105)

| Page 106 | Page 107 |
|---|---|

**Page 106**

1  in this case. Tell me when you read the other
2  165.
3  A.    I have read that, yes.
4  Q.    It is also admitted that she stated
5  that she associated with criminals which was
6  truthful. Do you see where I am reading?
7  A.    Yes, I do.
8  Q.    The page stated she was associated with
9  criminals. Is it truthful that the page stated
10  that or truthful that she associated with
11  criminals?
12  A.    I would say I don't remember the
13  connection that the page made at the time now,
14  so I can't answer this without seeing what the
15  context is for either one of these.
16  Q.    Sitting here today you can't recall any
17  connection she has with any or any --
18  A.    That is not what I am saying, no. I am
19  saying I don't know what part of the page you
20  are saying associated her with criminals.
21  Q.    Okay. The answer that we are looking
22  at says that it is truthful that she associated
23  with criminals, right?
24  A.    Yes.

**Page 107**

1  Q.    So what is the basis for the statement
2  that she associated with criminals?
3  A.    Oh, I get you, okay. So at the time
4  there are probably more connections, the one
5  that comes to mind is the fact that, again, I
6  keep mentioning that she was communicating
7  with, you know, people who were known pipeline
8  sabotagers, and I read her circle, we are
9  hanging out with people who were breaking the
10  law.
11  Q.    Do you know who any of those people
12  specifically are?
13  A.    Yeah, again, the one I know of for sure
14  was the Dan guy who was running around with a
15  bunch of people who were hanging out with
16  criminals, federal crimes, people that were
17  blowing things up. That is what comes to mind
18  first. That is where that started from.
19  Q.    Was Dan a criminal?
20  A.    Dan was associating with criminals, and
21  Dan was one of the, you know, mentioned a lot
22  on the page and was doing interviews with her,
23  and were like there all the time, so we made
24  that connection. He was a member of Camp White

| Page 108 | Page 109 |
|---|---|

**Page 108**

1  Pine.
2  Q.    I understand your answer. If you know,
3  what was the purpose for PA Progress to
4  publicize what you say is Elise's association
5  with criminals?
6  A.    Say the question again.
7  Q.    For what purpose did PA Progress
8  publicize the assertion that Elise associated
9  with criminals?
10  A.    I don't remember now.
11  Q.    Rather than take a break for lunch, I
12  don't think I have a whole lot more, but let me
13  take five or so minutes, I am going to talk to
14  Rich.
15       MR. GERBER: Okay.
16       MR. MARKOS: And we might be able
17  to wrap up pretty soon.
18       MR. GERBER: Sounds good to me.
19  Nick, are you okay?
20       THE WITNESS: Yeah, if you are
21  going to be a half hour fine, if it is going to
22  be another hour maybe like a half hour break.
23  I can go another half hour, 45 at the most, but
24  then I will need to get something to eat.

**Page 109**

1       MR. MARKOS: I will have an idea
2  how much time I need, and if it is that much
3  time we can take a break.
4       THE WITNESS: Okay.
5       (Whereupon a short recess was
6  taken.)
7  BY MR. MARKOS:
8  Q.    Did you obtain a copy of the Gerhart's
9  deed to their property in Huntingdon County in
10  2017?
11  A.    I think I -- I don't recall exactly the
12  details on that.
13  Q.    I know it is an inarticulate question,
14  I am wondering was it given to you or did you
15  go and get it?
16  A.    The Gerharts deed was -- I think it is
17  public information, I think I Googled it.
18  Q.    In the last month since 2017 have you
19  had a GoDaddy account?
20  A.    GoDaddy. What is GoDaddy?
21  Q.    It is a bio website I guess.
22  A.    I don't know. No, I don't have a
23  GoDaddy account. I don't even know what that
24  is.

**28 (Pages 106 to 109)**

Nicholas Johnson

|  | Page 110 |
|---|---|

1  Q.    Godaddy.com specifically?
2  A.    I don't have a GoDaddy account.  No.
3  Q.    That is it for me, but I can't promise
4  you somebody else may want to talk to you.
5        MR. GERBER:  Anybody?
6        MR. LAVERY:  I just have one or two
7  to follow up Chris, and then I am finished.
8                     -----
9              EXAMINATION
10                    -----
11 BY MR. LAVERY:
12 Q.    Nick, my name is Frank Lavery, I
13 represent TigerSwan.  First of all, have you
14 and I ever met before?
15 A.    No, sir.
16 Q.    I just want to clarify one thing that
17 you said before.  You said that there was not a
18 contract between you and TigerSwan, did I hear
19 your testimony correct on that?
20 A.    Yes, that's correct.
21 Q.    Okay.  I just want to make sure we know
22 what we are talking about.  So with respect to
23 no contract between you and TigerSwan, that
24 would be for the Pennsylvania Progress website

|  | Page 111 |
|---|---|

1  or any of the social media work that was done
2  with respect to the Gerharts, am I correct?
3  A.    You are correct.
4  Q.    That is all I have, sir, thank you very
5  much for your time.
6        MR. GERBER:  Chris, all done?
7        MR. MARKOS:  I am all done.
8        MS. HULL:  I have no questions.
9        MS. DAVIS:  I don't have any
10 questions.
11       MR. MARKOS:  Nick, thank you so
12 much for your time today.  That is all the
13 questions for you.
14       COURT REPORTER:  Does everyone want
15 a copy of the transcript?
16       MR. GERBER:  Yes, I do Linda, it is
17 Chris Gerber, and please make sure the exhibits
18 are attached.
19       MR. MARKOS:  I will copy everybody
20 on my email.
21       MS. HULL:  This is Kandice, yes, I
22 do.
23       MR. LAVERY:  Linda, this is Frank
24 Lavery, I would like an email copy of the

|  | Page 112 |
|---|---|

1  condensed, four to a page, and with the
2  exhibits.
3        MS. DAVIS:  This is Jessica, I
4  would like an email copy of a mini and I would
5  like a paper copy of the full.
6                     -----
7              (Witness excused.)
8        (Deposition concluded at 1:25 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

|  | Page 113 |
|---|---|

CERTIFICATION

I, Linda A. Ricciardi, hereby
certify that the foregoing is a true and
accurate transcript of the deposition of
NICHOLAS JOHNSON, who was first sworn by me at
the time, place and on the date herein before
set forth.

I further certify that I am
neither attorney nor counsel for, not related
to or employed by any of the parties to the
action in which this deposition was taken;
further, that I am not a relative or employee
of any attorney or counsel employed in this
case, nor am I financially interested in this
action.

_____
Linda A. Ricciardi
Court Reporter and Notary Public

29 (Pages 110 to 113)

Nicholas Johnson

Page 114

### CERTIFICATE OF DEPONENT

I, NICHOLAS JOHNSON, hereby acknowledge that I have read the foregoing deposition given on January 24, 2022, and the same is a true and correct transcription of the answers given by me to the questions propounded, except for the changes, if any, noted on the attached ERRATA

SHEET.

SIGNATURE:

_____

DATE:_____

Page 115

ERRATA SHEET

PAGE  LINE  CORRECTION   REASON FOR CORRECTION

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

____  ____  _____

30 (Pages 114 to 115)

Nicholas Johnson

| A | | | | |
|---|---|---|---|---|
| **a.m** 1:16 | 58:21 73:6,7 | **anarchist** 50:12 | 71:2,6 104:22 | **asking** 6:23 |
| **able** 29:6 35:14 | **actor's** 54:10 | 69:22 100:24 | 104:22 | 12:15 22:5 |
| 37:11 46:6 | **actual** 64:23 | **anarchists** 48:17 | **Apex** 82:14,17 | 60:19,20 83:24 |
| 78:8 100:2 | **address** 13:21 | 49:8,17 50:18 | 82:19 | 84:2 94:12 |
| 108:16 | 73:22 93:8,14 | 50:23 | **apologize** 75:8 | 98:13 |
| **access** 29:23 | 93:20,21 | **anarchy** 35:21 | **apparently** | **asks** 19:13 |
| 39:3,10 85:5 | **addressed** 55:21 | 35:23 50:8,11 | 45:22 95:12 | **assert** 71:7 |
| **accommodate** | **admitted** 57:3 | **answer** 6:18,20 | **APPEARAN...** | **asserted** 71:4 |
| 6:21 | 57:22 72:22 | 7:3 16:18 | 2:1 | 105:5 |
| **accompanying** | 105:21 106:4 | 19:20 20:20 | **appears** 45:11 | **assertion** 108:8 |
| 65:22 | **adult** 102:15 | 22:4,5 29:11 | 47:12 60:12 | **assistance** 90:24 |
| **accomplish** | **advice** 39:20 | 29:16 33:17 | 62:2 63:10 | **assisted** 91:23 |
| 18:18,19 | 59:6,15 | 34:10 41:24 | 70:23 | **associate** 8:21 |
| **account** 109:19 | **advise** 60:6 | 55:8,14 58:12 | **approximate** | **associated** 60:12 |
| 109:23 110:2 | **affairs** 88:10 | 68:5 70:4,18 | 11:20 | 64:16 106:5,8 |
| **accurate** 28:6 | **affirmative** | 78:9 80:18 | **approximately** | 106:10,20,22 |
| 43:10,11,13,19 | 33:24 | 81:8,22,23,24 | 28:12 35:20 | 107:2 108:8 |
| 43:21,22 44:10 | **afield** 101:17,20 | 88:15 92:20 | 97:8 | **associating** |
| 68:24 75:10,21 | **age** 102:12 | 93:24 98:14 | **April** 29:1 | 107:20 |
| 78:16 80:14 | **ago** 10:19 24:11 | 99:8 100:3,13 | **archive** 30:8 | **association** |
| 82:12,13,24 | 50:6 54:17 | 100:20 101:12 | **area** 24:3 48:17 | 108:4 |
| 83:5,7,9 113:5 | **agree** 27:11 | 103:19 104:24 | 49:8,17 53:4 | **assume** 11:22 |
| **accurately** 49:1 | 36:21 43:17 | 105:18,24 | 53:11 101:18 | **assuming** 65:15 |
| 49:4,11 | 51:18 60:10 | 106:14,21 | **areas** 8:2 | 99:6 |
| **accused** 50:2 | 73:6 96:11 | 108:2 | **argue** 101:23 | **attached** 111:18 |
| 57:14 | **agreed** 5:1 | **answering** 20:10 | **argument** 53:23 | 114:8 |
| **acknowledge** | **agreement** 67:12 | 20:12 81:5 | **arrangement** | **attachment** |
| 114:3 | **ahead** 40:22 | **answers** 18:24 | 16:9 | 92:22 |
| **acknowledged** | 42:23 55:10 | 32:19 114:6 | **article** 4:11,13 | **attacked** 60:7 |
| 44:6 | 75:3 | **anti** 57:2 | 4:15 23:22 | **attempt** 46:14 |
| **act** 40:15 41:2,3 | **al** 1:3,6 | **Anti-Capitalist** | 24:3,9 26:10 | 48:12 |
| 41:7 59:15 | **alias** 19:18 22:20 | 31:16 | 26:13,17,23 | **attention** 85:21 |
| **action** 1:3 54:20 | 44:7 | **Anticab** 31:11 | 28:23,24 29:3 | **attorney** 80:9 |
| 54:22,23 55:5 | **aliases** 19:13 | **anticipate** 6:7 | 29:7 42:3,8,10 | 113:10,14 |
| 55:16 56:6 | 44:3 | **anybody** 10:5,9 | 43:17 44:11 | **audible** 46:16 |
| 113:12,16 | **Alliance** 30:23 | 10:15 15:19 | 45:17,20 66:18 | **audio** 25:7 45:21 |
| **actions** 45:19 | **allow** 6:5 | 31:5 38:7,11 | 67:2 68:21,23 | **August** 65:14 |
| **active** 28:10 | **allowed** 68:3,5 | 39:9 47:20 | 71:5 73:12 | 67:3,6 84:8 |
| **actively** 48:16 | **alongside** 57:11 | 53:15 57:22 | 89:15 | 85:8 |
| 49:7,22 50:22 | **amended** 47:13 | 60:12 62:4,17 | **articles** 31:10 | **author** 20:22 |
| 59:10 | 71:18 105:12 | 71:11 84:16,19 | **ascertain** 41:7 | 21:2 22:9,22 |
| **actor** 47:22 | **amount** 14:2,15 | 89:7,8 94:10 | **aside** 44:2 | **authored** 29:13 |
| 48:15 49:1,5 | 85:12 | 94:23 95:1 | **asked** 6:19 7:1 | 39:1 44:12 |
| 49:12 51:19 | **anarchism** 70:1 | 110:5 | 20:17 56:17 | **authoring** 36:24 |
| 53:20 54:4,6,8 | 70:12,14,16,22 | **anybody's** 71:14 | 66:5 89:14 | **authors** 20:6 |
| | 70:24 | **anymore** 54:11 | 98:11 100:23 | 22:3 |

Nicholas Johnson

**avoid** 89:11
  101:15
**aware** 7:11 9:24
  57:21 103:9,9
  103:11

**B**

**back** 18:4 22:19
  25:17 35:6
  37:15 45:15
  51:15 53:6
  54:14 69:2
  76:15 77:17
  82:1 83:12,15
  97:5 98:14
**background**
  23:8,10,19
**bad** 50:12 57:16
  58:10 60:21
**Badger** 19:16
  20:1,23 22:20
  43:16 44:7,13
**bag** 27:18
**ballparking**
  11:17
**Ban** 83:9
**bank** 63:9
**based** 27:5
  34:10 65:14
  79:21
**basically** 17:13
  48:10 77:4
**basis** 49:16,18
  50:13 51:7
  52:9 99:22
  107:1
**Bates** 13:8 73:19
  83:16 104:12
**Baton** 72:2
**Bayou** 74:5
  86:19,20,23
  87:3
**bear** 7:23 58:16
  65:8 89:20
**began** 25:1
**beginning** 47:15

94:3
**behalf** 1:14
  105:18,24
**belabor** 23:20
**belief** 37:14
**believe** 12:4 29:8
  35:20 39:13
  44:10 57:19
  59:16 79:1,2
  89:1
**Berardino** 24:20
**best** 13:10 27:20
  67:4
**better** 28:1,15
  32:11 99:5
  100:3
**beyond** 37:14
  39:4
**biggest** 73:4
**bill** 75:20 77:4
**bio** 109:21
**bit** 8:1 23:7,7,14
  48:14 50:6
  56:11 80:6
  84:7,15 87:17
**black** 20:1,23
  43:16 44:12
  55:22
**blackbadgerre...**
  20:7 21:3,6,17
**blog** 22:22
**blowing** 57:3,9
  57:23 107:17
**blue** 33:3 48:21
**Boles** 104:14
**boring** 27:15
**Borror** 94:23
  95:2,5
**Boston** 65:3
**bottom** 91:16
**Boytland** 72:5
  72:15
**Bravo** 31:8
**break** 6:24 7:4,6
  35:6 108:11,22
  109:3

**breaking** 45:18
  95:16 107:9
**Brent** 71:24
**bridge** 31:23
  32:22 33:3
  74:5 86:19,20
  86:24 87:3
**briefly** 15:22
  94:4,17,17
**bringing** 16:14
  16:16
**broad** 1:22
  99:18
**brought** 16:20
**building** 24:5
  74:15 85:20
  86:23
**buildings** 63:16
  63:20 64:3
**built** 72:7 86:13
**bunch** 8:1
  107:15
**burning** 51:22
  61:16,21
**business** 8:21

**C**

**C-E-I-S-L-E-R**
  31:6
**California** 24:12
  24:24 25:18
**call** 53:4,12
**called** 11:23
  12:10 20:1
  30:21 31:11
  40:15,16 45:1
**calling** 95:14,18
**camp** 4:17 17:9
  18:4 32:10,23
  33:3 35:22
  37:12 38:18
  48:5 49:20
  50:4 52:4 53:4
  53:4,12,12,14
  54:18 57:11,17
  58:3,8,14,20

59:5,10,11,13
  59:14,24 60:1
  60:11,18,22
  61:4,15,17
  62:4,5,6,16,17
  62:19 63:2
  64:10,15,17,19
  64:19 89:22
  90:2,19 105:6
  107:24
**capture** 69:6
**Carolina** 8:19
  11:4 18:10
  40:3 82:15
  97:9
**case** 5:17 9:11
  29:6 59:8
  69:23 87:7,13
  94:2,3,11
  100:10 101:21
  104:3,13 106:1
  113:15
**Cats** 45:1,22
  46:24
**cause** 65:5
**caused** 51:4,20
  52:8
**Cedar** 2:2 12:1,2
  12:5 13:20
  15:5,12,20
  16:3,8,9,20
  17:1 18:17
  73:19 75:14
  76:15 77:22
  78:2,10 79:5
  80:11 81:1,17
  83:21 84:7
  86:18
**Ceisler** 31:5,7
**Center** 3:7
**centers** 63:17,21
  64:3
**certain** 7:5
  43:12 97:14
  100:10
**CERTIFICATE**

114:1
**certification** 5:3
  113:1
**Certified** 1:17
**certify** 113:4,9
**cgerber@sian...**
  3:9
**Chain** 26:5
**change** 74:20
  75:9 79:17,17
**changed** 50:21
**changes** 114:8
**chaos** 51:4,20
  52:8
**charge** 31:24
  32:17
**Chasing** 26:5
**chat** 46:21
**cheat** 4:17 89:22
  90:2,19,20,24
  92:3,3
**check** 75:24
  76:24
**checks** 11:24
  12:1 14:17
**Chester** 3:8
**children** 101:3,4
**choose** 68:7
**chose** 56:4
**Chris** 26:19
  34:17,21,23
  36:8 46:15
  83:15 103:7
  110:7 111:6,17
**CHRISTOPH...**
  2:2 3:6
**chucked** 89:1
**circle** 107:8
**cited** 29:5
**cities** 27:18,18
  27:18,19,22
**city** 63:17,21
  64:3
**CIVIL** 1:3
**claim** 40:12 71:4
  71:7 72:21

101:21
**claimed** 103:18
**claims** 9:10 64:1
64:8 72:5
103:13
**Claremont**
24:22
**clarify** 110:16
**Clay** 19:15
42:21 43:23
**clear** 11:21
41:15 61:10
94:11
**clearly** 63:2
74:19,21
**clickbait** 24:5
**clients** 5:18
**cmarkos@will...**
2:4
**collaborate**
97:13 98:1
**collaboration**
97:17,22 98:3
**come** 8:2 35:6
48:2,2 49:19
50:16 53:3,11
57:1 62:4,16
64:1,12 70:6
77:17 91:3
**comes** 107:5,17
**comfortable**
78:9 81:5
101:1 102:5
**coming** 18:4
48:5 57:6
58:20 89:3
96:15 101:1
**commencing**
1:15
**comment** 26:17
104:14 105:2
**comments** 64:22
**communicate**
39:9
**communicated**
100:11

**communicating**
107:6
**communication**
98:17 100:9
**communicatio...**
39:7 96:19
**company** 68:2,9
**compile** 90:24
**complaint** 23:23
29:5 47:13
48:20 58:17
71:18,18 87:7
87:12 88:18
89:11 94:5,16
94:21 105:13
**computer** 25:8
46:22
**concept** 70:21
**concerned** 96:9
**concerning**
14:20 15:7
**concluded** 112:8
**condensed** 112:1
**confuse** 77:8
**confuses** 85:19
**conjunction**
71:10
**connected** 59:12
59:23
**connection** 14:7
38:17,18 41:11
41:15 63:1
77:7 106:13,17
107:24
**connections**
41:12 58:7
105:5 107:4
**consultant** 9:8
**consulting** 23:8
23:11
**contact** 30:15,20
54:11 93:5
95:21
**content** 14:20
15:6,12,16
21:2 22:4,9

27:2,4,17
28:14,16,20,21
29:13 30:9
33:19 36:3
37:19 38:3,6
38:10 44:12
48:10 60:18
73:16
**contents** 20:6
**context** 8:21
43:6 59:17
96:2,24 106:15
**continue** 37:12
**continues** 31:22
**contract** 78:14
78:17,22 79:6
80:13 81:1
110:18,23
**contractor** 25:22
**contractors** 82:8
**control** 29:14,17
**conversation**
5:24 6:7 15:24
30:5 37:18
66:7 69:9 86:4
94:7 96:14
**conversations**
15:19 30:3
38:2,6,10
85:24 86:3
94:9,12
**convicted** 50:2
57:14
**copies** 39:8
63:18 64:13
96:18
**copy** 21:13 37:2
54:7 59:20
66:16 71:2
87:12 88:18
109:8 111:15
111:19,24
112:4,5
**copyright** 71:4,7
**core** 9:10
**corner** 3:7 73:23

**correct** 9:15
14:8,21 15:15
36:13 50:24
93:14 110:19
110:20 111:2,3
114:6
**CORRECTION**
115:2,2
**correctly** 60:17
**counsel** 2:5,10
2:14,16,19 3:4
3:10 5:2 102:1
113:10,14
**counseled**
101:13 102:11
**country** 41:16
**County** 65:6
109:9
**couple** 19:10
96:7
**Courier** 24:22
**court** 1:1,17,21
5:23 6:12 7:9
7:10 36:13
102:7 111:14
113:24
**courthouse** 72:2
**cover** 80:21
**Crane** 87:24
88:1,21
**create** 15:13
16:10,21 17:1
29:19 33:19
47:18 48:11
73:16 99:1
**created** 26:5,7
47:6 52:12
**creating** 48:1
55:2
**creation** 99:22
**crimes** 107:16
**criminal** 107:19
**criminals** 37:13
38:19 106:5,9
106:11,20,23
107:2,16,20

108:5,9
**cult** 57:2
**cursor** 13:3,12
13:23 20:4
76:2
**cut** 56:10 75:7
**cyberbullying**
100:16,22
101:14 102:12

___

**D**

**D** 4:1
**Dakota** 45:19
51:5,21 52:9
55:7 67:3,5
74:16,23 82:15
82:16 85:5
**Dan** 40:9,14
58:4,4 107:14
107:19,20,21
**danced** 84:14
**DAPL** 78:3
83:22,23 84:5
84:10
**darker** 27:14
**data** 27:6
**date** 1:15 11:15
11:21 23:4
29:1 42:8
65:15 79:17
113:7 114:24
**dated** 76:14,18
**dates** 84:10
**David** 104:14
**Davis** 2:16 25:6
25:6,10 111:9
112:3
**day** 7:4 9:18
39:11 56:13
**decision** 18:2
**deed** 109:9,16
**Defend** 9:17,18
9:21,22
**defendant** 2:14
3:4,10 12:19
19:6 20:11,12

**Defendants** 1:7
2:19
**define** 29:18
97:10
**definition** 70:6
70:14 100:24
101:1
**Delaney** 95:1
**delivered** 87:8
87:13
**demonstration**
55:22 56:2
62:3 74:14
**denial** 69:20
**denied** 105:21
**deny** 69:18
**depends** 51:9
100:4
**DEPONENT**
114:1
**deposed** 7:15
**deposition** 1:13
5:4,17 7:9
73:21 102:18
103:10,24
112:8 113:5,12
114:4
**depositions** 5:21
**Derek** 94:23
95:5
**describe** 27:3,5
**describing** 36:12
**description** 4:8
51:8 74:17,21
75:1,10,20
79:12
**descriptions**
74:19 75:17
76:20 85:10
**despite** 72:17
**destroying**
63:16,20 64:3
**details** 41:13
77:9 109:12
**different** 8:2
10:11 33:1

48:23 50:15
51:10 55:12
70:7 102:9
**differently** 68:1
**direct** 37:13
54:14,20,22,23
55:5,14,15
56:6 96:5
**directed** 98:24
**direction** 17:3
67:8 71:14
**directive** 15:11
15:15 17:4
**director** 72:11
72:12
**directors** 72:9
**disagree** 26:14
27:11 28:5
29:8
**disclaimer** 45:6
45:11
**disclosures**
104:13
**discovered** 24:4
**discovery** 11:23
104:3
**discredit** 48:13
**discuss** 8:3
38:20 67:16,24
68:3,16 88:7
**discussing** 55:21
**discussion** 35:9
104:19
**discussions** 66:2
84:15
**disease** 92:4
**dispute** 53:19
69:21 101:23
**distance** 97:11
**DISTRICT** 1:1
1:1
**document** 13:8
74:2 83:23
**documents** 4:10
12:21 14:19
19:1,2,3 37:5

80:9 105:17
**dog** 56:21
**doing** 10:6,7
16:1 23:8,10
45:16 57:19
58:10 75:12,22
79:21 84:17
86:2 89:18
99:14 100:5
107:22
**douche** 27:18
**dozen** 53:3,10
**draw** 77:6
**drive** 69:6 88:3
**driveway** 91:19
**driving** 89:2
97:11
**drove** 28:20
86:17
**drug** 27:19
**drunkest** 27:17
**duly** 5:9
**dumbest** 27:16
**Dunsmore** 2:20

**E**

**E** 4:1
**early** 27:19
**easier** 12:7 82:3
92:19
**East** 85:15,17,20
86:2,9 87:4
**easy** 47:11
**eat** 108:24
**edited** 52:19
**efforts** 49:20
**Ehgartner** 2:20
**either** 34:11
52:7 59:5,12
59:24 60:11
62:19,21 64:17
64:23 69:18
90:23 91:18
92:8 97:7
98:21 102:6,7
105:1 106:15

**Eleanor** 41:10
**element** 101:20
**Elisa's** 58:9
**Elise** 3:12 5:18
40:9,15 60:23
102:18 103:17
104:4 105:6
108:8
**Elise's** 108:4
**Ellen** 1:3 5:18
35:20 61:6
**email** 34:20,21
92:22 93:8,9
97:23 99:15
100:6 111:20
111:24 112:4
**emails** 43:24
44:2
**empire** 24:5
**employed**
113:11,14
**employee** 25:23
113:13
**encourage** 89:16
**encouraged** 69:5
**encourages** 60:3
**ended** 25:12
89:3
**enemy** 73:4
**energy** 1:6 2:15
30:23 38:11
68:9 73:3 84:5
**engage** 60:3
96:5
**entail** 23:15
**Enterprise**
24:21
**entertainment**
45:4
**entire** 6:5 60:14
**entirety** 83:6
**entity** 12:3
19:22
**environmental**
72:10
**equate** 70:16,21

**equipment**
52:23
**ERRATA** 114:8
115:1
**errors** 74:19
**ESQUIRE** 2:2,7
2:11,16 3:1,6
**essentially** 75:20
85:11 96:13
**estimated** 26:3
**et** 1:3,6
**ETP** 74:24 84:11
84:11,16,20
85:3,4,6 86:8
87:2
**ETP/DAPL**
74:11 77:13,14
78:11
**everybody** 7:5
55:12 63:4
66:17 111:19
**evidence** 30:7,12
**exact** 23:4 37:6
40:17 41:13
86:3
**exactly** 21:21
32:4 33:16
38:8 52:1,14
53:17 56:19
59:17 61:7
62:21 63:1
75:12,22 78:7
79:21 88:13,14
91:22,24 96:23
98:5 100:11
102:23,24
109:11
**EXAMINATI...**
5:12 110:9
**examined** 5:9
**exciting** 28:2
**exclusively** 15:2
**Excuse** 56:21
**excused** 112:7
**exhibit** 4:8 8:5,7
18:23 19:4

Nicholas Johnson

26:19,20,24
36:8,15 42:9
42:11 65:12
66:16,19 82:2
89:23
**Exhibit-8** 87:19
**exhibits** 111:17
112:2
**exist** 28:8
**existed** 9:23
16:14,16 97:5
**existing** 95:14
95:18
**expense** 86:18
**expenses** 74:5
**experience**
23:15
**explain** 38:17
45:16
**explained**
100:19
**explore** 27:14
**expressed** 96:10
103:24
**extent** 23:18

————————
**F**
**F-E-L-I-X** 19:19
**face** 98:21,21
99:14,15
**Facebook** 4:12
9:22 10:3
16:10 17:6
19:22 20:8
23:17 29:15,20
29:23 30:1,4
36:5,14 39:4
44:23 45:1,23
47:1 48:6
62:24 69:8
73:13 96:6
97:2 104:18,22
**faces** 58:24
**fact** 45:11,13
103:9,10,11,12
107:5

**fair** 10:21 15:7
16:4 22:13,14
29:12 43:8
51:23,24 55:23
58:15 70:4
74:1 88:16
89:19 98:19,22
103:2
**fake** 22:21
**fall** 57:3,9,23
**familiar** 62:14
85:14
**family** 17:9,14
17:16 96:12
102:1,6
**far** 14:24 43:3
48:24 53:2,10
57:1 58:2,13
77:11 89:10
101:17,19
**fast** 34:5
**faster** 34:21
**FBI** 37:14
**February** 88:2
88:19
**federal** 107:16
**feel** 38:20 70:4
70:17 81:4
84:14 100:24
**Felix** 19:18,21
**fighting** 72:3
**figure** 47:8
88:24
**figured** 46:19
**figures** 72:8
**file** 64:20
**filed** 21:11,12,14
22:1 39:14
72:15 87:13
89:12 94:4,21
105:18,24
**filing** 5:3
**filling** 79:16
**film** 47:18
**financially**
113:15

**find** 12:16 34:14
35:14 44:19
65:9 71:2
89:19
**finding** 65:2
89:4
**fine** 6:21 23:5
34:11,12 82:5
105:1 108:21
**finish** 6:4,9 7:3
40:20
**finished** 40:22
75:6 110:7
**fireworks** 69:16
**first** 5:9 14:23
19:7 21:19,21
27:2 28:24
54:21 72:1
73:13 74:10
75:9 79:6
103:17 107:18
110:13 113:6
**five** 85:22
108:13
**flavery@laver...**
3:3
**flipped** 27:21
**Floor** 2:17
**Florida** 27:20,23
**focused** 85:12
**follow** 110:7
**followers** 96:5
**follows** 5:10
**footage** 45:18
56:1,5,9,13
69:7
**Forbush** 88:3
**foregoing** 113:4
114:4
**forget** 74:20
**Fork** 12:1,2,5
13:20 15:6,12
15:20 16:3,8,9
16:21 17:1
18:17 68:15
73:19 75:14

76:15 77:22
78:2,11 79:6
80:11 81:1,17
83:21 84:7
86:18
**form** 5:5 12:9
80:2,15 81:3
81:19 99:10,23
103:6
**forth** 113:8
**forward** 34:5
**found** 61:24
**foundation**
12:13 99:11
**four** 112:1
**Frank** 3:1 83:17
84:21 110:12
111:23
**frankly** 80:3
102:6
**friend** 8:20,22
10:23
**friends** 17:15,15
58:9,9
**friendship** 11:6
**full** 112:5
**further** 113:9,13

————————
**G**
**G** 61:13
**general** 2:16
29:2 52:24
104:16
**generally** 26:14
**Gerber** 3:6
34:22 40:19
81:8 95:16
101:16,22
103:5,11,16,21
108:15,18
110:5 111:6,16
111:17
**Gerhart** 1:3
3:12 5:18 17:9
17:12 35:20
69:6,16 89:17

91:19 103:17
104:12 105:6
**Gerhart's**
102:18 109:8
**Gerharts** 9:14
14:8,20 15:1,3
15:7 18:5
49:16 57:8
65:4 109:16
111:2
**Gerharts'** 66:4,8
**gesture** 6:13
**getting** 25:7
54:23 55:1
73:2 84:17
101:16,19
102:2
**giggle** 50:11,11
**giggling** 50:7
**gist** 34:2
**give** 33:23 42:15
78:8 87:17
**given** 15:16 17:3
95:24 109:14
114:4,6
**giving** 59:6,14
**glasses** 62:13
**go** 7:4 19:10
29:10 31:15
35:5 40:22
42:23 48:14
51:15 53:6
55:10 65:19
74:9 75:3 77:8
77:16,24 80:6
83:14 86:14
89:10,16 98:9
108:23 109:15
**goal** 17:13,19,22
17:23,24 48:4
77:4
**GoDaddy**
109:19,20,20
109:23 110:2
**Godaddy.com**
110:1

**goes** 35:24 53:2
  63:14
**going** 6:6,8 7:24
  10:18 12:8,16
  19:10 23:5,6
  26:18 27:9,11
  34:8,13,17
  46:4 47:14
  53:19 56:24
  58:6 67:15
  69:21 73:21
  79:10,15,20,22
  80:1 82:1
  83:13 88:7
  90:11,12,14
  99:8 100:14,20
  101:24 105:17
  108:13,21,21
**Goldfield** 41:10
**good** 26:12
  39:20 50:8,9
  100:13 108:18
**Google** 34:14
**Googled** 109:17
**Googling** 41:11
**government**
  57:2
**GOVERNOR'S**
  2:16
**grainy** 90:4
**Grant** 68:22,23
  69:3 89:14
**grassroots** 72:24
**gray** 91:11,13
**Green** 44:15,21
  44:22
**ground** 5:19
**group** 31:8 58:5
  64:10
**groups** 72:10
**guarantee** 59:23
**guess** 11:14 23:3
  47:12 58:24
  98:18 109:21
**guessing** 76:10
**guy** 58:5 107:14

**guys** 24:4 34:6
  71:24

**H**

**half** 74:4 79:6
  108:21,22,23
**halt** 55:3
**hand** 7:7 88:18
**hanging** 57:18
  107:9,15
**happen** 97:17,20
**happened** 16:23
  16:24 32:11
  79:14 98:21
**happening**
  17:12 48:11
  55:4
**happier** 28:2
**hard** 25:7 65:2
**harder** 75:5
**harm** 48:13
  103:4,14
**Harrisburg** 2:12
  2:17 3:2
**hatchback** 91:11
**head** 6:13 13:4
**hear** 30:17 41:24
  46:2,7 47:9
  49:6,13 87:11
  110:18
**heard** 31:7,12
  31:19 80:2
  84:23,24 85:1
**held** 35:9 46:11
**helped** 91:22
**helpful** 76:5
**helping** 23:16
**helps** 33:17
**hey** 71:24 96:11
**higher** 28:20
**highlight** 40:7
  48:21 82:4
**highlighted**
  13:15 27:7
  33:2 37:9 82:3
**highlighting**

45:2
**hired** 15:21
  81:17
**history** 57:15
**hold** 33:2 46:4
  46:13 76:2
**home** 40:5 69:6
  87:8,14 89:3
**HomeSnacks**
  26:8 27:3,19
  28:7 45:6
**honest** 52:1
**honestly** 33:22
  75:11 77:15,15
  88:12
**hoped** 18:17,19
**host** 41:10
**hour** 33:14 34:3
  35:12,19,21
  63:23 108:21
  108:22,22,23
**house** 25:21
  88:11
**HULL** 2:11
  111:8,21
**hundred** 67:15
**Huntingdon**
  65:5 109:9

**I**

**idea** 48:1 56:18
  91:4 109:1
**identification**
  8:7 19:4 26:24
  36:15 42:11
  65:12 66:19
  87:19 89:23
**identified** 82:2
**identify** 25:5
**II** 85:15,20 86:2
  86:9 87:4
**illegal** 45:19
**image** 61:16
  62:14 63:8
  65:21 66:21,24
  91:6

**images** 60:22
  65:22 91:3
**Imagine** 5:21
**impact** 66:3
**important** 6:3,8
  6:14 75:19
  103:1
**impression**
  50:17
**inaccurate**
  77:14 83:10
**inarticulate**
  109:13
**inauguration**
  56:13
**incident** 55:2
**include** 14:24
  15:1 17:8
**included** 37:5
**includes** 9:13
  18:23
**including** 49:23
  57:12 58:11
  85:7
**incorrect** 75:2
**increase** 66:9
**independent**
  25:21
**individual** 50:20
  89:1,5
**individuals** 50:1
  57:13 58:8
  95:20
**Indy** 24:2
**infer** 51:9,12,13
**information**
  17:5,9,23
  31:11 33:19
  35:7 48:4
  54:11 57:7
  66:7 72:3 78:8
  92:7,9 93:5
  95:19 109:17
**infotainment**
  27:15
**infrastructure**

73:3
**initial** 104:13
**Instagram** 97:3
  97:5
**instance** 95:8
**instructions**
  7:13
**interaction**
  98:19
**Intercept** 71:1
  71:16
**Intercept's** 53:7
**interested**
  113:15
**Internet** 9:23
  14:20 15:6
  37:20 40:1
  54:1
**interrogatories**
  18:24 19:8
**interrogatory**
  20:20 22:2
**interview** 40:9
  41:2,4 62:22
**interviewed**
  50:5 64:17
**interviews** 48:9
  57:20 107:22
**intimidating**
  53:3,10,13,14
**introduced**
  10:23
**invoice** 74:18
  75:17 76:14,18
  77:12,24 78:3
  78:10,13,20
  79:5,22 83:15
  85:8,13
**invoices** 77:2
  79:10,16 80:11
  80:21 83:13
  84:18 85:3,7,9
**involved** 47:22
  54:24 55:1
  59:7,10 62:17
  69:23 85:5

87:3 92:1
**involvement**
44:22 57:8
**involves** 64:19
**Iowa** 9:17,18,21
9:22 57:2,22
**item** 74:17,19
75:1,9,16
76:19

**J**

**J** 56:13,16 61:12
**J20** 56:9
**James** 95:10
**January** 1:10
19:14 114:5
**Jess** 25:9
**Jessica** 2:16 25:6
57:12,21 58:2
58:13 112:3
**jessicdavi@pa...**
2:18
**job** 73:1
**jobs** 73:2
**Johnson** 1:13
3:10 4:3 5:8,15
13:24 14:10
19:15,15 27:24
43:23 44:12
82:9 83:2 90:1
113:6 114:3
**Johnson's** 12:19
19:6
**join** 48:17 49:8
**joining** 25:5
**jordan-cove-o...**
66:15
**Joseph** 2:20
**jump** 6:8 23:6,6
**jumping** 7:24
**jumps** 84:7
**June** 74:5,10,13
74:23 75:11
76:10,21,23,24
**juxtapose** 56:5

**K**

**K-N-A-U-S**
30:18
**K-U-R-T** 30:18
**Kandice** 2:11
111:21
**KAPLAN** 1:20
**Kari** 91:5 92:3
**keep** 90:14
107:6
**khull@mcnee...**
2:13
**kids** 100:18
101:7
**Kim** 87:24 88:1
88:5,21 89:2
**kind** 9:5 10:6
13:14 17:5,20
23:9 25:15
34:1 62:3
84:14
**Kira** 31:24
32:23 33:3
**Knaus** 30:16,18
**knew** 85:23 92:2
93:19,21,22,22
**know** 5:16,19
6:18,20,22 8:3
8:9,13,15,17
9:10,17,18,21
10:7 11:2,5,24
14:24 19:21
21:1,2 22:7
23:24 29:24
30:19 31:9
32:6,18 34:4,7
37:2,6 38:22
40:18 41:19
43:4,6 46:5,9
46:10,16 48:24
50:13 51:11
52:1 53:13,16
53:23 55:8,13
56:1,16,19
58:2,13 59:21
60:15,17,20,21

60:24 62:7,11
63:11 65:21
67:4,4,18
72:22 75:24
76:5 78:22,24
79:3,3 81:6,20
81:23 83:19
84:21 85:18,19
86:12,13,23
87:2 88:14
91:6,14,17,20
92:2,12 93:9
93:13,21 94:4
94:23,24 95:1
95:3,4,10,13
95:14 97:5
98:2,8,10
99:20 100:9,18
100:21 101:4
101:23 102:7
102:16 103:8
104:17,21,24
105:1,4 106:19
107:7,11,13,21
108:2 109:13
109:22,23
110:21
**knowledge** 67:5
**known** 37:13
38:19 107:7
**knows** 95:4
**Kurt** 10:24 11:2
11:3,11 12:3
15:19 16:3
18:16 30:16,18
38:3 73:20
78:21,22 79:7
86:1 94:15
**kyoung4press....**
31:22

**L**

**lack** 32:11 99:4
**large** 63:17,21
64:3
**laughing** 50:8

**launched** 27:13
**Lavery** 3:1,1 4:5
12:8 25:4,9
26:18,21 36:7
36:10 46:15
52:5 80:1,15
81:3,19 83:14
83:19 99:9,16
110:6,11,12
111:23,24
**law** 2:6 3:1,6
107:10
**lawsuit** 7:10,20
21:10,12,13,24
39:14
**lawyer** 6:2 37:5
64:21 94:10,13
96:21
**leading** 99:7
**LEAMAN** 1:20
**learn** 103:17
**learned** 28:13,19
**leave** 82:5
**left** 66:24
**leftist** 57:2
**legal** 67:12
**legally** 67:10
72:17
**Let's** 23:13 34:9
**Libertarian**
44:15,21,22
**liberty** 9:16
38:20
**life** 31:13,20
**likewise** 6:5,11
**Linda** 1:16
71:22 111:16
111:23 113:3
113:23
**line** 39:15 61:12
74:4,10 76:1
84:9 115:2
**lines** 45:2
**link** 34:20 37:14
45:20 46:20
71:17

**launched** 27:13

**linked** 62:19,23
**links** 25:17
37:12
**list** 20:6
**listen** 63:22
**listened** 50:6
**little** 8:1 23:7,7
23:14 48:14
50:6,15 56:11
75:5 80:6 84:7
84:15 87:17
92:19 101:17
**live** 32:23 33:3
75:7 93:15
97:8
**lived** 24:12
93:22,23
**living** 8:18 11:3
18:9,10 25:18
88:2
**LLC** 2:2,11
13:20
**local** 66:3,9
**located** 45:20
**Logistics** 38:12
68:11
**long** 24:11 29:9
34:8 90:6
104:24
**look** 34:19 35:13
38:14 48:11
59:22 90:7
104:7
**looked** 61:10
63:5 75:13
**looking** 20:16
22:2,19 48:19
71:17 86:17,21
106:21
**looks** 24:2
**lot** 10:18 41:12
49:21,24 58:7
64:14 69:22
77:9 79:9 98:3
98:4,6,16
100:6,7,12

Nicholas Johnson

107:21 108:12
**lots** 70:24
**loud** 68:18
**Louisiana** 72:1
72:4,7,14
73:13 74:5,8,9
86:14
**Louisiana's** 73:4
**LP** 1:6 2:15
**lsphlanticap.n...**
31:18
**Ludwigs** 3:7
**lunch** 108:11
**Lyme** 92:4

**M**

**M** 69:16
**M-O-N-I-K-E...**
19:19
**Magazine** 23:22
42:3
**main** 31:23 36:1
96:14
**making** 31:14
72:8
**managed** 10:3
45:14 104:23
**Marcellusdrill...**
31:1
**Marcellusshal...**
31:3
**Mariner** 85:14
85:17,20 86:2
86:9 87:4
**mark** 8:5 18:22
26:18 35:19,21
42:9 43:3
73:22 89:21
**marked** 4:8 8:6
19:4 26:23
36:14 42:10
65:12 66:18
73:18,20 87:19
89:21,23
**Market** 2:3,17
3:2

**Markos** 2:2 4:4
5:14 8:8 19:5
25:11 26:20,22
27:1 35:1,11
36:9,11,16
40:21 41:1
42:12 46:19
47:17 51:17
52:6 55:19
65:13 66:20
71:22 73:5
77:21 80:4,16
81:13,21 83:17
83:20 87:20
95:17 99:12,24
100:1 101:19
102:10 103:8
103:13,19
104:1 108:16
109:1,7 111:7
111:11,19
**Marks** 95:10
**mask** 60:24
62:13
**match** 75:17
76:20 77:3
79:23
**McNEES** 2:11
**mean** 34:2,4,19
40:23 43:12
46:10 52:2
54:22,24 55:11
67:20 70:14
75:7 76:22
92:10 93:22
100:7 103:6
**means** 54:23
70:12 81:7
98:13,16 102:4
**media** 9:8 17:15
17:16 23:8,11
31:5,7 47:3
48:9 49:18,22
58:20 92:6,8
95:15,18 99:14
99:18,21,22

102:22 103:4
103:15 111:1
**meet** 98:24
99:14 100:5
**meeting** 67:3
**member** 107:24
**members** 35:22
37:12
**memo** 76:1
**memory** 6:17
**mentioned** 10:4
45:8,10,12
107:21
**mentioning**
107:6
**Merriweather**
10:24 11:2,11
12:3 15:19
18:16 38:3
79:8 86:1
94:16
**Merriweather's**
73:21
**messaged** 96:8
**messages** 96:6
**messaging** 96:16
**met** 8:18,22 11:3
11:13 84:19
110:14
**Michael** 2:20
**microphone**
46:6
**middle** 1:1 82:7
**mind** 101:20
107:5,17
**mini** 112:4
**minor** 102:11
**minute** 35:19,21
63:23 77:16
**minutes** 33:14
34:1,9 35:13
108:13
**mom** 23:17
50:10
**Momentive** 78:3
78:6

**money** 15:5 73:1
**Moniker** 19:19
19:19,21
**month** 23:4
74:21 75:23
77:5,12 79:11
79:21,21
109:18
**months** 79:24
80:23 85:11
**Montoya** 57:13
**Mountain** 88:3
**move** 6:22 86:18
101:17
**moved** 88:14
**Movoto** 25:13
25:15,19,22
26:4
**Movoto's** 25:17

**N**

**N** 2:7 4:1
**name** 13:23
22:21,22,24
30:17 31:14
40:17 58:6
72:4 84:21,23
85:1 110:12
**named** 30:16
58:5 94:23
95:1
**Nate** 19:15,15
42:21 68:21
69:5
**nature** 27:4
**NDA** 67:13,18
68:2,8
**NDAs** 67:17
**near** 63:4 69:16
97:8,10
**need** 6:24 7:2
11:20 13:21
43:5,8 46:3
50:9 65:3
77:18 88:17
90:9 108:24

109:2
**needs** 73:3
**negative** 27:17
28:1,14,19
**neighbors** 96:8
**neither** 58:2
113:10
**nephew** 101:14
**nephews** 101:8
**netted** 27:20
**never** 31:7,12,19
44:12 58:14
84:15,19,23,24
85:1 95:7
**new** 27:13 72:3
72:6 73:2
105:19
**newer** 43:2
**news** 45:18
**Nicholas** 1:13
4:3 5:8 12:19
19:6 113:6
114:3
**Nick** 3:10 13:24
14:10 34:24
36:17 43:22,23
44:12 46:21
47:18 66:22
73:23 78:2
81:9 103:21
108:19 110:12
111:11
**nickname** 95:12
**niece** 101:13
**nieces** 101:8
**Niko** 19:15,16
22:20 44:6
**nine** 27:24
**NJ** 13:2,8,11
**nod** 6:13
**nodding** 13:3
**noise** 46:17
69:15
**norm** 99:20
**normal** 6:6 99:3
99:13

normally 37:22
North 8:18 11:3
  18:10 40:3
  45:19 51:5,21
  52:9 55:7 67:3
  67:5 74:22
  82:15,15 97:9
Notary 113:24
note 83:15
noted 114:8
number 12:23
  19:11,13 20:3
  20:21 22:3,19
  36:8 76:19
  83:16 85:2
  93:10
NURICK 2:11

**O**

oath 7:8
object 12:9 80:1
  80:15 81:3,19
  99:9 103:5
objection 6:2
  52:5 81:9
  99:16,23,23
objections 5:5
  12:20 19:7
  81:6
obtain 21:13
  109:8
obviously 28:4
  47:22
odd 85:10
office 2:16 72:15
  82:14,15,20
  83:3
offices 82:10
Oh 84:2 107:3
oil 57:3,9,23
okay 9:9,13,17
  9:24 10:4,23
  11:16,19 13:2
  13:10,22 15:18
  16:3,7,19,20
  17:3,8,19 18:2

18:16,21 19:24
20:19 21:23
22:9,12,15
23:20 24:2,23
25:3,10 29:19
29:22 30:8
31:23 33:2,18
34:19 35:8
36:4 37:2,8
38:14,22 39:23
40:18 41:17,21
42:2,23,24
43:22 44:6,10
44:15 46:4
47:11 48:15
49:11,15 50:21
53:2,23 54:10
56:1,20 60:6
61:2,9,16
62:16 63:4,24
64:22 65:10,17
67:8 68:8,17
68:20 70:8
75:5,24 76:4,8
76:9,14 80:7
82:6,18,22
83:11 84:4,21
87:6 88:16
89:5 90:14,14
90:15,15,15
91:21 93:5
95:7,10 96:4
96:22 98:18,23
99:24 101:8
102:20,24
104:2 105:16
106:21 107:3
108:15,19
109:4 110:21
ones 51:4,20
  52:8
ongoing 74:14
online 18:6
  41:18,20 97:18
  97:22 98:1,2,3
  98:8,12,13,16

98:17
operating 99:3
opinion 43:15
  54:24 55:13,15
  55:17 87:5
opinioned
  43:14
opportunity
  42:15 90:7
opposed 51:13
  99:15
opposition 65:4
  66:4,8
Oral 1:13
order 36:13
organization
  72:11,13
organize 72:23
organizer 72:24
original 59:19
  87:7,12 92:14
  105:9
originally 98:10
outside 102:2
overbroad 99:19
overlay 70:23
overlooked
  79:18 85:11
overthrowing
  63:15,19
overturn 64:1

**P**

p.m 112:8
PA 4:14 16:12
  16:21 17:1,4,8
  18:3,8,18 20:7
  22:4,10 29:13
  29:19,23 30:4
  30:9,21,23
  32:8 33:20
  35:8,15 36:2
  36:21 37:22
  38:6,10 39:2
  39:15 43:2
  44:20 52:16

64:24 65:3,11
69:3 70:20
71:19 73:8
90:21 95:20
96:5 97:2,14
98:20 104:9,17
105:6 108:3,7
packet 4:10 19:3
page 4:2,12 9:22
  10:3 16:10
  17:2,6,17,24
  18:1,23 20:8
  27:21 28:24
  29:15,20,23
  31:15,23 32:9
  36:5,14,17
  39:4,11 44:23
  45:1,23 47:1
  48:6,22,23
  59:11,13,24
  60:9 61:1,15
  62:24 65:20
  66:17 69:8
  71:16 73:13,16
  96:8,11,14,17
  104:18,23
  106:8,9,13,19
  107:22 112:1
  115:2
pages 19:11
  23:17 62:18
  90:6
paid 12:5,12,13
  15:5 16:7 17:1
  66:12 72:10,20
  72:22,24 76:21
  77:5 80:24
  84:17 85:21
paper 84:8 99:4
  112:5
paperwork
  72:16
paragraph
  47:13 71:17
  105:13,19
paragraphs

68:17
Park 24:21
part 44:20 57:8
  63:7 74:24
  82:22 104:13
  105:21,22
  106:19
particular 37:3
  50:5 56:5
  67:14
parties 5:2
  113:11
partner 88:1
Partners 1:6
  2:15 12:2,2,5
  13:20 15:6,12
  15:20 16:3,8
  16:21 18:17
  38:12 68:9,15
  80:11 81:1
  84:5
parts 36:1
Paste 23:22 42:2
pastemagazin...
  29:4
patient 10:20
pattern 100:8
pay 76:20
paycheck 11:24
paychecks 12:10
payee 14:13
payment 14:6
  75:13
payments 14:19
  14:23
payor 14:11
PC 2:6
PDF 18:21,23
pending 7:2
Pennsylvania
  1:1,23 2:3,8,12
  2:17 3:2,8
  18:14 48:12
  54:21 55:6,16
  56:6 110:24
people 10:8

Nicholas Johnson

23:16 39:5
49:19,21,23
50:2,4 51:3,20
52:2,3,4 54:19
55:7,21 57:10
57:12,17,20
58:10 59:6,15
60:3,6 64:16
64:19 69:22
73:2 89:16
96:7,13,16
99:21 107:7,9
107:11,15,16
**people's** 92:1
**perceived**
102:21
**percent** 67:15
**performed**
28:14
**performing**
45:18 80:13,24
**period** 24:23
25:24 80:10,12
80:21,23
**person** 5:22
51:11,13 84:20
97:18 98:7,24
100:6,13
**personal** 54:24
88:9
**personally** 8:15
61:23 96:4
**Peter** 68:15
**Philadelphia**
1:23 2:3
**Philly** 31:15
**PHL** 31:11
**phone** 25:5
34:15 46:5,11
93:10 97:20
98:7,12,21
99:1,15 100:12
**photo** 40:9
67:14,20 92:20
95:24
**photograph** 4:9

8:6
**photos** 92:11,14
**phrase** 70:7
**phrasing** 81:11
**picking** 46:6
**Pickup** 91:15
**picture** 8:9 61:5
92:21
**pictured** 57:11
57:18 58:4
**piecemeal** 48:15
**Pike** 3:7
**pin** 79:20
**Pine** 2:12 4:17
17:10 18:5
32:10,23 33:4
35:22 37:13
38:18 48:5
49:20 52:4
53:5,12,14
57:17 58:8,14
59:5,11,13,14
59:24 60:1,11
60:18,22 61:4
61:15,18 62:4
62:5,6,17,20
63:2 64:11,15
64:17,19,20
89:22 90:2,20
105:6 108:1
**Pine's** 62:17
**pipeline** 30:21
38:12 57:12
58:3 65:5 66:4
66:8,12 68:13
72:6 74:6,15
85:5,15,20
86:19,20,24
87:3,4 107:7
**pipelines** 49:23
50:1,3 57:3,9
57:15,16,23
58:11 63:16,20
64:2 72:4,9,21
**place** 71:1 113:7
**plaintiff** 1:4,14

2:5,10 7:21
8:20
**plaintiff's** 12:20
19:7
**planning** 54:19
**play** 34:13,15
46:5,21 47:14
71:20
**played** 46:11
73:7,10
**Playing** 47:16
51:16 55:18
71:21
**please** 83:15
111:17
**pleased** 37:11
**podcast** 33:15
35:16 63:23,24
64:4,9,13,18
**point** 18:1 21:6
25:12 28:18
32:6 33:11
39:21 77:5
80:3,12 88:19
92:16
**points** 7:5
**police** 55:1,2
**political** 43:12
**poor** 72:5,21
**pops** 23:17
**portrays** 55:21
**position** 60:2
**positive** 28:15
28:20
**possibility** 96:10
**possibly** 39:1
**post** 27:19 32:22
33:6 36:24
37:3,16,19
38:15 39:2
44:20 59:3,4
59:19 60:2,6,8
60:8 64:23,23
65:6,14,16,22
65:24 66:3
69:7 90:19,20

96:1 104:19,20
**posted** 38:10
46:24 47:3
49:24 52:16
53:21 59:10,13
60:1,8 61:4,14
62:20 64:15,16
73:12 92:5
**poster** 61:12
**posting** 17:23
27:2 48:8
60:11 63:8,15
66:7 96:12
**postings** 63:18
**posts** 4:14 22:23
27:16 30:11,14
35:16 43:2
50:5 64:10,13
65:11 97:14
**Pottstown** 3:7
**Power** 41:3
**prearrangement**
16:14,16
**precise** 11:22
**presence** 97:3
**present** 3:11
5:20 102:17
**President** 63:15
63:19 64:2
**presumptive**
99:7
**pretty** 16:2 28:6
40:23 94:6
108:17
**previous** 30:14
32:14 85:10
**previously** 77:2
**primarily** 23:16
23:18 25:16
36:1 98:6
**print** 92:21
**prior** 23:13
**Prius** 91:13
**probably** 7:24
25:1 34:4,19
55:12 61:1

65:1 77:8
86:10 97:24
103:23 107:4
**problem** 7:1
26:22 46:20
**procedure** 99:3
99:13
**produce** 15:6
**production**
12:21 14:18
19:1
**professional** 3:7
11:8
**Professionally**
11:5
**profile** 92:6,8
**program** 40:15
41:8,15
**progress** 4:14
16:12,21 17:2
17:4,8 18:3,9
18:18 20:7
22:4,10 29:13
29:19,23 30:4
30:9 32:8
33:20 35:8,16
36:2,22 37:22
38:6,11 39:2
39:15 43:2
44:20 52:16
55:3 64:24
65:4,11 69:3
70:20 71:19
73:8 90:21
95:21 96:5
97:2,14 98:20
104:9,17 105:6
108:3,7 110:24
**project** 9:7,8,9
10:2,4,8,9,15
16:4 84:5
**promise** 110:3
**promised** 69:7
**proof** 4:16 72:9
87:18,21
**property** 17:12

54:19 69:16
89:17 109:9
**proposal** 16:4
**propounded**
114:7
**protect** 59:7
60:7
**protest** 17:12
56:14 59:9,16
62:2 72:23
**protesting** 86:20
**protestor** 59:8
**protestors** 86:17
86:20
**protests** 56:9
74:14
**provided** 11:23
95:19 104:3
**pseudonym**
43:23
**psychopath**
32:15,17 50:7
63:23
**psychopaths**
31:24
**public** 18:4,6
92:7,9 109:17
113:24
**publication**
24:17,19
**publications**
24:19
**publicize** 17:17
108:4,8
**published** 60:9
62:24
**pull** 59:3
**purpose** 54:18
108:3,7
**purposes** 18:22
45:4
**pursuant** 80:13
81:1 84:18
**put** 44:2 53:24
54:2 70:5
74:18

**putting** 46:20

**Q**

**qualify** 98:13,15
**question** 5:6 6:5
6:18,20 7:2,2
12:9 13:6
16:17 17:21
20:3,14,16,17
23:9 27:10
28:17 29:2,11
29:14,16,18
31:8 33:17
34:10 35:14
38:15 43:3
50:15 53:12
55:9,14 56:17
58:13 60:16,21
68:1 69:23
70:2,17 72:19
80:2,3,17,19
81:12,24 87:10
88:10 92:19
98:11 99:7,10
99:13 100:2,20
101:10,11,12
103:1,16,20,22
104:16 108:6
109:13
**questions** 6:4
7:13,14 10:11
70:3 89:14
90:8 111:8,10
111:13 114:7
**quick** 78:1
**quote** 56:6

**R**

**radio** 50:7 63:23
64:18
**RAIDERS** 2:6,7
**raised** 7:7
**range** 26:3
**rankings** 27:5
**re-watch** 33:23
60:14

**read** 13:14,19,21
23:21 27:9
28:5,13 29:9
36:18 38:16,16
42:15,18,22
43:1 51:9
64:22 65:16,18
68:18,20 76:1
76:3,7 82:2,3,6
90:4,5 94:5
105:15,16
106:1,3 107:8
114:4
**reading** 2:8 43:6
65:17 90:12
106:6
**ready** 42:16,20
**real** 78:1
**really** 13:5 29:10
70:17 81:10
100:7
**reason** 85:6 93:3
98:23 115:2
**recall** 10:17,18
11:13 21:9,16
22:24 23:4
28:12 29:3
30:3 32:3
33:18,21 35:7
36:24 37:15
38:4 39:3,6,17
39:23 40:12
41:18,21 42:1
47:24 56:4,8
56:12 57:10
61:3,5,7,20
63:1 65:1,6,21
65:24 66:1,2,6
69:8,17 74:1
74:13 75:15
85:24 86:11
87:16 95:9,22
96:9,23 102:20
103:4 106:16
109:11
**received** 76:24

103:3,18
**recess** 77:19
109:5
**recipient** 103:14
**recited** 50:20
**Recknagel** 84:22
**recognize** 35:13
75:6 77:10
84:9
**recollection**
26:12 57:6
87:6
**record** 18:22
27:10 35:5,10
46:18 61:10
**records** 99:1
**recruit** 54:13
**recruited** 52:3
**recruiting** 48:16
49:7,17 50:18
50:22
**redundant** 5:21
**reference** 83:22
85:3
**referenced**
23:23 85:7
**references** 13:2
13:7 63:19
84:10,11 86:19
**referring** 23:24
42:2
**refers** 20:12
83:23
**reflect** 46:18
49:11
**reflected** 12:6
14:19 27:10
**reflects** 29:1
**regards** 67:19
**regional** 27:15
**relate** 15:23
**related** 28:19
113:10
**relates** 68:23
**relating** 14:8
15:3

**relationship**
11:9 79:3
**relative** 113:13
**relevant** 93:4
101:9,10
**remember** 10:22
11:7 15:4,17
15:18 17:7
18:7,20 21:15
21:21 22:8,13
26:9,14,16
28:18 29:17,21
30:5 32:4 33:8
33:13,16 34:12
35:15 37:1,21
38:8 39:5,19
39:20 40:6,14
40:16 41:4,6,9
41:10,13,14
44:1,24 45:3
47:2,5,6,21
51:2 53:1
54:16 58:6
59:16,21 62:20
66:10 69:4,12
69:12,14,19
71:12,15 75:11
75:12 77:9,15
78:7 86:3
87:15 88:4,12
89:18 90:22
91:1,4,12,22
91:23,24 92:13
92:17,18,23
94:14,19 96:1
96:3,16,24
97:21 98:5,6
100:11,12
102:16,23
104:21,23
105:4,8 106:12
108:10
**remembering**
39:13
**remembers**
73:20

**REMOTE** 2:1
removed 45:21
repeat 10:12
  17:13,17 18:3
  48:6,10 49:3
  56:10
rephrasing 6:21
**Report** 20:1,23
  43:16 44:13
reporter 1:17
  5:23 6:12
  24:14,16,24
  36:13 111:14
  113:24
**REPORTERS**
  1:21
reporting 71:3
  72:1
represent 29:22
  44:18 49:1,4
  71:3 110:13
representation
  51:19 75:22
request 12:20,23
  14:18 19:1
reread 43:5
reserved 5:6
respect 98:20
  110:22 111:2
respective 5:2
response 12:24
  13:2,7 14:6,18
  19:14,16 20:10
responses 6:4,15
  12:20 18:24
  19:7
rest 77:17
**Review** 30:21
reviewed 104:2
revolution 50:10
**Ricciardi** 1:16
  113:3,23
**Rice** 8:12,13,15
  20:11,24 22:3
  22:7,17 37:24
  66:24 82:9,23

82:23 83:3
91:23 93:1
95:4 97:8
98:20
**Rich** 2:7 108:14
**rich@raidersl...**
  2:9
**right** 8:15,24
  12:3 16:11
  18:11 20:1
  21:10 24:7,12
  27:24 28:22
  31:14 32:16,17
  34:17 36:18
  42:19 45:15
  52:12 53:8,20
  53:21 54:11
  58:17 61:6
  63:9 65:17
  66:21 71:19
  74:7 76:1,12
  77:17 85:15
  88:13 91:13
  96:23 97:15
  102:18 106:23
**rise** 65:6
**Riverside** 24:21
**road** 89:4
**RoadSnacks**
  26:8 27:3,14
  27:22 28:7
  45:7
**Robert** 8:12,13
  8:15,17,18,22
  8:23 9:3,6,7
  10:2,5,9,15,24
  20:11,24 22:3
  22:7,16 37:24
  66:24 82:23
  91:23 92:24
  95:4,24 97:8
  98:20
**Rock** 51:5,21
  52:8 61:22
  62:8
**roles** 92:1

room 56:23
  77:17
**Rosenic** 57:13
**Rouge** 72:2
**Ruby** 57:13,21
  58:3,14
rules 5:19
run 12:3
running 32:9
  107:14
rural 48:12
**Russia** 41:12,13
  41:16 105:5
**Russian** 40:10
  40:13 41:8,22

——————
**S**
——————
sabotage 50:1
  57:12
sabotaged 49:23
sabotagers
  107:8
sabotaging 50:3
  57:15 58:11
  63:16,20 64:2
**San** 24:20
saw 32:3,4,6,13
  41:22 89:7
  92:18
saying 17:14,16
  17:18 43:20
  49:14 60:5
  68:24 69:17,19
  77:10 80:22
  106:18,19,20
says 9:17 12:19
  20:6 22:4
  36:21 37:11
  49:5,12 51:19
  58:21 59:1
  61:12 67:2
  68:21,21,22
  69:5 73:12
  74:4,10 76:3,5
  76:12 77:12
  78:11,13 79:6

79:13,22 84:11
  92:3 96:17
  105:21 106:22
scope 80:5 102:2
screen 12:17
  20:16,18,20
  30:10,13 36:4
  37:4,6 77:23
  87:23
screenshot 104:9
screenshots
  64:14
screenshotted
  96:20
screenshotting
  37:16 97:1
script 54:6,7,13
  54:14
scripts 50:19
scroll 42:16 43:9
  90:8,9,11
scrolled 42:13
scrolling 13:11
sealing 5:3
second 37:15
  38:14 46:4,14
  47:13 58:16
  65:8 69:2
  71:18 74:4
  87:17 91:15
  105:12
seconds 46:22
  56:21 61:17
secretary 72:14
section 44:11
see 6:11,12
  12:16,21,23
  13:7,9,12 14:2
  14:10 19:6,11
  19:16 20:3,10
  24:5 27:7
  31:16 33:4,9
  34:5,9,10 35:2
  36:5 37:8 40:7
  40:11 41:2
  42:4,6 44:15

45:4 46:8
  48:18,23 49:9
  49:10 51:5,6
  53:5 58:16,22
  58:24 59:19
  66:12 73:13
  74:11 76:16
  78:4,10,12,14
  82:10 83:1
  83:21,22 84:3
  84:11 87:21,22
  89:7 90:2,3
  92:20,21
  104:10,14,19
  105:9,11,13,18
  105:20,20
  106:6
seeing 33:8
  37:15 106:14
seen 21:5 24:9
  26:10 31:24
  32:2,19 33:6
  34:6 41:19
  48:7 57:18
  82:19 89:5
  95:7 105:2
segment 62:3
send 34:17,18,23
  34:24 36:12
sending 96:14
sense 7:12 22:15
  34:3,23 80:5
sent 37:5
sentence 43:22
  51:3,10,12
  56:24 58:19
  82:7 83:2
separate 52:23
  56:16
separated 88:5
**September** 42:8
  87:8,13
series 27:16
served 89:11
service 4:16
  87:18,21

Nicholas Johnson

services 76:10
sessions 102:17
set 12:13 19:8
  29:20 113:8
setting 69:15
seven 10:19
  54:16
shared 64:23
  104:19
Sharee 72:5,15
shares 104:18
sharing 36:4
sheet 4:17 89:23
  90:2,19,21,24
  92:3,3 114:10
  115:1
shit 73:1
shoot 52:21
short 77:19
  109:5
shot 36:4 37:7
shotted 30:10,14
  37:4
show 12:6,11
  31:21 37:12
showing 32:14
  33:1 73:18
  104:8
shown 71:6
shows 58:22
SIANA 3:6
sick 43:2
side 27:14
SIGNATURE
  114:14
similar 72:13
  96:17
simply 58:13
  99:17
single 84:20
sir 12:22 16:13
  20:13 21:8
  28:9,11 35:17
  40:14 42:1
  44:14 45:14
  52:18 55:24

57:5 58:23
61:3,7 62:1
63:6 64:5
66:23 67:1,14
67:21 70:15,24
73:9,24 74:9
75:16 80:8
81:16 83:8
90:3 91:2
94:22 97:16
105:23 110:15
111:4
sister 72:11
sit 29:10 34:7,14
  35:3 53:4,11
site 27:22
Sitting 106:16
six 10:19 72:8
  85:22
slant 43:12
small 23:17
smashing 50:9
  63:8,12
Smitherman
  91:6 92:4
social 9:8 17:15
  17:16 23:8,10
  47:3 48:8
  49:18,22 58:20
  92:6,8 95:15
  95:18 99:14,17
  99:21,22
  102:22 103:4
  103:15 111:1
somebody 6:7
  30:16 54:2
  59:9,14,24
  61:6,11 62:13
  62:22 63:8
  75:6 100:5,8
  102:11 104:18
  110:4
Somewhat 85:16
soon 108:17
sorry 13:11
  17:21 20:15

24:18 25:9
41:24 43:7
48:23 49:13
55:10 68:22
70:9 75:3
76:15 87:11
90:20 105:7
sort 55:22 56:18
sorts 99:21
sound 5:21
  52:23 83:9
  88:13
soundcloud.co...
  45:24
Sounds 108:18
South 1:22
  74:15 82:16
Sparrow 91:9
speak 9:16 48:18
  49:9 51:11
  52:13 53:18
  69:2 94:4
speaking 5:22
specific 32:22
  33:6 35:7 38:3
  38:5,9 91:5
specifically
  12:10 32:21
  49:17 50:17
  70:21 107:12
  110:1
specifics 26:16
speculate 58:7
speculating
  22:18
Spider 95:12
spirit 103:2,6
spoke 84:19
spoken 52:15
  94:1
spot 70:5 101:2
Springs 3:8
stamp 13:8
  73:19 104:12
Standing 51:5
  51:21 52:8

61:22 62:8
stands 99:17
start 50:9 78:1
  101:24
started 27:2
  107:18
stash 44:19
state 27:17,20
  45:19 54:20
  55:16 72:14
  73:2 101:20
stated 106:4,8,9
statement 15:8
  16:5 28:3,13
  51:21 52:10
  58:15 82:12,13
  82:22 83:1,5,5
  107:1
statements
  27:12 64:8
states 1:1 42:21
Stay 61:2
Stewart 68:22
  68:23 69:3,5
  89:15
stipulated 5:1
stoned 27:18
stop 42:19 72:6
  72:8,21 73:1
stopping 55:1
store 89:3
story 43:3 62:23
strategizing
  25:16
Street 1:22 2:3,7
  2:12,17 3:2
stuff 28:1,2
  30:10,13 44:19
  50:13 64:12,21
  79:12 88:17
  92:7,10 97:1
subjects 29:5
submission
  105:10
submitted 31:10
submitting

80:11
successfully 59:7
sued 5:18 7:18
suggesting 69:14
  69:15
Suite 1:22 2:3
  3:7
Sun 24:20
Sunoco 38:12,12
  68:11,13
support 35:23
  35:23 49:20
  50:1 57:20
supported 49:22
supporters 53:3
  53:11,14 57:1
  57:7
suppose 30:6
  76:11
sure 7:5,11
  10:13 11:21
  31:14 36:9
  37:8 44:5
  53:22 61:9
  65:19 67:13,15
  78:24 89:20
  97:12 107:13
  110:21 111:17
surmising 43:18
surprise 87:2
suspects 37:14
SVCS 76:12
switch 105:17
swore 7:8
sworn 5:9 113:6

**T**
take 5:16 6:13
  6:24 7:3,6 30:6
  34:1,8,9 35:5
  38:14 39:15,22
  39:24 48:4
  51:1 62:1,11
  77:16 79:11,13
  98:14 108:11
  108:13 109:3

**taken** 1:14 29:24
  59:4,9,12 67:2
  77:20 92:7
  109:6 113:12
**talk** 35:22 67:7,9
  94:15,18
  108:13 110:4
**talked** 29:12
  42:3 44:2 63:7
  70:20 93:12
**talking** 10:8,13
  13:6 16:11
  32:16 48:8,9
  50:10 52:3
  63:18 85:9
  95:7 102:5
  110:22
**talks** 35:20
**tasked** 15:11
**taxes** 65:5 66:3,9
**television** 40:10
  40:13 41:8,17
**tell** 6:19,20
  16:24 18:17
  23:7,21 26:13
  28:4 29:6 33:2
  35:6,18 39:12
  42:15,19 43:8
  51:18 54:4
  76:4 78:6 85:2
  90:9,10,12
  100:21 101:5
  105:15 106:1
**telling** 59:6
  72:17
**ten** 27:24 34:1,9
  46:22 56:21
**term** 45:13
  69:24 70:6,12
  100:16 101:2
**terms** 99:19
**test** 6:17
**testified** 5:9
**testifying** 7:8
**testimony** 20:19
  44:13 77:13

102:20 110:19
**text** 37:8 45:17
  92:10,11
**texts** 55:20
**thank** 5:15 7:15
  26:21 36:10
  83:12 96:12
  111:4,11
**theintercept.c...**
  66:14
**thing** 7:7 8:3
  11:19 26:11
  46:10,13 48:15
  50:12 63:6
  83:10 90:17
  110:16
**things** 8:2 9:13
  15:10 17:14,18
  57:16 58:11
  64:15 96:17
  99:21 107:17
**think** 7:4 12:2
  12:11 24:21
  30:11 32:19
  33:21 34:2,22
  40:15 46:2
  49:18 53:6
  57:14 59:17
  61:22 62:8
  73:19 74:17
  75:1,3,18 76:4
  77:22 88:4
  90:16 92:5,6
  94:17 96:20,21
  98:2,16 99:6
  101:16 102:2,3
  102:7,9 108:12
  109:11,16,17
**thoroughly**
  70:19
**thought** 40:21
  70:18 84:2
**thrashing** 35:23
**threats** 102:21
  103:3,14,18
**three** 90:6

**thrown** 22:21
**TigerSwan** 3:5
  38:7 45:18
  68:2 78:14,18
  78:23 79:7
  80:14 81:2,14
  81:17 82:9,14
  82:19 83:3
  110:13,18,23
**time** 5:6 6:24
  17:11 18:8
  20:13 21:10,17
  21:19,24 23:4
  24:11,23 25:7
  25:12,19,24
  28:18,23 29:10
  39:14 41:9,14
  57:10 65:2
  73:24 80:10,12
  80:23 84:8
  86:7,10 88:6
  90:11 93:19
  94:20 95:22,23
  97:14,14
  104:24 106:13
  107:3,23 109:2
  109:3 111:5,12
  113:7
**times** 27:24
  54:13 58:5
  82:10 83:4
**title** 24:3 42:6
**today** 5:16,22
  6:8,17 7:9,23
  9:2,3 20:19
  21:7 22:6
  29:23 33:7
  63:17 86:11
  106:16 111:12
**told** 23:5 39:15
  39:17,24 68:22
**ton** 73:1
**top** 31:15,22
  65:15 68:18
  73:23 83:13
**topic** 86:4

**total** 74:6 85:12
**touch** 92:24
**Toyota** 91:13
**traffic** 28:1,15
  28:20
**trail** 99:4
**transcript** 5:24
  111:15 113:5
**transcription**
  114:6
**Transfer** 1:6
  2:15 38:11
  68:9 84:5
**traveled** 18:13
**tree** 60:23 61:12
  63:5
**trial** 5:6
**Tribal** 24:3
**trick** 24:4
**trip** 74:5,8
**truck** 91:15
**true** 20:21 39:16
  39:16 72:7
  113:4 114:5
**Trump** 63:15,19
  64:2
**truth** 45:2,22
  46:24 96:13
**truthful** 43:3
  106:6,9,10,22
**try** 36:18 46:5
  65:3,9 70:5
  72:20 73:1
  79:20 100:3
**trying** 10:17,18
  16:18 32:20
  44:19 49:19
  72:6 77:6,11
  83:17 84:9
  88:24 89:9,10
  98:15 102:8
  103:1
**turn** 46:3
**TV** 64:18
**two** 7:6 10:11
  14:17 34:3

35:12 45:2
  57:13 68:17
  91:9 110:6
**type** 99:17
**Typically** 15:24

**U**
**uh-huh** 6:14
**uh-uh** 6:14
**unbiased** 48:11
**underneath**
  45:17
**understand** 6:19
  11:16 16:17,18
  16:22 20:11,14
  20:15 24:11
  29:2,15 51:12
  53:20 54:22
  58:12 79:18
  80:17 81:9,11
  84:4 87:10
  93:12 94:1
  102:8 103:22
  108:2
**understanding**
  60:16 69:24
  70:8,11,13
  86:8 100:15
**understood**
  39:21
**unfortunately**
  79:14
**ungovernable**
  61:14
**unique** 27:21
**UNITED** 1:1
**Unity** 44:16,21
  44:22
**untrue** 29:8
**update** 9:18
  16:1
**UPS** 87:9,14
**URL** 31:22
  46:20
**use** 77:17
**utilized** 23:1

**utilizing** 35:15

**V**

**v** 1:5
**vague** 17:20
  23:9 55:8 70:2
  70:14
**verbalize** 6:15
**version** 71:5
  105:9
**versus** 75:7
**video** 32:24
  33:12,16,19,22
  34:3 35:8,12
  36:2 45:17,21
  45:22 47:14,16
  48:2 49:2,5,12
  51:15,16,22
  52:12,17,19,21
  53:21 54:2
  55:18,21 57:19
  57:24 58:22,22
  60:13,15,19,23
  61:2,23 62:1,4
  62:9 63:10,11
  63:14,19 64:9
  69:6 70:20
  71:2,5,8,19,21
  73:7,8,10
  104:9
**videoconference**
  1:15
**views** 27:21,23
  96:10
**violence** 60:3
  70:16,22,24
**visited** 21:19,22
  32:19
**visiting** 21:16
**voice** 46:1,16
**volition** 71:13
**volume** 46:3
**VW** 91:11

**W**

**wait** 34:7

**waived** 5:4
**WALLACE**
  2:11
**want** 7:5,11 34:7
  34:14,16 42:13
  42:14 46:17
  60:17 61:9
  70:2,7 88:9
  90:6 94:11
  100:6,21
  101:12,22,23
  103:8 110:4,16
  110:21 111:14
**wanting** 57:16
  90:10
**warned** 101:3
**wasn't** 38:23
  75:21,21
**watch** 33:12
  34:3
**watched** 33:17
  71:8
**watching** 41:4
  56:22
**way** 47:11 48:13
  50:19 52:7,14
  53:17 56:8,12
  69:11 70:7
  81:11 96:15
  102:9
**ways** 42:13
  51:10 100:10
**web** 32:15
**website** 17:6
  19:24 21:5,16
  21:20,22 25:17
  27:13 31:11,12
  31:19,21 32:1
  32:2,5,15,18
  32:22 41:22
  47:12 53:7
  61:11 109:21
  110:24
**websites** 30:20
  45:9,10,12,14
**weeds** 77:11

**week** 24:2 27:23
**weird** 24:4
**went** 35:3 54:13
  72:14 87:16
**White** 4:17
  17:10 18:5
  32:10,23 33:4
  35:22 37:13
  38:18 48:5
  49:20 52:4
  53:4,12,14
  57:17 58:8,14
  59:5,11,13,14
  59:24 60:1,11
  60:18,22 61:4
  61:15,18 62:4
  62:5,6,16,17
  62:20 63:2
  64:11,15,17,19
  64:20 89:22
  90:2,20 91:15
  105:6 107:24
**WILLIAMS** 2:2
**Williamson**
  71:24
**window** 63:9,12
  89:2
**windows** 35:24
  50:9
**Witness** 4:2
  40:23 81:4,10
  103:23 108:20
  109:4 112:7
**WOLFE** 1:20
**woman** 72:3,6,8
  72:19,23 73:3
**wondering**
  109:14
**word** 32:11
  69:21 99:5
**words** 52:13
  53:18,24 54:3
  98:18
**work** 9:5 10:6
  14:7,24 15:1,2
  15:2 25:7,15

47:20 80:13,24
  84:16 85:4
  86:1 91:21
  99:14,17,18
  100:8 111:1
**worked** 8:23 9:3
  9:7 10:2 19:24
  38:7 82:9 83:3
**working** 10:5,6
  10:7,14,14
  18:8 24:24
  25:13,19,24
  74:22 75:18
  79:24 81:14
  82:19,23 91:1
  98:8
**works** 31:5
**worst** 27:22
**wouldn't** 79:16
  79:17
**wrap** 108:17
**write** 50:19
  52:14 78:19
  79:11
**writing** 36:11
  43:15
**written** 5:24
  12:1 38:21,23
  42:14 48:7
  54:15 79:8
  99:1
**wrong** 87:23
**wrote** 53:16
  65:24 66:1
  79:9

**X**

**X** 4:1

**Y**

**yeah** 10:22
  11:18 12:8
  20:9 24:20
  32:12 33:14,15
  34:22 35:3
  38:16 39:6

40:8 45:8
  46:13,23 53:8
  65:17 74:3
  76:8,19 81:10
  83:18 84:1
  88:12 90:13,18
  94:8,14 97:12
  100:17 103:19
  107:13 108:20
**year** 11:15 23:4
  32:8 72:8,12
  72:13,16
**years** 10:19
  54:16 82:18
  85:22
**yep** 76:8
**YouTube** 32:24
  71:5

**Z**

**Zoom** 35:2 75:7
**zoomed** 76:6

**0**

**1**

**1** 4:9 8:5,7 19:14
  35:19,19,21
  76:19
**1-877-559-3376**
  1:24
**1:25** 112:8
**10** 35:12 79:6
**10:03** 1:16
**100** 2:12
**100,000** 72:12
  72:20
**11** 35:6,21 73:19
  86:18
**110** 4:5
**12,586** 14:4
**12,750** 14:15
  75:14,24 77:24
**120,000** 72:13
**13** 88:2
**1300** 2:3
**1303** 1:22

Nicholas Johnson

**14** 9:18
**1515** 2:3
**156** 105:20
**15th** 65:14
**16** 76:15 77:22
  80:6,22
**160** 47:13 71:17
**165** 105:13,19
  106:2
**17** 25:1 42:9
  80:7,22 81:15
  81:18
**17-cv-1726-YK**
  1:4
**17101** 2:12,17
**17108** 3:2
**17th** 2:17
**18** 102:12
**19** 4:10 18:23
**19102** 1:23
**19103** 2:3
**19425** 3:8
**19601** 2:8

**2**
**2** 4:10 12:23
  18:23 19:4
**20** 56:13,16
  61:12,13
**200** 3:7
**2013** 26:2
**2015** 19:14
**2016** 11:15 23:3
  23:13 29:1
  81:14,18
**2016ish** 26:2
**2017** 18:11,13
  23:3 32:7,11
  32:13,19 33:10
  65:16 67:3,6
  74:5,10,13
  75:11 76:10
  77:13 82:21
  84:4,8 85:8
  87:8,13 97:7
  109:10,18

**2018** 88:2,19
**2022** 1:10 114:5
**215-557-0099**
  2:4
**225** 3:2
**230** 1:22
**24** 1:10 80:22
  114:5
**25,000** 27:20
**26** 4:11 25:2
**27** 29:1
**2X** 85:17

**3**
**3** 4:11 26:20,24
  40:9
**30** 61:17
**300,000** 27:23
**313** 88:3
**333** 2:17
**36** 4:12

**4**
**4** 4:12 20:3,21
  22:3 36:15
  45:2,22 46:24
**400** 74:6
**42** 4:13
**45** 108:23
**48** 33:14 63:23
**484-509-2715**
  2:8

**5**
**5** 4:4,13 42:9,11
**5th** 2:7

**6**
**6** 4:14 13:2,8,11
  65:12
**6/10/17** 76:18
**606** 2:7
**610-321-5500**
  3:8
**65** 4:14
**66** 4:15
**67** 104:12

**7**
**7** 4:15 13:3,8
  14:10 42:8
  66:16,19 78:2
  82:2 83:21
**717-233-6633**
  3:3
**717-233-8000**
  2:13
**717-783-6563**
  2:18

**8**
**8** 4:9,16 35:19
  35:19 78:11
  84:7
**80s** 69:16
**87** 4:16
**89** 4:17

**9**
**9** 4:17 19:11,13
  22:19 89:24
**941** 3:7