Nikolas McKinnon

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Civil Action No: 1:17-cv-1726-YK

ELLEN GERHARD, et al.,

Plaintiffs,

vs.              DEPOSITION OF:
                 NIKOLAS McKINNON

ENERGY TRANSFER PARTNERS, L.P., et al.,

Defendants.

- - - - - - - - - - - - - -

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before STACEY J. ORLICK, a Certified Shorthand Reporter, License No. XI00226700, and Notary Public of the State of New Jersey, held via Zoom, on April 12, 2022, commencing at 10:14 a.m.

## Page 2

1   APPEARANCES:
2
3     WILLIAMS CEDAR
      1515 Market Street
4     Suite 1300
      Philadelphia, Pennsylvania 19102
5     BY: CHRISTOPHER MARKOS, ESQ.
      Attorneys for Plaintiff
6     (215) 557-0099
      CMarkos@Williamcedar.com
7
8
9     RAIDERS LAW, PC
      606 N. 5th Street
      Reading, Pennsylvania 19601
10    BY: RICHARD RAIDERS, ESQ.
      Attorneys for Plaintiffs
11    (484) 509-2715
      Rich@Raiderslaw.com
12
13
      LAVERY LAW
14    225 Market Street
      Suite 304
15    Harrisburg, Pennsylvania 17108
      BY: ELIZABETH L. KRAMER, ESQ.
16    Attorneys for Defendant
      TIGERSWAN
17    (717) 233-6633
      EKramer@Laverylaw.com
18
19
20    McNEES, WALLACE & NURICK, LLC
      1000 Pine Street
21    P.O. Box 1166
      Harrisburg, Pennsylvania 17108
      BY: ALAN R. BOYNTON, JR., ESQ.
22    BY: STEPHANIE CARFLEY, ESQ.
      BY: KANDICE KERWIN HULL, ESQ.
23    Attorneys for SUNOCO Defendants
      (717) 237-5248
24    ABoynton@mcneeslaw.com
      SCarfley@mcneeslaw.com
25    KHull@mcneeslaw.com

## Page 3

1     PENNSYLVANIA STATE POLICE
      ASSISTANT COUNSEL
2     1800 Elmerton Avenue
      Harrisburg, Pennsylvania 17110
3     BY: JESSICA S. DAVIS, ESQ.
      Attorneys for Defendants
4     BENSON, EHGARTNER and DUNSMORE
      (717) 787-0388
5     Jessicdavi@pa.gov
6
7     SIANA LAW, LLP
      941 Pottstown Pike
8     Suite 200
      Chester Springs, Pennsylvania 19425
9     BY: CONNIE HENDERSON, ESQ.
      Attorneys for defendant NIKOLAS McKINNON
10    (610) 321-5500
      Cehenderson@sianalaw.com
11
12
13
14    Also Present: Denzel Sinclair
                     Videographer
15                   On The Record
16
17
18
19
20
21
22
23
24
25

## Page 4

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| N. McKinnon | MR. MARKOS | 5, 42 |
| | MS. KRAMER | 40 |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit-1 | DF TigerSwan 64-69 | 17 |
| Exhibit-2 | DF TigerSwan 1915 & 1916 | 17 |
| Exhibit-3 | Images | 18 |
| Exhibit-4 | DF TigerSwan 81-85 | 23 |

(Original exhibits retained by counsel.)

Nikolas McKinnon

## Page 5

1  THE VIDEOGRAPHER:  We are now on the record.  My
2  name is Denzel Sinclair.  I'm a videographer retained by
3  On the Record.  This is a video deposition for the
4  United States District Court for the district of
5  Pennsylvania.  Today's date is April 12, 2022.  The time
6  is 10:14 a.m. in the matter of Gerhart versus Energy
7  Transfer Partners, et al. The deponent is Nikolas
8  McKinnon.  All counsel will be noted on the record and
9  Stacey Orlick will now swear in the witness.
10  N I K O L A S  M C K I N N O N, having been duly sworn
11  by the Notary Public, testified as follows:
12  EXAMINATION BY MR. MARKOS:
13  Q.    Good morning, Nick.  My name is Christopher
14  Markos.  I'm an attorney representing the plaintiffs in
15  this case.  We are here to take your deposition.  I want
16  to give you a few sort of ground rules first for
17  everybody's benefit.  Can you say and spell your name
18  for the record.
19  A.    Nikolas, N-i-k-o-l-a-s, last name McKinnon,
20  M-c-K-i-n-n-o-n.
21  Q.    Have you ever been deposed before, Nick?
22  A.    No.
23  Q.    We used to do the face to face in person but
24  there's no difference practically when we do this over
25  Zoom.  The ground rules are the same, and most important

## Page 6

1  is that we let each other finish our respective
2  questions and answers before the other person speaks.
3  The reason for that is because no accurate transcript
4  could be made of two people talking over each other.
5  It's also important that you let me finish my question
6  because while you may anticipate what I'm going to say,
7  it's a normal thing we do in conversations, it's
8  possible that I may be saying something slightly
9  different.  That's another reason why it's important you
10  let me finish.  Likewise, I will extend the same curtesy
11  to you and let you finish your answers before I jump in
12  with my next question or followup.
13       You were just sworn in. This deposition is being
14  used for a Civil Court proceeding.  The same sort of
15  issues regarding your sworn testimony are in place today
16  just as if you were testifying in court.  Do you
17  understand that?
18  A.    I do.
19  Q.    As you know, this is being videotaped just as
20  it's important for an accurate transcript in how when we
21  speak, how we speak is also important, so while you may
22  nod your head or shake your head it's still necessary
23  for you to verbalize your response because those are
24  ambiguous gestures and your verbal response will be
25  needed for the written transcript in this deposition.

## Page 7

1  Does that make sense to you?
2  A.    It does.
3  Q.    If you need to take a break, I don't think we'll
4  be exceptionally long today, but you can take a break at
5  any time as long as there's no question pending.  If
6  there's a question pending, finish your answer and you
7  can take a short break.  Do you have any questions about
8  what I have just reviewed?
9  A.    No.
10  Q.    Nick, do you have an attorney representing you
11  today?
12  A.    I do not.
13  Q.    Did you have an opportunity to seek counsel for
14  this deposition?
15  A.    Yes.
16  Q.    Can you tell me where you live?
17  A.    I live in Spotsylvania, Virginia.
18  Q.    If you know, is that more than 100 miles from
19  Harrisburg?
20  A.    Yes.
21  Q.    We are asking you about your work background, so
22  let's start with TigerSwan and work backwards.  When did
23  you start working for TigerSwan?
24  A.    I think it was October 2016, I believe.
25  Q.    Were you hired as an employee?

## Page 8

1  A.    No, an independent contractor.
2  Q.    At some point in time did you become an
3  employee?
4  A.    Yes.
5  Q.    How did that get formalized?
6  A.    With an employment agreement.
7  Q.    Do you recall when that happened?
8  A.    January 2018.
9  Q.    From January '18 -- do you still work for
10  TigerSwan today?
11  A.    No.
12  Q.    When with did you leave your employment with
13  TigerSwan?
14  A.    July 2018.
15  Q.    Were you fired by TigerSwan?
16  A.    No, I left on my own accord.
17  Q.    Before you became an independent contractor in
18  2016 with TigerSwan, what was your employment?
19  A.    I'm an independent contractor for different
20  government contracts, mostly military.
21  Q.    Do you have military service experience?
22  A.    Yes.
23  Q.    What branch did you serve in?
24  A.    Navy.
25  Q.    For what period of time?

2 (Pages 5 to 8)

Nikolas McKinnon

---

Page 9

1  A.    '98 to 2004.
2  Q.    What was your rank?
3  A.    I was an E-5, second class petty officer.
4  Q.    E means enlisted?
5  A.    Correct.
6  Q.    When you left the military, did you become an
7  independent contractor?
8  A.    Yes.
9  Q.    Your independent contractor work, is it fair to
10  say that that was in the defense industry?
11  A.    Yes.
12  Q.    Were there any other industries that you worked
13  in?
14  A.    Yes, I have also worked in private enterprise
15  for different -- I would say high profile VIP
16  individuals or families.
17  Q.    Performing what services?
18  A.    Mostly protection in the form of gathering
19  intelligence and/or providing sort of an outer bubble,
20  that is, works dynamically with the executive protection
21  team.  It provides like a counter surveillance bubble
22  that gives indications and warnings to the executive
23  protection team.
24  Q.    You were providing security services; is that
25  right?

---

Page 10

1  A.    Essentially.
2  Q.    Were security services the sort of genre of your
3  work between living the military and joining TigerSwan?
4  A.    That's a general term I guess we could use.
5  Q.    That's fair to use?
6  A.    Yes.
7  Q.    Did you go to college?
8  A.    I have.
9  Q.    Where did you go to college?
10  A.    Multiple different places.
11  Q.    Where did you graduate from?
12  A.    I have a semester left.
13  Q.    I want to ask how you gained experience and
14  training in providing security services.
15  A.    How did I gain the experience?
16  Q.    Right.
17  A.    Well, I mean through the military, different
18  schools, on-the-job training and duty.  During my
19  military service I received training at different
20  schools and also on the job you learn a lot about
21  security and other things as you're securing the nation,
22  and then follow on training when I left the military
23  into the independent contracting world.
24  Q.    What year did you leave the military?
25  A.    2004.

---

Page 11

1  Q.    Honorable discharge?
2  A.    Yes.
3  Q.    Did you receive on the job security training by
4  TigerSwan?
5  A.    No.
6        MS. KRAMER:  Object to form.
7  Q.    When you joined TigerSwan, what were you
8  specifically hired to do?
9  A.    Initially the product I worked on was the Dakota
10  Access Pipeline, also known as DAPL, and I was -- I
11  think I originally started as an intelligence analyst
12  and eventually was a deputy program manager.
13  Q.    How long did you do that, DAPL related work?
14  A.    About a year.
15  Q.    At some point in time you shifted focus to
16  Mariners two; is that fair?
17  A.    Yes, I was asked by TigerSwan to leave, or
18  actually, I left a project in New York that they had me
19  working on and they asked me to take over for the guy
20  who was the senior security adviser in Pennsylvania for
21  ME2, Mariner East two.
22  Q.    Do you draw any distinction in your mind between
23  Mariners Two and Mariners two X?
24        MS. KRAMER:  Object to form.
25  Q.    When were you assigned to take over security

---

Page 12

1  advising on Mariner East Two?
2  A.    It had to be the summer of '16 or my dates are a
3  little off.  I'm thinking it was the summer of 2016,
4  something like that.
5  Q.    Are you approximating?
6  A.    I am.
7  Q.    Can you describe to us what your job
8  responsibilities were at overseeing security for Mariner
9  East Two?
10  A.    My main objective was to assess any security
11  risks, potential risks, for Energy Transfer, the client
12  of TigerSwan.
13  Q.    Does security risk include risks to people
14  working on the construction of the pipeline?
15  A.    Yes.
16  Q.    Does it include risks to the equipment being
17  used to construct the pipeline?
18  A.    Yes.
19  Q.    I would assume it also includes risks to the
20  pipeline infrastructure itself?
21  A.    Yes.
22  Q.    How long were you involved in security for
23  Mariner East Two?
24  A.    It's about 18 months, I believe.  Again, I'm
25  approximating, 14 to 18 months, something like that.

---

3 (Pages 9 to 12)

Nikolas McKinnon

| Page 13 | Page 14 |
|---|---|

**Page 13**

1  Q.    Was your job with DAPL the same in general
2  terms, was it the same as your job with Mariner East
3  two?
4         MS. KRAMER:  Object to form.
5  A.    No, I would say they were two very different
6  projects.
7  Q.    Did you ever have an opportunity or did you ever
8  read the complaint filed in this case?
9  A.    I have read it.
10 Q.    How recently or not recently?
11 A.    I would say three weeks to a month ago.
12 Q.    When you were senior security adviser for
13 Mariner East two working for TigerSwan, is that -- while
14 you were in that role, is that when you transitioned
15 from independent contractor to an employee?
16 A.    Yes.
17 Q.    When you were an independent contractor, did you
18 have a TigerSwan e-mail address?
19 A.    Yes.
20 Q.    Did you carry the same e-mail address over when
21 you became an employee?
22 A.    Yes.
23 Q.    When you were an independent contractor, were
24 your business expenses reimbursed?
25 A.    Yes.

**Page 14**

1  Q.    Were they reimbursed in your sort of gross
2  payment or were they reimbursed separately?
3         MS. KRAMER:  Object to form.
4  A.    Separately.
5  Q.    Was that the same arrangement for reimbursement
6  of your business expenses when you became an employee?
7  A.    Yes.  It might have been different forms or
8  paperwork.  I don't recall, but I was reimbursed for any
9  fuel or other businesses expenses that one would incur
10 while working at a remote location, not an office.
11 Q.    I'm going to share a document via the share
12 screen function.  It is marked as attorney's eyes only,
13 but you wrote this, but I will maintain that it's
14 accepted from the confidentiality agreement.  Showing
15 him is accepted.  Do you recognize this document, Nik?
16 A.    I do now.
17 Q.    I'm going to give you a chance to read it so I
18 will scroll down and you tell me when you are ready?
19        MS. KRAMER:  What's the date on this report?
20        MR. MARKOS:  May 30, 2017 and the date stamp is
21 TigerSwan 64 to 69.
22 A.    I'm done reading that.
23 Q.    The date here was May 30, 2017.  Nik, does this
24 date in reviewing the document, help you pinpoint when
25 you started your role as senior security adviser with

| Page 15 | Page 16 |
|---|---|

**Page 15**

1  Mariner East two?
2  A.    It must have been in spring 2017.
3  Q.    I'm going to ask you for some of the, for lack
4  of a better ward, jargon in here.
5  A.    Yes.
6  Q.    Do you see where it says ERE's?
7  A.    Yes.
8  Q.    What are ERE's?
9  A.    I was actually trying to remember myself.
10 environmental -- I was trying to remember myself as I
11 was reading it, but it was something -- I think it was
12 environmental radical something.  I don't remember
13 honestly.
14 Q.    Do you see here where it says SSA, is that you,
15 senior security adviser?
16 A.    It is.
17 Q.    Anti FERC narrative, is that the federal agency?
18 A.    Yes, FERC.
19 Q.    ROW is right-of-way?
20 A.    Yes.  That's bothering me.  Environmental
21 radical elements or something to that affect.
22 Q.    That's the flavor of it, in other words?
23 A.    Yes, I just can't remember if that's the exact
24 -- what the acronym exactly meant, but that was the
25 flavor, yes.

**Page 16**

1  Q.    Did you create the acronym?
2  A.    Not to my knowledge, no.
3  Q.    Was it in use by TigerSwan when you took over
4  the role of senior security adviser for Mariner East
5  two?
6         MS. KRAMER:  Object to form.
7  A.    It had to have been if I used it and I didn't
8  create it.
9  Q.    I'm back on the first page.  Who did you write
10 this report for?
11 A.    For Energy Transfer ultimately.
12 Q.    How was it delivered to them?
13 A.    I think at this point I would send -- because
14 this was early on in my tenure on ME2, Mariner East, I
15 would send this back to Apex, Apex is like where
16 TigerSwan is headquartered, they would do a quality
17 assurance kind of QA check on it, and then they would
18 e-mail it to the ETP folks at this point.  I think at
19 some point I was going direct to ETP and I copied
20 TigerSwan Apex folks.
21 Q.    When you would send these kind of reports
22 directly to ETP, do you remember who you sent them to?
23 A.    I want to say there was a mailing list.  It was
24 a pretty big list at one point and then it changed over
25 the course of time, but there were, to my recollection,

Nikolas McKinnon

Page 17

1  multiple individuals that would receive this.
2      MR. MARKOS:  For the record, we'll mark this as
3  Exhibit 1.
4  Q.    Who is Tim Beckman, if you know?
5  A.    Tim was an intelligence analyst that worked out
6  of TigerSwan headquarters in Apex.
7  Q.    That's Apex, North Carolina, right?
8  A.    Apex, North Carolina, correct.
9  Q.    I'm putting up another document, EF TigerSwan
10  1915 and 1916.  The first page this is for the benefit
11  of counsel.  It will show the next page was drafted by
12  the witness.  Here is the page I wanted you to look,
13  tell me when you're ready, just this one page, DF 1916?
14  A.    Yeah, I'm ready.
15  Q.    Did you draft this document?
16  A.    If it has my name on it I drafted it.
17  Q.    Do you see the link in the middle of the page
18  that Facebook.com/PA progress?
19  A.    Yes.
20  Q.    Do you know what that web site is?
21  A.    From what I recall that was a made up account or
22  organization by folks back in Apex.
23  Q.    Meaning by TigerSwan?
24  A.    Correct.
25      MS. KRAMER:  Objection to form.

Page 18

1  Q.    Do you know who was involved with PA progress?
2  A.    To my recollection it would have been Rob Rice
3  for sure.  I don't know of anyone else specifically
4  involved, but it's a small office so there could have
5  been other individuals involved as well.
6  Q.    This report you see the date on the top, 26th,
7  June, 2017?
8  A.    Yes.
9  Q.    At the time you drafted this document, were you
10  aware of PA Progress?
11  A.    I don't recall.
12  Q.    Were you aware of TigerSwan's involvement in PA
13  Progress in June 2017?
14      MS. KRAMER:  Object to form.
15  A.    I don't recall.  All I can say is I don't
16  remember specifically.  I just know that at some point I
17  was knowledgeable of it.
18  Q.    Fair enough.  Do you see a new page?
19  A.    Yes.
20  Q.    This will be Exhibit-3.  It's quite long.  Tell
21  me when to scroll.
22  A.    Go ahead.  Okay.  Okay.  Okay.
23  Q.    Have you seen this document before?
24  A.    It looks familiar.
25  Q.    Do you recall where you saw it?

Page 19

1  A.    I assume it was e-mailed to me at some point.
2  Q.    While you were working at TigerSwan?
3  A.    Correct.
4      MS. KRAMER:  Objection to the form.
5  Q.    Have you seen these images independent of this
6  document?
7  A.    I mean, some look familiar maybe from Facebook,
8  but otherwise, no.
9  Q.    Do you see the photographs of Kari Smitherman
10  and Sparrow?
11  A.    Yes.
12  Q.    You were familiar with the complaint about a
13  month ago?
14  A.    Yes.
15  Q.    Do you recall there's an allegation in the
16  complaint that an "infiltrator" was sent on to the
17  Gerhart property?
18  A.    Yes.
19  Q.    Do you have any information independent of what
20  the complaint says about somebody sent on to the Gerhart
21  property by TigerSwan?
22      MS. KRAMER:  Object to form.
23  A.    There was someone that was sent to Camp White
24  Pine.
25  Q.    Do you recall when that happened?

Page 20

1  A.    Not the exact time period.  I remember it was
2  warm still, so probably summer 2017 sometime.
3  Q.    Was it one or more than one person?
4  A.    One person.
5  Q.    For what purpose was that person sent to Camp
6  White Pine?
7  A.    To collect intelligence.
8      MS. KRAMER:  Objection.
9  Q.    Did that person report to you?
10      MS. KRAMER:  Object to form.
11  A.    Not to me directly.  I did not oversee anyone at
12  that point in time, not any human being.
13  Q.    Do you know who the person was?
14  A.    I know it was a female, a white female,
15  approximately 5'6", probably 145.  I don't recall her
16  name.
17  Q.    Did she use her real name in the camp?
18      MS. KRAMER:  Object to form.
19  A.    No, I wouldn't imagine she would.  That would
20  kind of go against what her objective was.
21  Q.    Do you know if she was in the camp or if she
22  went to the home, the Gerhard home?
23      MS. KRAMER:  Object to form.
24  A.    I recall both and just based on what I remember
25  of the setup of kind of the landscape and the geography

5 (Pages 17 to 20)

Nikolas McKinnon

Page 21

1  you had to go to the home and then to access the camp
2  you would have to be on the Gerhart property if you
3  weren't part of construction and then access the camp
4  from their home.  If you were part of construction there
5  was an easement on the far side of the right-of-way that
6  you could access the camp area which was the
7  right-of-way.
8  Q.   Do you know whether this woman lived for a
9  period of time at the camp?
10  A.   I don't recall her ever living there.  I
11  remember her making a couple of visits, but never spent
12  the night or anything like that.
13  Q.   Do you know what information she gathered and
14  provided to TigerSwan?
15     MS. KRAMER:  Object to form.
16  A.   I would assume that document probably was -- so
17  all of that information was collected, the layout of the
18  tree sits and how they were utilizing those.  That's
19  about all I can remember.
20  Q.   Do you know if TigerSwan -- this woman was used
21  to gather intelligence you said, right?
22  A.   Correct.
23  Q.   Did TigerSwan use anybody to gather intelligence
24  from Camp White Pine from outside Camp White Pine?
25     MS. KRAMER:  Object to form.

Page 22

1  A.   Yes.
2  Q.   Was it a TigerSwan employee?
3     MS. KRAMER:  Object to form.
4  A.   I don't know.  I mean, even -- open source
5  intelligence is essentially just looking at Facebook so
6  if you have an open Facebook account or if you have an
7  open group that's on Facebook, even I can access, and at
8  this point I would have been an independent contractor.
9  I could look at Camp White Pine or you can look at
10  anyone on the planet who has Facebook if their privacy
11  settings are not set, so that someone who is not their
12  friend or -- I haven't been on social media for like
13  five or six years, so whatever the tech terms are for
14  the privacy settings you can look at anyone's account
15  and glean information from that.
16  Q.   I appreciate your answer.  I was trying to ask
17  something different, so the person you said went to Camp
18  White Pine was an individual gathering intelligence
19  through their senses; is that fair?
20     MS. KRAMER:  Objection to form.
21  A.   Yes, when you have a human make contact with a
22  -- what's the word I'm looking for, a group that you are
23  interested in for whatever reason, that's called human
24  intelligence or human is the acronym.
25  Q.   Did TigerSwan utilize human intelligence for

Page 23

1  Camp White Pine outside of the Gerhart property?
2     MS. KRAMER:  Object to form.
3  A.   Outside of the Gerhart property?  Yes.
4  Q.   Let me pull that document back up.  That might
5  help.
6  A.   I remember.  The individual went to -- I think
7  she had somebody in a laundromat where she made contact
8  with someone, coffee shop where she made someone with
9  someone, so there were multiple places in the Huntington
10  area that this person was collecting intelligence or
11  information to pass back to TigerSwan.
12  Q.   As far as you know, it was just the one person?
13     MS. KRAMER:  Objection to form.
14  A.   As far as I know, yes.
15  Q.   The next document is dated June 20, 2017
16  TigerSwan 81 through 85 and we'll mark it as Exhibit-4.
17  Tell me when you are ready for me to scroll.
18  A.   Environmental rights extremists is what ERE
19  means.  Okay.  Okay.
20  Q.   I actually only have a question with reference
21  to the helicopter.  One thing is clear.  The first page
22  has your name on it and you are identified as the senior
23  security adviser?
24  A.   Yes.
25  Q.   There's another name, the chief security

Page 24

1  officer?
2  A.   Yes.
3  Q.   In your role as senior security adviser -- one
4  of your roles as senior security adviser was to draft
5  these SITREPs?
6  A.   Yes.
7  Q.   Is it fair to assume if your name is on it you
8  wrote it?
9     MS. KRAMER:  Object to form.
10  A.   Yes.
11  Q.   On the second page of the documents under
12  highlights you talked about a recent helicopter activity
13  conducted by a private charter company, do you see that?
14  A.   Yes.
15  Q.   On the next page of the document you identify
16  the helicopter as being flown by Air Chopper LLC?
17  A.   Yes.
18  Q.   Do you recall this specific helicopter or the
19  flight?
20     MS. KRAMER:  Object to form.
21  A.   Not specifically because there were multiple
22  helicopter fly overs of the runway throughout my tenure
23  there.
24  Q.   Were those fly overs coordinated by TigerSwan?
25     MS. KRAMER:  Object to form.

Nikolas McKinnon

Page 25

1    A.    No, TigerSwan doesn't own helicopters as far as
2    I know.
3    Q.    I understand that answer, but as part of the
4    security services that were being provided to Energy
5    Transfer, was TigerSwan coordinating helicopter fly
6    overs of the east coast?
7    A.    No.
8         MS. KRAMER: Objection to form.
9    Q.    How did you come to learn that the helicopter
10   and the fly over was owned by Air Chopper LLC?
11   A.    I'm trying to remember. I don't recall
12   specifically. I can only make assumptions. I don't
13   know if you want those or not.
14   Q.    I just asked about helicopters, but I have
15   another related question. Did TigerSwan fly drones over
16   the easement?
17   A.    I don't remember anyone associated with
18   TigerSwan ever flying drones, no.
19   Q.    I'm going to pull up the second amended
20   complaint. Unless anybody objects, I wasn't planning on
21   marking it. Do you see paragraph 147?
22   A.    I do.
23   Q.    It says, "posts on Facebook falsely ascribe to
24   Elise Gerhart claims that the helicopter flown over the
25   Gerhart property are of rush and origin"?

Page 26

1    A.    Yes.
2    Q.    Does that paragraph have any connection to the
3    report of the helicopter that we just looked at, the
4    June 20th SITREP?
5    A.    Most likely, but again, there are multiple times
6    that the right-of-way was flown by a helicopter, but I
7    think the time frame based on that report and then the
8    report we got from the human intelligence aspect that
9    was ongoing at that time would -- that's when the rush
10   and origin information came out.
11   Q.    If I understand you correctly, the rush and
12   origin information was provided -- the comment about
13   rush and origin was provided to TigerSwan by this human
14   intelligence person?
15        MS. KRAMER: Objection to form.
16   A.    Initially, yes.
17   Q.    Not to get distracted. Do you know the name
18   Kurt Meriweather?
19   A.    Doesn't ring a bell.
20   Q.    What about Cedar Fork Partners?
21   A.    No.
22   Q.    Do you know the name Nick or Nicholas Johnson?
23   A.    Yes.
24   Q.    Do you know the name Nate Johnson?
25   A.    No.

Page 27

1    Q.    How do you know the name Nicholas Johnson?
2    A.    I'm pretty certain I was in communication with
3    him. I think he worked in Apex or he was an independent
4    contractor that worked remotely for TigerSwan, one of
5    the two.
6    Q.    For what purpose were you in communication with
7    him?
8    A.    He was also an intel analyst type, so anybody
9    who was in the intel analyst position would support the
10   folks that were on the ground at a certain project to
11   provide kind of a summary of all the open source
12   information.
13   Q.    As a senior security adviser, were you working
14   in Pennsylvania physically?
15   A.    Yes.
16   Q.    In that role, did you have direct supervision
17   over those intel analysts, that group you just talked
18   about?
19        MS. KRAMER: Object to form. I don't think he
20   specified what project he was referring to on that.
21        MR. MARKOS: On what?
22        MS. KRAMER: The whole line of questioning is
23   unclear, but that's fine.
24   Q.    During what period of time were you in contact
25   with Nick Johnson?

Page 28

1    A.    During the time I worked on the ME2 project and
2    potentially before that on DAPL, but I don't recall
3    exactly.
4    Q.    As the senior security adviser for the ME2
5    pipeline, did you have direct supervisory authority over
6    -- what do you say his role was, Nick Johnson's?
7    A.    I believe intel analyst.
8    Q.    As senior security adviser for the ME2 pipeline,
9    did you have supervisory authority over intel analysts
10   at TigerSwan?
11        MS. KRAMER: Objection to form.
12   A.    I did not.
13   Q.    Did you rely on their work in order to perform
14   your job functions?
15   A.    Not necessarily. My understanding was that
16   Energy transfer or what was Sunoco and then became
17   Energy Transfer was paying TigerSwan for certain
18   products or skill sets that they could provide to Energy
19   Transport. Does that make sense?
20   Q.    I think I understand.
21   A.    My job didn't depend on that intelligence
22   reporting specifically, but it was a promised service of
23   my understanding in the contract relationship between
24   TigerSwan and Energy Transfer.
25   Q.    We talked about the PA progress before. Would

Nikolas McKinnon

| Page 29 | Page 30 |
|---|---|

**Page 29**

1  you include PA Progress in those promised services?
2      MS. KRAMER: Object to form of the.
3  A.    I don't -- that one to me is a little different
4  because nobody from Energy Transfer that I ever recall
5  speaking to ever asked for that type of service, nor did
6  they really -- they didn't think it was beneficial in
7  the long run, so I'm not sure why or who directed PA
8  Progress or any other web site or pro pipeline narrative
9  articles to be published. I'm not sure who directed
10  that.
11  Q.    Are you talking about you're not sure who at
12  Energy Transport?
13  A.    No, who at TigerSwan directed that. It wouldn't
14  have been anybody at Energy Transfer that directed that.
15  Q.    When you were the senior security adviser for
16  TigerSwan, was TigerSwan providing services to any other
17  entity besides Energy Transfer/Sunoco?
18      MS. KRAMER: Object to form.
19  A.    Yes.
20  Q.    For Mariner East two?
21  A.    No.
22  Q.    Was one of your responsibilities as the Mariner
23  East two senior security adviser to discover whether
24  Camp White Pine was a security threat as we defined
25  security threat earlier?

**Page 30**

1  A.    Yes.
2  Q.    Did you make such a determination?
3  A.    At some point, but I don't remember. It may
4  have even fluctuated because that's the way risk
5  analysis sometimes work is that hypothetically in
6  January you may assess that something is a high risk and
7  in February for whatever reason the high risk turns into
8  a low risk and in March it goes back up to a high risk,
9  so at some point, yeah, I think there were multiple
10  analyses or determinations made throughout the time
11  period I was on the project.
12  Q.    Was there a point when you determined Camp White
13  Pine was not a security threat or risk?
14  A.    Yes.
15  Q.    Do you recall when?
16  A.    I don't remember exactly, but I want to say it
17  was nearing -- it was probably winter 2018, nearing the
18  spring.
19  Q.    Did you utilize any communication apps for work
20  related communication while you were senior security
21  adviser for ME2?
22  A.    Communication apps, yes.
23  Q.    Was one of those WhatsApp?
24  A.    Yes.
25  Q.    Were there other apps?

| Page 31 | Page 32 |
|---|---|

**Page 31**

1  A.    Not for that project, no, not that I recall.
2  That seemed to be the favorite app of TigerSwan to use
3  among all the other texting communication apps
4  available.
5  Q.    While you were senior security adviser for
6  Mariner East two, do you know if TigerSwan played light
7  towers or any other lighting devices on or near the
8  Gerhart easement?
9      MS. KRAMER: I object to form.
10  A.    You broke up a little bit there.
11  Q.    During your time as senior security adviser for
12  Mariner East two, did TigerSwan utilize light towers or
13  other sort of lighting devices on the easement near the
14  Gerhart property?
15      MS. KRAMER: Object to form.
16  A.    Yes.
17  Q.    Can you describe those devices?
18  A.    There's only one that I recall. It was a light
19  tower that was connected to a video monitoring device
20  that could be triggered for the video to come on with
21  geofences, so its main purpose was to detect anyone who
22  came on to the right of way at night.
23  Q.    Were the lights also activated by geofencing?
24  A.    I can't remember if the light activated for
25  motion or if it was left on all night. I don't

**Page 32**

1  remember.
2  Q.    Were you ever involved in drafting security
3  plans for the Mariner East two project?
4  A.    Yes, to a certain extent.
5  Q.    In general, can you describe what a security
6  plan is in relation to a pipeline project?
7  A.    It would be a brief in the sense of -- so that
8  others can read it and it would lay out what type of
9  security presence would be in a certain area, what the
10  safety protocols were, kind of the dos and do nots for
11  the individuals that would be participating in the
12  security. Also include any devices that may be used
13  such as the one I described about a minute ago or hand
14  held cameras, for example. I think that sums it up.
15  Q.    That lighting device, do you know how much light
16  it could produce?
17  A.    It was -- I don't remember the lumens exactly,
18  but it was directed in a very specific direction, area
19  on the right-of-way so that it would only illuminate, as
20  far as I remember, the entrance on to the right-of-way
21  from the Gerhart property, so where the Gerhart property
22  ended and imminent domain took over, that's where the
23  light was pointed toward.
24  Q.    I asked you about security plans. In your role
25  as senior security adviser, did you also recommend how

Nikolas McKinnon

| Page 33 | Page 34 |

**Page 33**

1  much security manpower was needed if that question makes
2  sense?
3  A.    Sometimes.
4  Q.    Did you do that with respect to the Gerhart
5  property?
6  A.    I think I came up with an initial recommendation
7  and then it was discussed, obviously, because there's
8  multiple parties involved among Energy Transfer and
9  TigerSwan, and the other security companies that were
10  involved for that particular right-of-way section
11  because those are all the people that stood to make
12  money or save money from that particular right-of-way
13  section, so my recommendation was overseen by multiple
14  entities.  It was criticized or edited and eventually
15  they settled on a number of personnel.
16  Q.    In your experience in the security industry, are
17  you familiar with the term anarchist and the concept of
18  anarchy?
19       MS. KRAMER:  Object to form.
20  A.    Yes.
21  Q.    Does either necessarily denote violence?
22       MS. KRAMER:  Object to form.
23  A.    I think in common parlance the understanding of
24  anarchist and even myself included at the time of ME2
25  just the ideology of anarchist there was a sense of

**Page 34**

1  violence that went along with anarchy just in common
2  parlance, but then if you look into the actual idealogy
3  of anarch or mono anarchism you find that it actually
4  doesn't involve violence, but I didn't find that out
5  until much later.
6  Q.    How did you find that out?
7  A.    From my own research interest.
8  Q.    Were you still working at TigerSwan when you
9  found that out?
10  A.    No, no, that was years later.
11  Q.    If you had known that in 2017, would you have
12  made -- would that have changed your analysis of Camp
13  White Pine?
14       MS. KRAMER:  Object to form.
15  A.    I mean, I don't even know if I could articulate
16  the ideology very well right now, so I'm not sure I
17  would have been able to articulate that and sway any
18  minds in a different direction then.
19  Q.    I understand your answer.
20  A.    I mean, again, anarchy is depicted in movies and
21  television and just in our culture as a violent
22  ideology.
23  Q.    Understood.  TigerSwan's business is providing
24  security, is that fair to say?
25  A.    Yes.

| Page 35 | Page 36 |

**Page 35**

1       MS. KRAMER:  Object to form.
2  Q.    Does it go beyond that or is there more nuances
3  to it?
4  A.    I mean, there are other companies that -- if you
5  are just talking about TigerSwan specifically?
6  Q.    I am.
7  A.    They provided myself as a security -- senior
8  security adviser, they provided security advisers who
9  eventually on the project reported to me, they provided
10  security guards later on down the road in different
11  areas not near the Gerharts, they provided the intel
12  intelligence updates, they provided the human
13  intelligence, they provided anything that they could
14  sell as an arm of an indication and warning.  IMW is
15  what it's commonly referred to, then that's what they
16  would want to sell to the client, Energy Transfer.
17  Q.    Are you saying that TigerSwan would exaggerate
18  security risks in order to continue to provide security
19  services?
20       MS. KRAMER:  Object to form.
21  Q.    To energy partners specifically?
22       MS. KRAMER:  Object to form.
23  A.    I think sometimes there was some elaboration
24  that went on.  To what extent I don't recall, but at the
25  end of the day TigerSwan is just like every -- 99

**Page 36**

1  percent of businesses they are for profit businesses
2  which they should be in our economy, and the longer they
3  can keep Energy Transfer on as a client of theirs then
4  the longer they could get paid where as even myself the
5  longer I could stay in my position the longer I kept my
6  job, so you try to do a good job and then there may also
7  be -- because it's consulting there may also be some
8  word play that's used that may invigorate a client to
9  keep you on longer.
10  Q.    Did that invigoration occur with respect to
11  Energy Transfer?
12       MS. KRAMER:  Object to form.
13  A.    I mean, I don't remember it being like any
14  specific tactic that was discussed among the leadership
15  at TigerSwan in that form, but there definitely was a
16  push to keep Energy Transfer interested enough so that
17  they would keep TigerSwan on their payroll.
18       MR. MARKOS:  Can we take a two- or three-minute
19  break?
20       THE VIDEOGRAPHER:  The time is 11:23.  We are
21  Off the record.
22       (Whereupon, an off the record discussion was
23  held.)
24       THE VIDEOGRAPHER:  The time is 11:30.  We are
25  now on the record.

9 (Pages 33 to 36)

Nikolas McKinnon

Page 37

1    Q.    I have a few more questions for you, Nik. I
2    want to ask you a little more about the human intel
3    person that was at Camp White Pine. I apologize if you
4    answered this before, but I want to get a better sense
5    what she looked like. Do you recall how old she was,
6    approximately?
7    A.    Approximately 27 to 31.
8    Q.    Hair and eye color?
9    A.    Dirty blond. I don't recall eye color.
10   Q.    Do you know what name she used when she was
11   talking to Camp White Pine folks?
12   A.    I don't remember.
13   Q.    Do you know who would know that?
14   A.    Anybody that works in Apex that was working
15   during the time they supported Mariner East. I would
16   assume. They have records because somebody had to pay
17   her.
18   Q.    Was she able to walk without assistance, like a
19   crutch or wheelchair?
20   A.    Yes.
21   Q.    Did she have any other distinguishing physical
22   features like tattoos or eyeglasses?
23   A.    Not to my knowledge, none that I recall seeing.
24   Q.    Or piercings?
25   A.    No. I mean, I would assume her ears are

Page 38

1    pierced, but I don't recall.
2    Q.    I asked you earlier about drones and
3    helicopters. Did TigerSwan coordinate with the use of
4    fixed wing aircraft to fly over the easement or DTP?
5         MS. KRAMER: Object to form.
6    A.    Not to my knowledge, no.
7    Q.    Do you know who was in the role of senior
8    security adviser when you took over or before you took
9    over?
10   A.    Before I took over there was a guy name Al
11   Ornaski and a guy named Chad McGinty.
12   Q.    Do you know how long they held that position
13   with respect to Mariner East two?
14   A.    I don't recall exactly.
15   Q.    Did they specifically brief you on Camp White
16   Pine when you took over that role?
17   A.    Yes.
18   Q.    What did they tell you?
19   A.    That there was an essentially a group of folks
20   that had tree sits that they set up as a blockade to
21   impede the work of pipeline construction for Mariner
22   East two, that it was an ongoing legal dispute between
23   the Gerharts and I guess at the time Sunoco with an
24   imminent domain case, and I believe at that time it had
25   already been decided that Sunoco could use that land

Page 39

1    based on the judge's ruling of immanent domain when I
2    came on, and then I remember further hearings that
3    occurred after coming on where the same outcome was
4    decided in regard to that land area.
5    Q.    Did they advise you that they believed that
6    Ellen or Elise Gerhart or anyone from Camp White Pine
7    was planning to damage or destroy pipeline
8    infrastructure in Pennsylvania?
9    A.    I don't recall Ellen or Elise. No, not briefed
10   to me, no.
11   Q.    Did you ever come to believe that Ellen or Elise
12   Gerhart planned to destroy or damage pipeline equipment
13   in Pennsylvania?
14   A.    I mean, I think there was a time when Elise,
15   because she's younger and maybe was more active on
16   social media and would interact with the other affinity
17   groups via social media the potential is there, but it
18   was never assessed as Elise is going to be a kinetic
19   player in the let's go burn down bulldozers game. Ellen
20   was actually more -- I mean personally I was worried
21   about her from just a human standpoint because she would
22   -- she's an older woman and I'm sure she's tough, but
23   her walking on to that right-of-way and while there's
24   bulldozers going and standing in front of them as
25   principled as she is there's a lot of outward about her

Page 40

1    personal safety. I never thought she -- nor do I think
2    anyone else thought she was a threat to assets.
3         MR. MARKOS: I don't have any further questions.
4    Somebody else might.
5    EXAMINATION BY MS. KRAMER:
6    Q.    Hi, I'm Elizabeth Kramer. I'm the attorney for
7    TigerSwan. I have a few questions. I wanted to ask you
8    some questions on some of the information you provided
9    concerning the lighting device that was used on the
10   right-of-way near the Gerhart property. You indicated
11   that there was a single lighting device used near or on
12   the right-of-way at the Gerhart property; is that right?
13   A.    Correct, closest to the Gerhart property, yes.
14   Across the street from the Gerhart property is where the
15   drill pad was and there was a light there, but that had
16   nothing to do with -- that was just so the workers could
17   see what they were doing at night.
18   Q.    Understood, but the lighting device that we were
19   talking about earlier, do you know who owned that
20   device?
21   A.    I think it's a company called Black Hawk or
22   something to that affect, Black something Hawk something
23   that -- I'm not sure who introduced that particular
24   piece of equipment to TigerSwan. I just know I was
25   directed by ETP or TigerSwan to meet with the guy who is

Nikolas McKinnon

Page 41

1  familiar with it and then figure out how to utilize it
2  on the right-of-way.
3      Q.   Do you know if the construction company had
4  asked for that lighting device to be installed on the
5  right-of-way near the Gerhart property?
6      A.   I don't recall who specifically requested that
7  piece of equipment.
8      Q.   Do you know who was operating it or monitoring
9  it on a daily basis?
10     A.   The company -- so essentially the company that
11 provided the equipment also monitored the cameras and
12 any alerts if, for example, because there was a deer
13 fence set up and even if a deer ran through there it was
14 also motion sensored so if they got an alert and it was
15 a significant one like a human being then they would
16 call multiple people.
17     Q.   Were TigerSwan employees or independent
18 contractors actually monitoring the activity on that
19 camera connected to the lighting device?
20     A.   Not to my knowledge, no.
21     Q.   You said that the lighting device was directed
22 specifically at the entrance of the right-of-way,
23 correct?
24     A.   Correct.
25     Q.   Was it directed at the Gerhart's home?

Page 42

1      A.   No.
2      MS. KRAMER:  Those are my only questions.
3  EXAMINATION BY MR. MARKOS:
4      Q.   Very briefly about this lighting device, did
5  anybody with access to the right-of-way have access to
6  the device?
7      A.   In what way?
8      Q.   If you could be on the right-of-way, was there
9  anything to prevent you from touching or manipulating?
10     A.   No.
11     Q.   Who would Black Hawk contact if activity was
12 detected by the device?
13     A.   Just to be clear, I'm not sure if that was the
14 actual name.  I just remember it was something like
15 that.
16     Q.   Who was contacted if the device detected
17 activity?
18     A.   I believe myself, I think at that time the
19 current VP of oil and gas would have been Derrick Burr
20 at TigerSwan and probably Frank Recnagle at Energy
21 Transfer at least.  There may have been more folks.
22 Guardian Angel which TigerSwan owned, I think they may
23 have -- I think they were in a chat with that kind of
24 notification system.
25     Q.   Do you know whether wild life could trigger the

Page 43

1  geofence?
2      A.   Yes, it could.
3      Q.   Do you know if it did near the Gerhart property?
4      A.   Yeah, I saw a deer a couple of times.  I do
5  recall a deer triggering the camera and then I think
6  after talking to the company they were able to change
7  the algorithm to pick up move a human silhouette rather
8  than wild life.
9      Q.   When the lights were on, what direction did they
10 shine?
11     A.   You would have to orient me, so I believe the
12 Gerharts were on the north side of the street, is that
13 north, and then that main road ran east, west, so the
14 right-of-way ran north, south; is that correct, do you
15 guys know?
16     Q.   I'm trying to pull up the map for you?
17     MR. RAIDERS:  If I could assist the main road
18 runs north, south.
19     Q.   I will represent to you on Google maps is the
20 Gerhart home.
21     A.   Yes.
22     Q.   This is 829 running north and south and here is
23 the home.  You would probably know better than I do if
24 this clearly is the right-of-way or not.
25     A.   It is.

Page 44

1      Q.   Where was the lighting device placed?
2      A.   Right, down and right, go right, go up, probably
3  right in that area.
4      Q.   Do you know if this is at an elevated point from
5  where the house sits?
6      A.   The house is actually elevated from what I
7  remember.
8      Q.   Could you see the house from this point?
9      A.   Yeah, during the winter you could because all of
10 that foliage that you are seeing in between on the
11 Google map image, all of those leaves would have fallen
12 during the winter and spring, depending on how fast the
13 leaves came back, you could see the house.
14     Q.   Where my house cursor is, is the approximate
15 location of the lighting fixture?
16     A.   Approximately.
17     Q.   What direction would the lights shine when they
18 were on?
19     A.   South and a little bit east toward -- I don't
20 know if you can share a screen.  I can point to it.
21     Q.   I don't know if I can.  Toward that area?
22     A.   No, it would be toward the house area.
23     Q.   Toward the Gerhart house?
24     A.   Right, south and east.  I'm sorry, north and
25 west, more north than -- I'm sorry, more west than

Nikolas McKinnon

## Page 45

1  north, though.
2  Q.    Generally in this direction?
3  A.    Yes, because there was -- it was like an open
4  shed if you were to move your cursor more north off the
5  right-of-way and now west.  Somewhere around there,
6  maybe a little bit more south, there's an open shed down
7  there that was on the Gerhart property.  I think that's
8  really the only thing and I recall being on the
9  right-of-way and seeing Elise and some other folks in
10  that open shed area drinking coffee, eating breakfast,
11  yelling at us, things like that.  That's the only reason
12  I remember, so the only thing I think that light could
13  have potentially been seen by is anybody in that open
14  shed.
15  Q.    The lights shined out rather than down, is that
16  fair?
17  A.    Yes.
18        MS. KRAMER:  Object to form.
19  Q.    Do you know where on this screen Camp White Pine
20  was situated?  Again, this is the Gerhart house.
21  A.    You are in the general area.  I think it was a
22  little further east.
23  Q.    East or west?
24  A.    East.
25  Q.    Toward Michael Gerhart?

## Page 46

1  A.    Yes.
2        MR. MARKOS:  No further questions from me.
3        MS. KRAMER:  I just have one followup question.
4  Q.    If you could approximate distance between where
5  the lighting device on the right-of-way on the Gerhart
6  property was from the Gerhart home, would you be able to
7  approximate that distance?
8  A.    I would say at least less than a quarter mile,
9  but it was a good walk.  It looked like when I saw
10  people walking back and forth maybe 800 yards,
11  approximately, 800 to 1,000 yards.
12        MS. KRAMER:  Those are my only questions, so
13  thank you.
14        THE VIDEOGRAPHER:  The time is 11:51.  We are
15  now off the record.
16
17
18
19
20
21
22
23
24
25

## Page 47

1        CERTIFICATE
2
3        I, STACEY J. ORLICK, a Notary Public and
4  C.S.R. of the State of New Jersey, License No.
5  XI00226700, do hereby certify that prior to the
6  commencement of the examination NIKOLAS McKINNON was
7  duly sworn by me to testify the truth, the whole truth
8  and nothing but the truth.
9        I DO FURTHER CERTIFY that the foregoing is a
10  true and accurate transcript of the testimony as taken
11  stenographically by and before me at the time, place and
12  on the date hereinbefore set forth.
13        I DO FURTHER CERTIFY that I am neither a
14  relative nor employee nor attorney nor counsel of any of
15  the parties to this action, and that I am neither a
16  relative nor employee of such attorney or counsel, and
17  that I am not financially interested in the action.
18  _____
19  Notary Public of the State of New Jersey
20  My Commission expires June 2022
21  Dated:
22
23
24
25

Nikolas McKinnon

| A | | | | |
|---|---|---|---|---|
| **a.m** 1:17 5:6 | **ago** 13:11 19:13 | 17:22 27:3 | 24:7 37:16,25 | **blockade** 38:20 |
| **able** 34:17 37:18 | 32:13 | 37:14 | **assumptions** | **blond** 37:9 |
| 43:6 46:6 | **agreement** 8:6 | **apologize** 37:3 | 25:12 | **bothering** 15:20 |
| **above-entitled** | 14:14 | **app** 31:2 | **assurance** 16:17 | **Box** 2:20 |
| 1:13 | **ahead** 18:22 | **appreciate** | **attorney** 5:14 | **BOYNTON** |
| **ABoynton@m...** | **Air** 24:16 25:10 | 22:16 | 7:10 40:6 | 2:21 |
| 2:24 | **aircraft** 38:4 | **approximate** | 47:14,16 | **branch** 8:23 |
| **accepted** 14:14 | **al** 1:4,7 5:7 | 44:14 46:4,7 | **attorney's** 14:12 | **break** 7:3,4,7 |
| 14:15 | 38:10 | **approximately** | **Attorneys** 2:5 | 36:19 |
| **access** 11:10 | **ALAN** 2:21 | 20:15 37:6,7 | 2:10,16,23 3:3 | **breakfast** 45:10 |
| 21:1,3,6 22:7 | **alert** 41:14 | 44:16 46:11 | 3:9 | **brief** 32:7 38:15 |
| 42:5,5 | **alerts** 41:12 | **approximating** | **authority** 28:5,9 | **briefed** 39:9 |
| **accord** 8:16 | **algorithm** 43:7 | 12:5,25 | **available** 31:4 | **briefly** 42:4 |
| **account** 17:21 | **allegation** 19:15 | **apps** 30:19,22 | **Avenue** 3:2 | **broke** 31:10 |
| 22:6,14 | **ambiguous** 6:24 | 30:25 31:3 | **aware** 18:10,12 | **bubble** 9:19,21 |
| **accurate** 6:3,20 | **amended** 25:19 | **April** 1:16 5:5 | | **bulldozers** 39:19 |
| 47:10 | **analyses** 30:10 | **area** 21:6 23:10 | **B** | 39:24 |
| **acronym** 15:24 | **analysis** 30:5 | 32:9,18 39:4 | **back** 16:9,15 | **burn** 39:19 |
| 16:1 22:24 | 34:12 | 44:3,21,22 | 17:22 23:4,11 | **Burr** 42:19 |
| **action** 1:2 47:15 | **analyst** 11:11 | 45:10,21 | 30:8 44:13 | **business** 13:24 |
| 47:17 | 17:5 27:8,9 | **areas** 35:11 | 46:10 | 14:6 34:23 |
| **activated** 31:23 | 28:7 | **arm** 35:14 | **background** | **businesses** 14:9 |
| 31:24 | **analysts** 27:17 | **arrangement** | 7:21 | 36:1,1 |
| **active** 39:15 | 28:9 | 14:5 | **backwards** 7:22 | |
| **activity** 24:12 | **anarch** 34:3 | **articles** 29:9 | **based** 20:24 | **C** |
| 41:18 42:11,17 | **anarchism** 34:3 | **articulate** 34:15 | 26:7 39:1 | **C** 2:1 5:10 |
| **actual** 34:2 | **anarchist** 33:17 | 34:17 | **basis** 41:9 | **C.S.R** 47:4 |
| 42:14 | 33:24,25 | **ascribe** 25:23 | **Beckman** 17:4 | **call** 41:16 |
| **address** 13:18 | **anarchy** 33:18 | **asked** 11:17,19 | **believe** 7:24 | **called** 22:23 |
| 13:20 | 34:1,20 | 25:14 29:5 | 12:24 28:7 | 40:21 |
| **advise** 39:5 | **and/or** 9:19 | 32:24 38:2 | 38:24 39:11 | **camera** 41:19 |
| **adviser** 11:20 | **Angel** 42:22 | 41:4 | 42:18 43:11 | 43:5 |
| 13:12 14:25 | **answer** 7:6 | **asking** 7:21 | **believed** 39:5 | **cameras** 32:14 |
| 15:15 16:4 | 22:16 25:3 | **aspect** 26:8 | **bell** 26:19 | 41:11 |
| 23:23 24:3,4 | 34:19 | **assess** 12:10 | **beneficial** 29:6 | **camp** 19:23 20:5 |
| 27:13 28:4,8 | **answered** 37:4 | 30:6 | **benefit** 5:17 | 20:17,21 21:1 |
| 29:15,23 30:21 | **answers** 6:2,11 | **assessed** 39:18 | 17:10 | 21:3,6,9,24,24 |
| 31:5,11 32:25 | **Anti** 15:17 | **assets** 40:2 | **BENSON** 3:4 | 22:9,17 23:1 |
| 35:8 38:8 | **anticipate** 6:6 | **assigned** 11:25 | **better** 15:4 37:4 | 29:24 30:12 |
| **advisers** 35:8 | **anybody** 21:23 | **assist** 43:17 | 43:23 | 34:12 37:3,11 |
| **advising** 12:1 | 25:20 27:8 | **assistance** 37:18 | **beyond** 35:2 | 38:15 39:6 |
| **affect** 15:21 | 29:14 37:14 | **ASSISTANT** | **big** 16:24 | 45:19 |
| 40:22 | 42:5 45:13 | 3:1 | **bit** 31:10 44:19 | **CARFLEY** 2:22 |
| **affinity** 39:16 | **anyone's** 22:14 | **associated** 25:17 | 45:6 | **Carolina** 17:7,8 |
| **agency** 15:17 | **Apex** 16:15,15 | **assume** 12:19 | **Black** 40:21,22 | **carry** 13:20 |
| | 16:20 17:6,7,8 | 19:1 21:16 | 42:11 | **case** 5:15 13:8 |

38:24
**Cedar** 2:3 26:20
**Cehenderson...**
  3:10
**certain** 27:2,10
  28:17 32:4,9
**CERTIFICA...**
  47:1
**Certified** 1:14
**certify** 47:5,9,13
**Chad** 38:11
**chance** 14:17
**change** 43:6
**changed** 16:24
  34:12
**charter** 24:13
**chat** 42:23
**check** 16:17
**Chester** 3:8
**chief** 23:25
**Chopper** 24:16
  25:10
**Christopher** 2:5
  5:13
**Civil** 1:2 6:14
**claims** 25:24
**class** 9:3
**clear** 23:21
  42:13
**clearly** 43:24
**client** 12:11
  35:16 36:3,8
**closest** 40:13
**CMarkos@W...**
  2:6
**coast** 25:6
**coffee** 23:8
  45:10
**collect** 20:7
**collected** 21:17
**collecting** 23:10
**college** 10:7,9
**color** 37:8,9
**come** 25:9 31:20
  39:11
**coming** 39:3

**commencement**
  47:6
**commencing**
  1:17
**comment** 26:12
**Commission**
  47:20
**common** 33:23
  34:1
**commonly** 35:15
**communication**
  27:2,6 30:19
  30:20,22 31:3
**companies** 33:9
  35:4
**company** 24:13
  40:21 41:3,10
  41:10 43:6
**complaint** 13:8
  19:12,16,20
  25:20
**concept** 33:17
**concerning** 40:9
**conducted** 24:13
**confidentiality**
  14:14
**connected** 31:19
  41:19
**connection** 26:2
**CONNIE** 3:9
**construct** 12:17
**construction**
  12:14 21:3,4
  38:21 41:3
**consulting** 36:7
**contact** 22:21
  23:7 27:24
  42:11
**contacted** 42:16
**continue** 35:18
**contract** 28:23
**contracting**
  10:23
**contractor** 8:1
  8:17,19 9:7,9
  13:15,17,23

22:8 27:4
**contractors**
  41:18
**contracts** 8:20
**conversations**
  6:7
**coordinate** 38:3
**coordinated**
  24:24
**coordinating**
  25:5
**copied** 16:19
**correct** 9:5 17:8
  17:24 19:3
  21:22 40:13
  41:23,24 43:14
**correctly** 26:11
**counsel** 3:1 4:12
  5:8 7:13 17:11
  47:14,16
**counter** 9:21
**couple** 21:11
  43:4
**course** 16:25
**court** 1:1 5:4
  6:14,16
**create** 16:1,8
**criticized** 33:14
**crutch** 37:19
**culture** 34:21
**current** 42:19
**cursor** 44:14
  45:4
**curtesy** 6:10

**D**
**daily** 41:9
**Dakota** 11:9
**damage** 39:7,12
**DAPL** 11:10,13
  13:1 28:2
**date** 5:5 14:19
  14:20,23,24
  18:6 47:12
**dated** 23:15
  47:21

**dates** 12:2
**DAVIS** 3:3
**day** 35:25
**decided** 38:25
  39:4
**deer** 41:12,13
  43:4,5
**defendant** 2:16
  3:9
**Defendants** 1:8
  2:23 3:3
**defense** 9:10
**defined** 29:24
**definitely** 36:15
**delivered** 16:12
**denote** 33:21
**Denzel** 3:14 5:2
**depend** 28:21
**depending**
  44:12
**depicted** 34:20
**deponent** 5:7
**deposed** 5:21
**deposition** 1:6
  5:3,15 6:13,25
  7:14
**deputy** 11:12
**Derrick** 42:19
**describe** 12:7
  31:17 32:5
**described** 32:13
**DESCRIPTI...**
  4:7
**destroy** 39:7,12
**detect** 31:21
**detected** 42:12
  42:16
**determination**
  30:2
**determinations**
  30:10
**determined**
  30:12
**device** 31:19
  32:15 40:9,11
  40:18,20 41:4

41:19,21 42:4
42:6,12,16
44:1 46:5
**devices** 31:7,13
  31:17 32:12
**DF** 4:8,9,10
  17:13
**difference** 5:24
**different** 6:9
  8:19 9:15
  10:10,17,19
  13:5 14:7
  22:17 29:3
  34:18 35:10
**direct** 16:19
  27:16 28:5
**directed** 29:7,9
  29:13,14 32:18
  40:25 41:21,25
**direction** 32:18
  34:18 43:9
  44:17 45:2
**directly** 16:22
  20:11
**Dirty** 37:9
**discharge** 11:1
**discover** 29:23
**discussed** 33:7
  36:14
**discussion** 36:22
**dispute** 38:22
**distance** 46:4,7
**distinction**
  11:22
**distinguishing**
  37:21
**distracted** 26:17
**district** 1:1,1 5:4
  5:4
**document** 14:11
  14:15,24 17:9
  17:15 18:9,23
  19:6 21:16
  23:4,15 24:15
**documents**
  24:11

**doing** 40:17
**domain** 32:22
  38:24 39:1
**dos** 32:10
**draft** 17:15 24:4
**drafted** 17:11,16
  18:9
**drafting** 32:2
**draw** 11:22
**drill** 40:15
**drinking** 45:10
**drones** 25:15,18
  38:2
**DTP** 38:4
**duly** 5:10 47:7
**DUNSMORE**
  3:4
**duty** 10:18
**dynamically**
  9:20

**E**

**E** 2:1,1 9:4
**E-5** 9:3
**e-mail** 13:18,20
  16:18
**e-mailed** 19:1
**earlier** 29:25
  38:2 40:19
**early** 16:14
**ears** 37:25
**easement** 21:5
  25:16 31:8,13
  38:4
**east** 11:21 12:1,9
  12:23 13:2,13
  15:1 16:4,14
  25:6 29:20,23
  31:6,12 32:3
  37:15 38:13,22
  43:13 44:19,24
  45:22,23,24
**eating** 45:10
**economy** 36:2
**edited** 33:14
**EF** 17:9

**EHGARTNER**
  3:4
**either** 33:21
**EKramer@L....**
  2:17
**elaboration**
  35:23
**elements** 15:21
**elevated** 44:4,6
**Elise** 25:24 39:6
  39:9,11,14,18
  45:9
**Elizabeth** 2:15
  40:6
**Ellen** 1:4 39:6,9
  39:11,19
**Elmerton** 3:2
**employee** 7:25
  8:3 13:15,21
  14:6 22:2
  47:14,16
**employees** 41:17
**employment** 8:6
  8:12,18
**ended** 32:22
**energy** 1:7 5:6
  12:11 16:11
  25:4 28:16,17
  28:18,24 29:4
  29:12,14,17
  33:8 35:16,21
  36:3,11,16
  42:20
**enlisted** 9:4
**enterprise** 9:14
**entities** 33:14
**entity** 29:17
**entrance** 32:20
  41:22
**environmental**
  15:10,12,20
  23:18
**equipment**
  12:16 39:12
  40:24 41:7,11
**ERE** 23:18

**ERE's** 15:6,8
**ESQ** 2:5,10,15
  2:21,22,22 3:3
  3:9
**essentially** 10:1
  22:5 38:19
  41:10
**et** 1:4,7 5:7
**ETP** 16:18,19,22
  40:25
**eventually** 11:12
  33:14 35:9
**everybody's**
  5:17
**exact** 15:23 20:1
**exactly** 15:24
  28:3 30:16
  32:17 38:14
**exaggerate**
  35:17
**examination** 4:2
  5:12 40:5 42:3
  47:6
**example** 32:14
  41:12
**exceptionally**
  7:4
**executive** 9:20
  9:22
**Exhibit** 17:3
**Exhibit-1** 4:8
**Exhibit-2** 4:9
**Exhibit-3** 4:9
  18:20
**Exhibit-4** 4:10
  23:16
**exhibits** 4:6,12
**expenses** 13:24
  14:6,9
**experience** 8:21
  10:13,15 33:16
**expires** 47:20
**extend** 6:10
**extent** 32:4
  35:24
**extremists** 23:18

**eye** 37:8,9
**eyeglasses** 37:22
**eyes** 14:12

**F**

**face** 5:23,23
**Facebook** 19:7
  22:5,6,7,10
  25:23
**Facebook.com...**
  17:18
**fair** 9:9 10:5
  11:16 18:18
  22:19 24:7
  34:24 45:16
**fallen** 44:11
**falsely** 25:23
**familiar** 18:24
  19:7,12 33:17
  41:1
**families** 9:16
**far** 21:5 23:12
  23:14 25:1
  32:20
**fast** 44:12
**favorite** 31:2
**features** 37:22
**February** 30:7
**federal** 15:17
**female** 20:14,14
**fence** 41:13
**FERC** 15:17,18
**figure** 41:1
**filed** 13:8
**financially**
  47:17
**find** 34:3,4,6
**fine** 27:23
**finish** 6:1,5,10
  6:11 7:6
**fired** 8:15
**first** 5:16 16:9
  17:10 23:21
**five** 22:13
**fixed** 38:4
**fixture** 44:15

**flavor** 15:22,25
**flight** 24:19
**flown** 24:16
  25:24 26:6
**fluctuated** 30:4
**fly** 24:22,24 25:5
  25:10,15 38:4
**flying** 25:18
**focus** 11:15
**foliage** 44:10
**folks** 16:18,20
  17:22 27:10
  37:11 38:19
  42:21 45:9
**follow** 10:22
**follows** 5:11
**followup** 6:12
  46:3
**foregoing** 47:9
**Fork** 26:20
**form** 9:18 11:6
  11:24 13:4
  14:3 16:6
  17:25 18:14
  19:4,22 20:10
  20:18,23 21:15
  21:25 22:3,20
  23:2,13 24:9
  24:20,25 25:8
  26:15 27:19
  28:11 29:2,18
  31:9,15 33:19
  33:22 34:14
  35:1,20,22
  36:12,15 38:5
  45:18
**formalized** 8:5
**forms** 14:7
**forth** 46:10
  47:12
**found** 34:9
**frame** 26:7
**Frank** 42:20
**friend** 22:12
**front** 39:24
**fuel** 14:9

function 14:12
functions 28:14
further 39:2
  40:3 45:22
  46:2 47:9,13

**G**

gain 10:15
gained 10:13
game 39:19
gas 42:19
gather 21:21,23
gathered 21:13
gathering 9:18
  22:18
general 10:4
  13:1 32:5
  45:21
Generally 45:2
genre 10:2
geofence 43:1
geofences 31:21
geofencing
  31:23
geography
  20:25
Gerhard 1:4
  20:22
Gerhart 5:6
  19:17,20 21:2
  23:1,3 25:24
  25:25 31:8,14
  32:21,21 33:4
  39:6,12 40:10
  40:12,13,14
  41:5 43:3,20
  44:23 45:7,20
  45:25 46:5,6
Gerhart's 41:25
Gerharts 35:11
  38:23 43:12
gestures 6:24
give 5:16 14:17
gives 9:22
glean 22:15
go 10:7,9 18:22

20:20 21:1
  35:2 39:19
  44:2,2
goes 30:8
going 6:6 14:11
  14:17 15:3
  16:19 25:19
  39:18,24
good 5:13 36:6
  46:9
Google 43:19
  44:11
government
  8:20
graduate 10:11
gross 14:1
ground 5:16,25
  27:10
group 22:7,22
  27:17 38:19
groups 39:17
Guardian 42:22
guards 35:10
guess 10:4 38:23
guy 11:19 38:10
  38:11 40:25
guys 43:15

**H**

Hair 37:8
hand 32:13
happened 8:7
  19:25
Harrisburg 2:15
  2:21 3:2 7:19
Hawk 40:21,22
  42:11
head 6:22,22
headquartered
  16:16
headquarters
  17:6
hearings 39:2
held 1:16 32:14
  36:23 38:12
helicopter 23:21

24:12,16,18,22
  25:5,9,24 26:3
  26:6
helicopters 25:1
  25:14 38:3
help 14:24 23:5
HENDERSON
  3:9
hereinbefore
  47:12
Hi 40:6
high 9:15 30:6,7
  30:8
highlights 24:12
hired 7:25 11:8
home 20:22,22
  21:1,4 41:25
  43:20,23 46:6
honestly 15:13
Honorable 11:1
house 44:5,6,8
  44:13,14,22,23
  45:20
HULL 2:22
human 20:12
  22:21,23,24,25
  26:8,13 35:12
  37:2 39:21
  41:15 43:7
Huntington
  23:9
hypothetically
  30:5

**I**

idealogy 34:2
identified 23:22
identify 24:15
ideology 33:25
  34:16,22
illuminate 32:19
image 44:11
images 4:9 19:5
imagine 20:19
immanent 39:1
imminent 32:22

38:24
impede 38:21
important 5:25
  6:5,9,20,21
IMW 35:14
include 12:13,16
  29:1 32:12
included 33:24
includes 12:19
incur 14:9
independent 8:1
  8:17,19 9:7,9
  10:23 13:15,17
  13:23 19:5,19
  22:8 27:3
  41:17
INDEX 4:1
indicated 40:10
indication 35:14
indications 9:22
individual 22:18
  23:6
individuals 9:16
  17:1 18:5
  32:11
industries 9:12
industry 9:10
  33:16
infiltrator 19:16
information
  19:19 21:13,17
  22:15 23:11
  26:10,12 27:12
  40:8
infrastructure
  12:20 39:8
initial 33:6
Initially 11:9
  26:16
installed 41:4
intel 27:8,9,17
  28:7,9 35:11
  37:2
intelligence 9:19
  11:11 17:5
  20:7 21:21,23

22:5,18,24,25
  23:10 26:8,14
  28:21 35:12,13
interact 39:16
interest 34:7
interested 22:23
  36:16 47:17
introduced
  40:23
invigorate 36:8
invigoration
  36:10
involve 34:4
involved 12:22
  18:1,4,5 32:2
  33:8,10
involvement
  18:12
issues 6:15

**J**

J 1:14 47:3
January 8:8,9
  30:6
jargon 15:4
Jersey 1:16 47:4
  47:19
JESSICA 3:3
Jessicdavi@p...
  3:5
job 10:20 11:3
  12:7 13:1,2
  28:14,21 36:6
  36:6
Johnson 26:22
  26:24 27:1,25
Johnson's 28:6
joined 11:7
joining 10:3
JR 2:21
judge's 39:1
July 8:14
jump 6:11
June 18:7,13
  23:15 26:4
  47:20

**K**

**K** 5:10,10
**KANDICE** 2:22
**Kari** 19:9
**keep** 36:3,9,16
  36:17
**kept** 36:5
**KERWIN** 2:22
**KHull@mcne...**
  2:25
**kind** 16:17,21
  20:20,25 27:11
  32:10 42:23
**kinetic** 39:18
**know** 6:19 7:18
  17:4,20 18:1,3
  18:16 20:13,14
  20:21 21:8,13
  21:20 22:4
  23:12,14 25:2
  25:13 26:17,22
  26:24 27:1
  31:6 32:15
  34:15 37:10,13
  37:13 38:7,12
  40:19,24 41:3
  41:8 42:25
  43:3,15,23
  44:4,20,21
  45:19
**knowledge** 16:2
  37:23 38:6
  41:20
**knowledgeable**
  18:17
**known** 11:10
  34:11
**Kramer** 2:15 4:4
  11:6,24 13:4
  14:3,19 16:6
  17:25 18:14
  19:4,22 20:8
  20:10,18,23
  21:15,25 22:3
  22:20 23:2,13
  24:9,20,25

25:8 26:15
27:19,22 28:11
29:2,18 31:9
31:15 33:19,22
34:14 35:1,20
35:22 36:12
38:5 40:5,6
42:2 45:18
46:3,12
**Kurt** 26:18

**L**

**L** 2:15 5:10
**L.P** 1:7
**lack** 15:3
**land** 38:25 39:4
**landscape** 20:25
**laundromat**
  23:7
**LAVERY** 2:13
**LAW** 2:8,13 3:7
**lay** 32:8
**layout** 21:17
**leadership** 36:14
**learn** 10:20 25:9
**leave** 8:12 10:24
  11:17
**leaves** 44:11,13
**left** 8:16 9:6
  10:12,22 11:18
  31:25
**legal** 38:22
**let's** 7:22 39:19
**License** 1:15
  47:4
**life** 42:25 43:8
**light** 31:6,12,18
  31:24 32:15,23
  40:15 45:12
**lighting** 31:7,13
  32:15 40:9,11
  40:18 41:4,19
  41:21 42:4
  44:1,15 46:5
**lights** 31:23 43:9
  44:17 45:15

**Likewise** 6:10
**line** 27:22
**link** 17:17
**list** 16:23,24
**little** 12:3 29:3
  31:10 37:2
  44:19 45:6,22
**live** 7:16,17
**lived** 21:8
**living** 10:3 21:10
**LLC** 2:19 24:16
  25:10
**LLP** 3:7
**location** 14:10
  44:15
**long** 7:4,5 11:13
  12:22 18:20
  29:7 38:12
**longer** 36:2,4,5
  36:5,9
**look** 17:12 19:7
  22:9,9,14 34:2
**looked** 26:3 37:5
  46:9
**looking** 22:5,22
**looks** 18:24
**lot** 10:20 39:25
**low** 30:8
**lumens** 32:17

**M**

**M** 5:10
**M-c-K-i-n-n-o...**
  5:20
**mailing** 16:23
**main** 12:10
  31:21 43:13,17
**maintain** 14:13
**making** 21:11
**manager** 11:12
**manipulating**
  42:9
**manpower** 33:1
**map** 43:16 44:11
**maps** 43:19
**March** 30:8

**Mariner** 11:21
  12:1,8,23 13:2
  13:13 15:1
  16:4,14 29:20
  29:22 31:6,12
  32:3 37:15
  38:13,21
**Mariners** 11:16
  11:23,23
**mark** 17:2 23:16
**marked** 14:12
**Market** 2:3,14
**marking** 25:21
**Markos** 2:5 4:3
  5:12,14 14:20
  17:2 27:21
  36:18 40:3
  42:3 46:2
**matter** 1:13 5:6
**McGinty** 38:11
**McKINNON**
  1:6 3:9 4:3 5:8
  5:19 47:6
**McNEES** 2:19
**ME2** 11:21
  16:14 28:1,4,8
  30:21 33:24
**mean** 10:17 19:7
  22:4 34:15,20
  35:4 36:13
  37:25 39:14,20
**Meaning** 17:23
**means** 9:4 23:19
**meant** 15:24
**media** 22:12
  39:16,17
**meet** 40:25
**Meriweather**
  26:18
**Michael** 45:25
**middle** 1:1
  17:17
**mile** 46:8
**miles** 7:18
**military** 8:20,21
  9:6 10:3,17,19

10:22,24
**mind** 11:22
**minds** 34:18
**minute** 32:13
**money** 33:12,12
**monitored** 41:11
**monitoring**
  31:19 41:8,18
**mono** 34:3
**month** 13:11
  19:13
**months** 12:24,25
**morning** 5:13
**motion** 31:25
  41:14
**move** 43:7 45:4
**movies** 34:20
**multiple** 10:10
  17:1 23:9
  24:21 26:5
  30:9 33:8,13
  41:16

**N**

**N** 2:1,9 4:3 5:10
  5:10,10,10
**N-i-k-o-l-a-s**
  5:19
**name** 5:2,13,17
  5:19 17:16
  20:16,17 23:22
  23:25 24:7
  26:17,22,24
  27:1 37:10
  38:10 42:14
**named** 38:11
**narrative** 15:17
  29:8
**Nate** 26:24
**nation** 10:21
**Navy** 8:24
**near** 31:7,13
  35:11 40:10,11
  41:5 43:3
**nearing** 30:17
  30:17

Nikolas McKinnon

**necessarily**
  28:15 33:21
**necessary** 6:22
**need** 7:3
**needed** 6:25
  33:1
**neither** 47:13,15
**never** 21:11
  39:18 40:1
**new** 1:16 11:18
  18:18 47:4,19
**Nicholas** 26:22
  27:1
**Nick** 5:13,21
  7:10 26:22
  27:25 28:6
**night** 21:12
  31:22,25 40:17
**Nik** 14:15,23
  37:1
**Nikolas** 1:6 3:9
  5:7,19 47:6
**nod** 6:22
**normal** 6:7
**north** 17:7,8
  43:12,13,14,18
  43:22 44:24,25
  45:1,4
**Notary** 1:15
  5:11 47:3,19
**noted** 5:8
**notes** 1:12
**notification**
  42:24
**nots** 32:10
**nuances** 35:2
**number** 4:7
  33:15
**NURICK** 2:19

**O**

**O** 5:10,10
**object** 11:6,24
  13:4 14:3 16:6
  18:14 19:22
  20:18,23 21:15

21:25 22:3
  23:2 24:9,20
  24:25 27:19
  29:2,18 31:9
  31:15 33:19,22
  34:14 35:1,20
  35:22 36:12
  38:5 45:18
**Objection** 17:25
  19:4 20:8,10
  22:20 23:13
  25:8 26:15
  28:11
**objective** 12:10
  20:20
**objects** 25:20
**obviously** 33:7
**occur** 36:10
**occurred** 39:3
**October** 7:24
**office** 14:10 18:4
**officer** 9:3 24:1
**oil** 42:19
**Okay** 18:22,22
  18:22 23:19,19
**old** 37:5
**older** 39:22
**on-the-job** 10:18
**ongoing** 26:9
  38:22
**open** 22:4,6,7
  27:11 45:3,6
  45:10,13
**operating** 41:8
**opportunity**
  7:13 13:7
**order** 28:13
  35:18
**organization**
  17:22
**orient** 43:11
**origin** 25:25
  26:10,12,13
**Original** 4:12
**originally** 11:11
**Orlick** 1:14 5:9

47:3
**Ornaski** 38:11
**outcome** 39:3
**outer** 9:19
**outside** 21:24
  23:1,3
**outward** 39:25
**overs** 24:22,24
  25:6
**oversee** 20:11
**overseeing** 12:8
**overseen** 33:13
**owned** 25:10
  40:19 42:22

**P**

**P** 2:1,1
**P.O** 2:20
**PA** 18:1,10,12
  28:25 29:1,7
**pad** 40:15
**page** 4:2,7 16:9
  17:10,11,12,13
  17:17 18:18
  23:21 24:11,15
**paid** 36:4
**paperwork** 14:8
**paragraph**
  25:21 26:2
**parlance** 33:23
  34:2
**part** 21:3,4 25:3
**participating**
  32:11
**particular** 33:10
  33:12 40:23
**parties** 33:8
  47:15
**partners** 1:7 5:7
  26:20 35:21
**pass** 23:11
**pay** 37:16
**paying** 28:17
**payment** 14:2
**payroll** 36:17
**PC** 2:8

**pending** 7:5,6
**Pennsylvania**
  1:1 2:4,9,15,21
  3:1,2,8 5:5
  11:20 27:14
  39:8,13
**people** 6:4 12:13
  33:11 41:16
  46:10
**percent** 36:1
**perform** 28:13
**Performing** 9:17
**period** 8:25 20:1
  21:9 27:24
  30:11
**person** 5:23 6:2
  20:3,4,5,9,13
  22:17 23:10,12
  26:14 37:3
**personal** 40:1
**personally** 39:20
**personnel** 33:15
**petty** 9:3
**Philadelphia** 2:4
**photographs**
  19:9
**physical** 37:21
**physically** 27:14
**pick** 43:7
**piece** 40:24 41:7
**pierced** 38:1
**piercings** 37:24
**Pike** 3:7
**Pine** 2:20 19:24
  20:6 21:24,24
  22:9,18 23:1
  29:24 30:13
  34:13 37:3,11
  38:16 39:6
  45:19
**pinpoint** 14:24
**pipeline** 11:10
  12:14,17,20
  28:5,8 29:8
  32:6 38:21
  39:7,12

**place** 6:15 47:11
**placed** 44:1
**places** 10:10
  23:9
**Plaintiff** 2:5
**plaintiffs** 1:5
  2:10 5:14
**plan** 32:6
**planet** 22:10
**planned** 39:12
**planning** 25:20
  39:7
**plans** 32:3,24
**play** 36:8
**played** 31:6
**player** 39:19
**point** 8:2 11:15
  16:13,18,19,24
  18:16 19:1
  20:12 22:8
  30:3,9,12 44:4
  44:8,20
**pointed** 32:23
**POLICE** 3:1
**position** 27:9
  36:5 38:12
**possible** 6:8
**posts** 25:23
**potential** 12:11
  39:17
**potentially** 28:2
  45:13
**Pottstown** 3:7
**practically** 5:24
**presence** 32:9
**Present** 3:14
**pretty** 16:24
  27:2
**prevent** 42:9
**principled** 39:25
**prior** 47:5
**privacy** 22:10
  22:14
**private** 9:14
  24:13
**pro** 29:8

Nikolas McKinnon

probably 20:2
20:15 21:16
30:17 42:20
43:23 44:2
proceeding 6:14
proceedings
1:13
produce 32:16
product 11:9
products 28:18
profile 9:15
profit 36:1
program 11:12
progress 17:18
18:1,10,13
28:25 29:1,8
project 11:18
27:10,20 28:1
30:11 31:1
32:3,6 35:9
projects 13:6
promised 28:22
29:1
property 19:17
19:21 21:2
23:1,3 25:25
31:14 32:21,21
33:5 40:10,12
40:13,14 41:5
43:3 45:7 46:6
protection 9:18
9:20,23
protocols 32:10
provide 27:11
28:18 35:18
provided 21:14
25:4 26:12,13
35:7,8,9,11,12
35:13 40:8
41:11
provides 9:21
providing 9:19
9:24 10:14
29:16 34:23
Public 1:15 5:11
47:3,19

published 29:9
pull 23:4 25:19
43:16
purpose 20:5
27:6 31:21
push 36:16
putting 17:9

**Q**

QA 16:17
quality 16:16
quarter 46:8
question 6:5,12
7:5,6 23:20
25:15 33:1
46:3
questioning
27:22
questions 6:2
7:7 37:1 40:3,7
40:8 42:2 46:2
46:12
quite 18:20

**R**

R 2:1,21
radical 15:12,21
RAIDERS 2:8
2:10 43:17
ran 41:13 43:13
43:14
rank 9:2
read 13:8,9
14:17 32:8
reading 2:9
14:22 15:11
ready 14:18
17:13,14 23:17
real 20:17
really 29:6 45:8
reason 6:3,9
22:23 30:7
45:11
recall 8:7 14:8
17:21 18:11,15
18:25 19:15,25

20:15,24 21:10
24:18 25:11
28:2 29:4
30:15 31:1,18
35:24 37:5,9
37:23 38:1,14
39:9 41:6 43:5
45:8
receive 11:3
17:1
received 10:19
Recnagle 42:20
recognize 14:15
recollection
16:25 18:2
recommend
32:25
recommendati...
33:6,13
record 3:15 5:1
5:3,8,18 17:2
36:21,22,25
46:15
records 37:16
reference 23:20
referred 35:15
referring 27:20
regard 39:4
regarding 6:15
reimbursed
13:24 14:1,2,8
reimbursement
14:5
related 11:13
25:15 30:20
relation 32:6
relationship
28:23
relative 47:14
47:16
rely 28:13
remember 15:9
15:10,12,23
16:22 18:16
20:1,24 21:11
21:19 23:6

25:11,17 30:3
30:16 31:24
32:1,17,20
36:13 37:12
39:2 42:14
44:7 45:12
remote 14:10
remotely 27:4
report 14:19
16:10 18:6
20:9 26:3,7,8
reported 35:9
Reporter 1:15
reporting 28:22
reports 16:21
represent 43:19
representing
5:14 7:10
requested 41:6
research 34:7
respect 33:4
36:10 38:13
respective 6:1
response 6:23
6:24
responsibilities
12:8 29:22
retained 4:12
5:2
reviewed 7:8
reviewing 14:24
Rice 18:2
Rich@Raider...
2:11
RICHARD 2:10
right 9:25 10:16
17:7 21:21
31:22 34:16
40:12 44:2,2,2
44:3,24
right-of-way
15:19 21:5,7
26:6 32:19,20
33:10,12 39:23
40:10,12 41:2
41:5,22 42:5,8

43:14,24 45:5
45:9 46:5
rights 23:18
ring 26:19
risk 12:13 30:4,6
30:7,8,8,13
risks 12:11,11
12:13,16,19
35:18
road 35:10
43:13,17
Rob 18:2
role 13:14 14:25
16:4 24:3
27:16 28:6
32:24 38:7,16
roles 24:4
ROW 15:19
rules 5:16,25
ruling 39:1
run 29:7
running 43:22
runs 43:18
runway 24:22
rush 25:25 26:9
26:11,13

**S**

S 2:1 3:3 5:10
safety 32:10
40:1
save 33:12
saw 18:25 43:4
46:9
saying 6:8 35:17
says 15:6,14
19:20 25:23
SCarfley@mc...
2:24
schools 10:18,20
screen 14:12
44:20 45:19
scroll 14:18
18:21 23:17
second 9:3 24:11
25:19

Nikolas McKinnon

section 33:10,13
securing 10:21
security 9:24
   10:2,14,21
   11:3,20,25
   12:8,10,13,22
   13:12 14:25
   15:15 16:4
   23:23,25 24:3
   24:4 25:4
   27:13 28:4,8
   29:15,23,24,25
   30:13,20 31:5
   31:11 32:2,5,9
   32:12,24,25
   33:1,9,16
   34:24 35:7,8,8
   35:10,18,18
   38:8
see 15:6,14
   17:17 18:6,18
   19:9 24:13
   25:21 40:17
   44:8,13
seeing 37:23
   44:10 45:9
seek 7:13
seen 18:23 19:5
   45:13
sell 35:14,16
semester 10:12
send 16:13,15,21
senior 11:20
   13:12 14:25
   15:15 16:4
   23:22 24:3,4
   27:13 28:4,8
   29:15,23 30:20
   31:5,11 32:25
   35:7 38:7
sense 7:1 28:19
   32:7 33:2,25
   37:4
senses 22:19
sensored 41:14
sent 16:22 19:16

19:20,23 20:5
separately 14:2
   14:4
serve 8:23
service 8:21
   10:19 28:22
   29:5
services 9:17,24
   10:2,14 25:4
   29:1,16 35:19
set 22:11 38:20
   41:13 47:12
sets 28:18
settings 22:11
   22:14
settled 33:15
setup 20:25
shake 6:22
share 14:11,11
   44:20
shed 45:4,6,10
   45:14
shifted 11:15
shine 43:10
   44:17
shined 45:15
shop 23:8
short 7:7
Shorthand 1:14
show 17:11
Showing 14:14
SIANA 3:7
side 21:5 43:12
significant
   41:15
silhouette 43:7
Sinclair 3:14 5:2
single 40:11
site 17:20 29:8
SITREP 26:4
SITREPs 24:5
sits 21:18 38:20
   44:5
situated 45:20
six 22:13
skill 28:18

slightly 6:8
small 18:4
Smitherman
   19:9
social 22:12
   39:16,17
somebody 19:20
   23:7 37:16
   40:4
sorry 44:24,25
sort 5:16 6:14
   9:19 10:2 14:1
   31:13
source 22:4
   27:11
south 43:14,18
   43:22 44:19,24
   45:6
Sparrow 19:10
speak 6:21,21
speaking 29:5
speaks 6:2
specific 24:18
   32:18 36:14
specifically 11:8
   18:3,16 24:21
   25:12 28:22
   35:5,21 38:15
   41:6,22
specified 27:20
spell 5:17
spent 21:11
Spotsylvania
   7:17
spring 15:2
   30:18 44:12
Springs 3:8
SSA 15:14
Stacey 1:14 5:9
   47:3
stamp 14:20
standing 39:24
standpoint
   39:21
start 7:22,23
started 11:11

14:25
State 1:16 3:1
   47:4,19
States 1:1 5:4
stay 36:5
stenographic
   1:12
stenographica...
   47:11
STEPHANIE
   2:22
stood 33:11
street 2:3,9,14
   2:20 40:14
   43:12
Suite 2:4,14 3:8
summary 27:11
summer 12:2,3
   20:2
sums 32:14
Sunoco 2:23
   28:16 38:23,25
supervision
   27:16
supervisory
   28:5,9
support 27:9
supported 37:15
sure 18:3 29:7,9
   29:11 34:16
   39:22 40:23
   42:13
surveillance
   9:21
sway 34:17
swear 5:9
sworn 5:10 6:13
   6:15 47:7
system 42:24

_____

T

tactic 36:14
take 5:15 7:3,4,7
   11:19,25 36:18
taken 1:13 47:10
talked 24:12

27:17 28:25
talking 6:4
   29:11 35:5
   37:11 40:19
   43:6
tattoos 37:22
team 9:21,23
tech 22:13
television 34:21
tell 7:16 14:18
   17:13 18:20
   23:17 38:18
tenure 16:14
   24:22
term 10:4 33:17
terms 13:2 22:13
testified 5:11
testify 47:7
testifying 6:16
testimony 6:15
   47:10
texting 31:3
thank 46:13
theirs 36:3
thing 6:7 23:21
   45:8,12
things 10:21
   45:11
think 7:3,24
   11:11 15:11
   16:13,18 23:6
   26:7 27:3,19
   28:20 29:6
   30:9 32:14
   33:6,23 35:23
   39:14 40:1,21
   42:18,22,23
   43:5 45:7,12
   45:21
thinking 12:3
thought 40:1,2
threat 29:24,25
   30:13 40:2
three 13:11
three-minute
   36:18

**TigerSwan** 2:16
4:8,9,10 7:22
7:23 8:10,13
8:15,18 10:3
11:4,7,17
12:12 13:13,18
14:21 16:3,16
16:20 17:6,9
17:23 19:2,21
21:14,20,23
22:2,25 23:11
23:16 24:24
25:1,5,15,18
26:13 27:4
28:10,17,24
29:13,16,16
31:2,6,12 33:9
34:8 35:5,17
35:25 36:15,17
38:3 40:7,24
40:25 41:17
42:20,22
**TigerSwan's**
18:12 34:23
**Tim** 17:4,5
**time** 5:5 7:5 8:2
8:25 11:15
16:25 18:9
20:1,12 21:9
26:7,9 27:24
28:1 30:10
31:11 33:24
36:20,24 37:15
38:23,24 39:14
42:18 46:14
47:11
**times** 26:5 43:4
**today** 6:15 7:4
7:11 8:10
**Today's** 5:5
**top** 18:6
**touching** 42:9
**tough** 39:22
**tower** 31:19
**towers** 31:7,12
**training** 10:14

10:18,19,22
11:3
**transcript** 1:12
6:3,20,25
47:10
**transfer** 1:7 5:7
12:11 16:11
25:5 28:16,17
28:24 29:4,14
33:8 35:16
36:3,11,16
42:21
**Transfer/Sun...**
29:17
**transitioned**
13:14
**Transport** 28:19
29:12
**tree** 21:18 38:20
**trigger** 42:25
**triggered** 31:20
**triggering** 43:5
**true** 47:10
**truth** 47:7,7,8
**try** 36:6
**trying** 15:9,10
22:16 25:11
43:16
**turns** 30:7
**two** 6:4 11:16,21
11:23,23 12:1
12:9,23 13:3,5
13:13 15:1
16:5 27:5
29:20,23 31:6
31:12 32:3
38:13,22
**two-** 36:18
**type** 27:8 29:5
32:8

**U**
**ultimately** 16:11
**unclear** 27:23
**understand** 6:17
25:3 26:11

28:20 34:19
**understanding**
28:15,23 33:23
**Understood**
34:23 40:18
**United** 1:1 5:4
**updates** 35:12
**use** 10:4,5 16:3
20:17 21:23
31:2 38:3,25
**utilize** 22:25
30:19 31:12
41:1
**utilizing** 21:18

**V**
**verbal** 6:24
**verbalize** 6:23
**versus** 5:6
**video** 5:3 31:19
31:20
**videographer**
3:14 5:1,2
36:20,24 46:14
**videotaped** 6:19
**violence** 33:21
34:1,4
**violent** 34:21
**VIP** 9:15
**Virginia** 7:17
**visits** 21:11
**VP** 42:19
**vs** 1:6

**W**
**walk** 37:18 46:9
**walking** 39:23
46:10
**WALLACE**
2:19
**want** 5:15 10:13
16:23 25:13
30:16 35:16
37:2,4
**wanted** 17:12
40:7

**ward** 15:4
**warm** 20:2
**warning** 35:14
**warnings** 9:22
**wasn't** 25:20
**way** 30:4 31:22
42:7
**we'll** 7:3 17:2
23:16
**web** 17:20 29:8
**weeks** 13:11
**went** 20:22
22:17 23:6
34:1 35:24
**weren't** 21:3
**west** 43:13 44:25
44:25 45:5,23
**WhatsApp**
30:23
**wheelchair**
37:19
**white** 19:23 20:6
20:14 21:24,24
22:9,18 23:1
29:24 30:12
34:13 37:3,11
38:15 39:6
45:19
**wild** 42:25 43:8
**WILLIAMS** 2:3
**wing** 38:4
**winter** 30:17
44:9,12
**witness** 4:2 5:9
17:12
**woman** 21:8,20
39:22
**word** 22:22 36:8
**words** 15:22
**work** 7:21,22
8:9 9:9 10:3
11:13 28:13
30:5,19 38:21
**worked** 9:12,14
11:9 17:5 27:3
27:4 28:1

**workers** 40:16
**working** 7:23
11:19 12:14
13:13 14:10
19:2 27:13
34:8 37:14
**works** 9:20
37:14
**world** 10:23
**worried** 39:20
**wouldn't** 20:19
29:13
**write** 16:9
**written** 6:25
**wrote** 14:13
24:8

**X**
**X** 11:23
**XI00226700**
1:15 47:5

**Y**
**yards** 46:10,11
**yeah** 17:14 30:9
43:4 44:9
**year** 10:24 11:14
**years** 22:13
34:10
**yelling** 45:11
**York** 11:18
**younger** 39:15

**Z**
**Zoom** 1:16 5:25

**0**

**1**
**1** 17:3
**1,000** 46:11
**1:17-cv-1726-...**
1:2
**10:14** 1:17 5:6
**100** 7:18
**1000** 2:20
**11:23** 36:20

**11:30** 36:24
**11:51** 46:14
**1166** 2:20
**12** 1:16 5:5
**1300** 2:4
**14** 12:25
**145** 20:15
**147** 25:21
**1515** 2:3
**16** 12:2
**17** 4:8,9
**17108** 2:15,21
**17110** 3:2
**18** 4:9 8:9 12:24
  12:25
**1800** 3:2
**19102** 2:4
**1915** 4:9 17:10
**1916** 4:9 17:10
  17:13
**19425** 3:8
**19601** 2:9

**2**

**20** 23:15
**200** 3:8
**2004** 9:1 10:25
**2016** 7:24 8:18
  12:3
**2017** 14:20,23
  15:2 18:7,13
  20:2 23:15
  34:11
**2018** 8:8,14
  30:17
**2022** 1:17 5:5
  47:20
**20th** 26:4
**215** 2:6
**225** 2:14
**23** 4:10
**233-6633** 2:17
**237-5248** 2:23
**26th** 18:6
**27** 37:7

**3**

**30** 14:20,23
**304** 2:14
**31** 37:7
**321-5500** 3:10

**4**

**40** 4:4
**42** 4:3
**484** 2:11

**5**

**5** 4:3
**5'6** 20:15
**509-2715** 2:11
**557-0099** 2:6
**5th** 2:9

**6**

**606** 2:9
**610** 3:10
**64** 14:21
**64-69** 4:8
**69** 14:21

**7**

**717** 2:17,23 3:4
**787-0388** 3:4

**8**

**800** 46:10,11
**81** 23:16
**81-85** 4:10
**829** 43:22
**85** 23:16

**9**

**941** 3:7
**98** 9:1
**99** 35:25